CO-526
(04/06)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED

MAY 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

vs.                                      Criminal No. 06-119 (ESH)

**NEIL G. VOLZ**
         Defendant

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge Ellen Segal Huvelle