UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 06-119 (ESH) |
| v. | |
| NEIL G. VOLZ, | FILED |
| Defendant. | MAY 0 8 2006 |

WAIVER OF INDICTMENT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Neil G. Volz,, the above named defendant, who is accused of conspiring to commit honest services mail and wire fraud and federal lobbying ban violations, all in violation of Title 18 U.S.C. § 371, and having been advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on May 8, 2006, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Neil G. Volz
Defendant

_____
Counsel for Defendant
Timothy M. Broas, Esq.
Melissa E. O'Boyle, Esq.
Winston & Strawn LLP
1700 K St., NW
Washington, D.C. 20006
(202) 282-5750

Before _____
Hon. Ellen Segal Huvelle
U.S. District Judge