## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr119 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEIL G. VOLZ,** | : | |
| | : | |
| **Defendant.** | : | |

### Joint Motion to Continue Status Conference

On May 8, 2006, the Court accepted Neil Volz's plea of guilty, deferred setting a date for his sentencing, and scheduled a status conference for August 10, 2006, at 9:15 a.m. As part of his plea agreement, Mr. Volz has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Volz has been cooperating with government agents and prosecutors. The government anticipates that Mr. Volz's cooperation will continue for the foreseeable future.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Volz. The parties also ask that the Court continue the status conference to a date not less than 90 days in the future, in order to allow Mr. Volz's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 3rd day of August, 2006.

FOR THE UNITED STATES

| BRENDA K. MORRIS | PAUL E. PELLETIER |
| --- | --- |
| Acting Chief, Public Integrity Section | Acting Chief, Fraud Section |
| | |
| ___/s/ (M. Kendall Day)_____ | _/s/ (Nathaniel B. Edmonds)_ |
| Mary K. Butler | Guy D. Singer |
| M. Kendall Day | Nathaniel B. Edmonds |
| Trial Attorneys | Trial Attorneys |
| Criminal Division | Criminal Division |
| U.S. Department of Justice | U.S. Department of Justice |

FOR THE DEFENDANT

/s/ (Melissa O'Boyle)_____
Timothy J. Broas, Esq.
Melissa O'Boyle, Esq.
Winston & Strawn LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr119 (ESH) |
| | : | |
| **v.** | : | |
| **NEIL G. VOLZ,** | : | |
| **Defendant.** | : | |

## ORDER

By joint Motion dated August 3, 2006, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for August 10 at 9:15 a.m. is cancelled;

2. A new status hearing is scheduled for _____, 2006, at _____ a.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Volz until such later date.

It is so ORDERED this _____ day of August, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge