UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  06cr119 (ESH) |
| NEIL G. VOLZ, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT NEIL G. VOLZ'S MOTION TO AMEND CONDITIONS OF RELEASE
TO PERMIT DEFENDANT TO REPORT VIA TELEPHONE**

Defendant NEIL G. VOLZ ("Defendant"), by and through his counsel, Winston & Strawn LLP, respectfully moves this Court for an order pursuant to 18 U.S.C. §§ 3143(a), 3142(c)(3) and Fed. R. Crim. P. 43 amending the conditions of his release pending sentencing to allow him to report to the D.C. Pretrial Services Agency ("Pretrial Services") once a week by telephone instead of in person. In support of this Motion, Defendant states as follows:

1. On May 8, 2006, the Court accepted Defendant's plea of guilty to one count of conspiracy to defraud the United States.

2. At that time, the Court deferred setting a date for Defendant's sentencing and scheduled a status conference for August 10, 2006. On August 3, 2006, Defendant and the government jointly moved to postpone the status conference to permit Defendant to continue to cooperate with government agents and prosecutors. On August 4, 2006, the Court granted the joint motion and scheduled the next status conference for November 2, 2006 at 9:15 a.m.

3. On May 8, 2006 the Court also entered an Order setting Defendant's conditions of release pending his sentencing, a true and correct copy of which is attached hereto as Exhibit A. Pursuant to this Order, Defendant is required to report, on a weekly basis, to Pretrial Services <u>in person.</u>

4.      Since May 8, 2006, Defendant has complied fully with the conditions of his release, and has reported every week to Pretrial Services in person.

5.      Defendant recently learned that family-related health issues may require him and his wife to travel out of state. Defendant also is developing employment opportunities that may require some interstate travel. Defendant's personal and employment obligations will not interfere with his ability to continue to cooperate with government agents and prosecutors. However, Defendant is seeking to amend the terms and conditions of his release to obtain the flexibility necessary to satisfy his familial and employment obligations.

6.      Accordingly, Defendant respectfully requests that the Court amend his conditions of release, and allow him to make his weekly reports to Pretrial Services by telephone, instead of in person. A draft order is attached hereto as Exhibit B.

7.      Pursuant to 18 U.S.C. §§ 3143(a) and 3142(c), this Court may alter a Defendant's conditions of release to permit a Defendant to report to Pretrial Services by telephone while awaiting sentencing.

8.      On August 14, 2006, Counsel for Defendant informed Defendant's Pretrial Services case manager, Michael Lukenich, of their intention to file the instant Motion. Mr. Lukenich confirmed that Defendant has complied fully with the conditions of his release by reporting to Pretrial Services every week in person, and further stated that he does not oppose Defendant's request to report weekly to Pretrial Services via telephone instead of in person.

9.      On August 30, 2006, Counsel for Defendant informed Mary Butler, Department of Justice, Public Integrity Section, of their intention to file this Motion. Ms. Butler had no objections to this motion as long as Pretrial Services did not oppose Defendant's request.

WHEREFORE, Defendant NEIL G. VOLZ respectfully asks this Court to grant his Motion to Amend Conditions of Release to permit him to report every week to Pretrial Services by telephone.

Dated: September 5, 2006                Respectfully submitted,

                                        Neil G. Volz


                                        By: /s/Timothy M. Broas
                                        WINSTON & STRAWN LLP
                                        Timothy M. Broas, D.C. Bar No. 391145
                                        Melissa E. O'Boyle, D.C. Bar No. 483055
                                        1700 K Street, NW
                                        Washington D.C. 20006-3817
                                        (202) 282-5000
                                        (202) 282-5100