UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  06cr119 (ESH) |
| NEIL G. VOLZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 5, 2006, Defendant Neil G. Volz ("Defendant") filed a Motion To Amend Conditions of His Release. Specifically, Defendant asked the Court to amend the conditions of his release pending sentencing to permit him to report to Pretrial Services once a week by telephone instead of in person. The government does not oppose this request.

Having read and considered Defendant's submission, the Court hereby GRANTS the motion and rules as follows: The terms and conditions of Defendant's release pending sentencing are hereby amended to permit Defendant to report to Pretrial Services once a week by telephone. All other conditions of Defendant's release pending sentencing remain in effect and are unchanged.

Is it so ORDERED this _____ day of _____, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge