**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr119 (ESH)** |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NEIL G. VOLZ,** | : | |
| | : | |
| **Defendant.** | : | |

**Joint Motion to Continue Status Conference**

On May 8, 2006, the Court accepted Neil Volz's plea of guilty, deferred setting a date for his sentencing, and set a status conference. By Minute Order dated October 24, 2006, the Court continued the status conference until February 2, 2007, at 9:15 am. As part of his plea agreement, Mr. Volz has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Volz has been cooperating with government agents and prosecutors. The government anticipates that Mr. Volz's cooperation will continue for the foreseeable future. In the view of both parties, no issues have arisen which require the Court's intervention at this time.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Volz.  The parties also ask that the Court continue the status conference to a date not less than 90 days in the future, in order to allow Mr. Volz's cooperation to continue uninterrupted.  A proposed order is attached.

Dated this 25th day of January, 2007.

FOR THE UNITED STATES

EDWARD C. NUCCI
Acting Chief, Public Integrity Section

STEVEN A. TYRRELL
Acting Chief, Fraud Section

   /s/ (M. Kendall Day)_____
Mary K. Butler
M. Kendall Day
Nathaniel B. Edmonds
Trial Attorneys
Criminal Division
U.S. Department of Justice

FOR THE DEFENDANT

/s/ (Melissa O'Boyle)_____
Timothy J. Broas, Esq.
Melissa O'Boyle, Esq.
Winston & Strawn LLP

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr119 (ESH)** |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NEIL G. VOLZ,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

By joint Motion dated January 25, 2007, the parties moved for an order deferring sentencing and continuing the status conference in the instant matter.  Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1.      The status hearing set for February 2, 2007, at 9:15 a.m. is vacated;

2.      A new status hearing is scheduled for _____, 2007, at _____ a.m.; and

3.      The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Volz until such later date.


It is so ORDERED this _____ day of January, 2007.


_____
Judge Ellen Segal Huvelle
United States District Judge