UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr119 (ESH) |
| | : | |
| v. | : | |
| | : | FILED |
| NEIL G. VOLZ, | : | JAN 2 5 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

By joint Motion dated January 25, 2007, the parties moved for an order deferring sentencing and continuing the status conference in the instant matter. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for February 2, 2007, at 9:15 a.m. is vacated;

2. A new status hearing is scheduled for April 26, 2007, at 9:15 a.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Volz until such later date.

It is so ORDERED this 25 day of January, 2007.

Ellen S Huvelle
Judge Ellen Segal Huvelle
United States District Judge

12