## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr119 (ESH)** |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NEIL G. VOLZ,** | : | |
| | : | |
| **Defendant.** | : | |

### Joint Motion to Continue Status Conference

On May 8, 2006, the Court accepted Neil Volz's plea of guilty, deferred setting a date for

his sentencing, and scheduled a status conference.  By Minute Order dated January 25, 2007, the

Court continued the status conference until April 26, 2007, at 9:15 am.

As part of his plea agreement, Mr. Volz agreed to cooperate with the government in any

and all matters when required.  In conformity with this agreement, Mr. Volz has been

cooperating with government agents and prosecutors but the parties anticipate that Mr. Volz's

cooperation may be substantially completed soon.  Because the timing remains uncertain, the

parties jointly move the Court to order the completion of a Presentence Investigation Report and

to continue the status conference for a period of 90 days.  Once Mr. Volz's cooperation has

substantially concluded, the parties will so inform the Court and request a sentencing date.  Of

course, if Mr. Volz's cooperation takes more time than anticipated, then the parties will inform

the Court of that fact as well.  A proposed order is attached.


Dated this 24th day of April, 2007.

FOR THE UNITED STATES

WILLIAM M. WELCH II
Chief, Public Integrity Section

STEVEN A. TYRRELL
Chief, Fraud Section


___/s/ (Mary K. Butler)_____
Mary K. Butler
M. Kendall Day
Nathaniel B. Edmonds
Trial Attorneys
Criminal Division
U.S. Department of Justice



FOR THE DEFENDANT


/s/ (Melissa O'Boyle)_____
Timothy M. Broas, Esq.
Melissa O'Boyle, Esq.
Winston & Strawn LLP

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**          :          **06cr119 (ESH)**
                                                                       :
                                                                       :
                                                                       :
                                                                       :
                                                                       :
                          **v.**                                :
                                                                       :
**NEIL G. VOLZ,**                                       :
                                                                       :
              **Defendant.**                           :


**ORDER**

By joint Motion dated April 18, 2007, the parties moved for an order continuing the status

conference and ordering a Presentence Investigation Report in the instant matter.  Having read and

considered the parties' submission, the Court GRANTS the motion and rules as follows:

1.       The status hearing set for April 26, 2007, at 9:15 a.m. is vacated;

2.       A new status hearing is scheduled for _____, 2007, at _____ a.m.; and

3.       The United States Probation Office shall begin work on a Presentence Investigation Report

         to be completed by the date of the above-scheduled status hearing.



It is so ORDERED this _____ day of April, 2007.


                                                          _____
                                                          Judge Ellen Segal Huvelle
                                                          United States District Judge


cc:       United States Probation Office