UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr119 (ESH) |
| | : | |
| v. | : | |
| **NEIL G. VOLZ,** | : | |
| Defendant. | : | |

FILED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated April 18, 2007, the parties moved for an order continuing the status conference and ordering a Presentence Investigation Report in the instant matter. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1.   The status hearing set for April 26, 2007, at 9:15 a.m. is vacated;

2.   A new status hearing is scheduled for _August 3_, 2007, at _9:15_ a.m.; and

3.   The United States Probation Office shall begin work on a Presentence Investigation Report to be completed by the date of the above-scheduled status hearing.

It is so ORDERED this _24_ day of April, 2007.

_Ellen S Huvelle_
Judge Ellen Segal Huvelle
United States District Judge

cc:   United States Probation Office