UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **1:06cr119 (ESH)** |
| | : | |
| v. | : | **Count One** |
| | : | **18 U.S.C. § 371** |
| | : | **(Conspiracy)** |
| **NEIL G. VOLZ,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION OF UNITED STATES TO REDUCE DEFENDANT'S SENTENCE
PURSUANT TO SENTENCING GUIDELINES §§ 3E1.1 and 5K1.1**

The United States moves this Court to reduce the sentence otherwise applicable to defendant Neil G. Volz by one-level due to his timely notice to the government of his intent to cooperate and plead guilty. U.S.S.G. § 3E1.1(b). The United States also moves this Court to reduce Defendant Volz's sentence by an additional six levels to reflect his substantial assistance in the investigation and prosecution of others, including former U.S. Congressman Robert W. Ney, Ney's chief of staff William Heaton, and former GSA Chief of Staff, David H. Safavian. Id. at § 5K1.1. In support, the United States offers the attached memorandum.

**RESPECTFULLY SUBMITTED,**

WILLIAM M. WELCH II
Chief, Public Integrity Section

STEVEN TYRRELL
Chief, Frauds Section

  /s/ (Mary K. Butler)_____
Mary K. Butler
M. Kendall Day
Nathaniel B. Edmonds
Trial Attorneys
Criminal Division
U.S. Department of Justice
(O) 202-616-7529; (F) 202-514-3003

CERTIFICATE OF SERVICE

  I certify that on this 29th day of August, 2007, a copy of the foregoing motion and memorandum in support were delivered to Timothy J. Broas, Esq., and Melissa O'Boyle, Esq., Counsel for Defendant Volz, at TBroas@Winston.com and MO'Boyle@Winston.com via the CM/ECF system.

              /s/ Mary K. Butler
              Mary K. Butler
              Trial Attorney