EXHIBIT 20

August 1, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

I am writing as a character reference for my friend, Neil Volz.

I first met Neil in 1999 at a party in Washington, DC. At the time, Neil was working on Capitol Hill, and I was working for a trade association for community banks. While we maintained a business relationship, a deep and abiding friendship also developed outside of that business relationship. Because of my knowledge and respect for Neil's good character, his devotion to family and friends, and his personal integrity, this friendship stands today, even though I have since moved from Washington, D.C. to Minnesota.

Since I have known Neil, he has always been loyal, kind, and charitable. Among the numerous examples of Neil's charitable spirit is a fundraising event he organized in behalf of research for Parkinson's disease. While organizing the event, Neil made very little mention of the fact that his father suffers from this terrible condition; he was simply focused on giving his all to this important cause.

I have spoken and visited with Neil numerous times since he entered his plea in the pending case. I can tell that he is truly sorry for his actions, willing to accept responsibility for any harm he may have caused, and dedicated to using the rest of his life for good causes. I am proud to call Neil Volz a friend and ask that you take my reference into account for purposes of sentencing.

Very Sincerely,

Peter Hong
2900 Thomas Avenue South, #1620
Minneapolis, MN 55416

# EXHIBIT 21

August 9, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Honorable Judge Ellen Huvelle,

      My name is Kahle Jackett and I am writing on behalf of my cousin Neil Volz. Neil is not only one of the most reliable and genuine family members I have, but he is also one of the most reliable and genuine friends I have. He has always taken an interest in my life and helped me in any possible way.

      When I was a young boy, my dad and I would drive from our home in Akron to Cincinnati to stay with Neil and his family for holidays and other functions. At the time I was a football fanatic, it was all I wanted to do with my life. Neil would take me outside into the back yard where we would play football for hours. He is about 15 years older than me, and at the time was in his twenties. Clearly, he did not need to hang out with his eight year old cousin, but Neil did. Obviously, the cousin Neil I know loves to be with family and has given me memories that I will have for a lifetime.

      Later, while I was in college and Neil was in Washington, my dad and I were worrying about how we were going to pay for the next semester of school. Without hesitation, Neil offered up his checkbook to help pay for my schooling. In fact, just last week, when I talked to him about how my summer internship in Los Angeles was going, he offered me access to his Hollywood contacts to help in the implementation of my post-graduation plans.

      Neil has always shown a genuine interest in my life, and whenever he has a chance to help provide a life long memory he has done so. This includes taking me to Cleveland Cavaliers basketball games and Cleveland Indians games when he was in town. Last year, he also invited me to hang out with him and his friends at the Ohio State/Michigan football game. It was a dream come true.

      When our grandmother was in her last months of life, my dad had to quit his job to take care of her in Cleveland. On numerous occasions, Neil drove in from Washington to help. The list of how Neil cares about his family can go on and on.

      I must say don't know a whole lot about Neil's specific involvement in the Abramoff case, but I do know he is very sorry for the pain it has brought to those closest to him. I wish him luck and ask you to keep my thoughts in mind.

Sincerely,

Kahle Jackett
1239 Pitkin
Akron, OH, 44310

# EXHIBIT 22

August 13, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle,

I am writing as a character witness on behalf of Neil Volz as you prepare for his sentencing
hearing on Wednesday, September 12. I would like to offer my observations of Neil's character
as a former co-worker and as a friend in the hopes that my insights will provide you with an
alternative perception of a person you may not have had the opportunity to know personally.

I have had the pleasure of knowing Neil since February of 1996 when we first began working
together in the Office of Congressman Bob Ney. New to Washington and therefore lacking the
usual support mechanism of family and friends to which one is accustomed, I developed
camaraderie with my new co-workers. Each offered their friendship and assistance in helping me
adapt to my new surroundings. Neil was no exception. I found Neil to be an extremely
intelligent, knowledgeable and competent individual who was also personable and engaging. I
liked him from the beginning.

In a world of very opinionated people, I found Neil to be less than judgmental of the beliefs of
other people. Neil was a person with whom you could have an intelligent, passionate
conversation, no matter the subject, and in the end, whether you agreed or agreed to disagreed,
you could walk away feeling as though you were taken seriously and that your beliefs and
opinions were truly respected. I still feel that way today of him.

Over the years, I worked with Neil in a variety of capacities. In each of the positions he held,
whether it was as press secretary, chief of staff or staff director, Neil always treated me as a
trusted colleague. It was obvious that beyond the bonds we shared as co-workers, that this was a
person you could trust and with whom you could enjoy a friendship. The longer we worked
together the closer we grew. Over the years, I never personally found any reason to not trust
Neil.

This relationship was especially important when we worked together during the committee
funding process. In coordination with Chairman of the committee, I worked with Neil to help
fashion budgets for each of the House committees. These budgets were eventually voted on by
the House.

Producing operating budgets that were fair and justified for each committee was a difficult, but
rewarding responsibility; a responsibility Neil took seriously. He realized that committees were
where the real work of the U.S. House was done and it was important that they had the proper
funding to accomplish that work. I can remember one occasion, in particular, where we had been
in a contentious budget meeting and had successfully negotiated an issue that could have
potentially brought down the whole budget bill. Neil turned to me and said (and I paraphrase)
"That was a great team effort. If only the (American) people could see how hard we fought to
properly spend their money behind the scenes, they would all feel a little better about
Washington." That has always stuck with me. It wasn't the comment of someone who just
worked through a difficult professional situation and found personal satisfaction in doing so. It
was the comment of someone who found personal satisfaction in being a noble public servant.

I don't think this was more apparent, however than on September 11, 2001. During all of the chaos of that day and the difficult days that followed, I was never more proud to be associated with the people with whom I worked, including Neil. The dedication and leadership that I witnessed from Neil during those times was inspiring.

His leadership with staff during the anthrax attacks later that year was equally admirable. The entire committee, lead by the Chairman and Neil as Staff Director, toiled around the clock to ensure that everyone who worked in the House of Representatives was safe from additional threats while also keeping the House open and functioning. Over 10,000 staff were moved to alternate facilities so the House could continue to function. Often times I would arrive to work at 5am and find that Neil was still on site directing the logistics of the move, never having gone to bed.

Despite all of these efforts and countless other examples of hard-work and dedication, even some of the best people make mistakes. I was extremely sorry to hear of the situation that brought Neil to this point. Having become a friend over the years to both him and his wife Alison, it hurts me deeply to have to write this letter on his behalf. Yet I am glad to do it. That being said, I have found Neil's attitude through this whole experience to be inline with the person I knew before. I am amazed at his candor to accept his own mistakes, and am also amazed at the fact that I have NEVER heard him blame anyone else for anything that happened. He speaks ill of no one. His regret is painfully obvious and it seems as though he is ready to accept the consequences he faces, which I hope will be as lenient as possible. This attitude that have witnessed is not fake. It is as genuine as I have ever seen and is emblematic of Neil's personality.

I don't know any of the details of how this has affected his ability to survive financially, but I do know that I have personally witnessed him doing all he can to re-amerce himself into the hard-working world from which he came. As a friend and as a person, I am proud of how he and his wife have weathered this terrible situation.

It is my sincere hope that you will take these thoughts into consideration when you are considering his sentence.

Sincerely,

Jeff Janas

19047 N. 91st Way
Scottsdale, Arizona, 85255

EXHIBIT 23

Monday, July 30, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Honorable Huvelle:

I have known Mr. Neil Volz since 1983 when our two local elementary schools merge into one junior high school. It was there in 7th grade that I became friendly with Mr. Volz and our friendship has continued till this day. While we attended different universities and settled in different cities we have remained in touch over the years. Between attending his wedding to Alison, New Year's Eve gala's in Washington to BBQ's in NY we have shared many a laugh and only a few tears.

I currently live on Long Island in NY and am in the textile business. I am not fully aware of all the details of this trial and or the charges that have been brought against Mr. Volz. I can say that when I first read about it in the news, I called Neil to see what was going on and got his voicemail. A day later, he called me back and laid out what was happening. Through my offers of sympathy and lack of understanding of the politics in Washington, Neil would talk me through the highs and lows of his career. While most people would go into hiding or deflect the situation Neil openly shared with me his fall from public service. Thorough this whole ordeal I cannot recall him ever lamenting about his duties in public service nor negatively speaking about the process or responsibilities of public service. All he would take about was how to correct his fall from grace in the public eye, what could he do to get back into public service in an honorable way. Basically owning up to the situation and trying to correct the outcome.

This is exactly the type of person I remember and know in Neil Volz. Someone who can own up to his mistakes and try to offer a corrective measure. Someone who would not hide from a problem and cooperate with all that are trying to solve the matters at hand.

Sincerely,

Stewart M. Jervis
154 Plandome Court
Manhasset, NY 11030

EXHIBIT 24

6322 31st Street, NW
Washington, D.C. 20017

August 5, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle,

I am writing this letter in support of Neil Volz and to offer some insight into what I feel is his truly outstanding character. Neil has been my close personal friend for the last 11 years. We met in Washington D.C., when our future wives were roommates. I was in medical school, and Neil was starting his career. We essentially grew up together during those formative years after college, and have spent countless hours discussing just about everything – from life, to love, to relationships, to religion, to politics, to the Nationals game that was on TV the night before. Neil has always been there for me and my family -- through our happiest times, and our moments of greatest sorrow.

I can honestly say that I have never met a more honest, kind, caring and generous person than Neil. He is a man of great integrity and conviction. He has dedicated his life to serving others. He is a loving and devoted husband. He is a caring brother and son. He always seeks to give more than he receives, be it as a volunteer at a homeless Veteran's shelter, to coaching the local little league team.

During this difficult time, I can truly say that Neil feels deep remorse regarding some of the decisions he has made. I am proud that he has taken responsibility for his actions, and has dedicated himself to correcting them. He has shown great courage and integrity, and wants nothing more than to continue to be a positive influence on others.

Thank you for allowing me to offer some personal insights. In conclusion, Neil is an excellent person of outstanding character, and I am truly fortunate to have him as a friend.

Sincerely,

Matthew R. Jezior, M.D.
Major, United States Army Medical Corps

EXHIBIT 25

6322 31st Street, NW
Washington, DC 20015

August 5, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle,

I am writing this letter in support of Neil Volz, and to provide support and witness to his exceptional character. I have known Neil since August of 1996. I first met Neil when living with his girlfriend at the time (and now wife), Alison Betty Volz. Since then, Neil has been a good friend to both me and my husband.

Our families have spent a lot of time together over the years. I know Neil well, and can honestly say that Neil is one of the kindest and most gentle people that I know. He has a true love of people, and is always willing to help out in times of need. I would trust Neil with my life, and those of my family. He is a dear friend to me, and part of our extended family.

Throughout this time, Neil has made some significant changes in his life and has expressed deep remorse for any wrong that he may have done. I truly think that through this experience Neil has grown, and learned from his mistakes.

Sincerely,

Melissa Jezior

EXHIBIT 26

July 31, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

I'm grateful to have the opportunity to write a personal reference for my friend, Neil Volz. My friendship with Neil stems from my close friendship with his wife, Alison. Alison and I worked together on Capitol Hill from 1993 – 1995 and have remained close ever since. I met Neil when Alison and he began dating, gave a reading at their wedding, and have been with them in times, good and bad, over the last decade.

At first glance, Neil and I would seem like odd friends. I've worked in Democratic politics for most of my adult life, while Neil has been a stalwart Republican. Our ideological divide has resulted in some raucous political debates over the years but we always manage to end with a happy agreement to disagree and fight another day. And, when we put politics aside, we find plenty of common ground – mostly our mutual love of sports, U2, and, of course, Alison.

Neil is always a good debating adversary, because he is funny, smart, compassionate and a great student of history. It is perhaps this last attribute that has had the greatest impact on how he has internalized the painful journey of the past two years. Neil knows and understands his place in history and is profoundly remorseful and sad for betraying the public trust and for disappointing family and friends.

On many occasions, Neil and I have talked about both the circumstances that led to his conviction and the reality of his life post-conviction. I've never once heard him offer an excuse for his actions, nor seek sympathy for his current situation. Instead, he has accepted complete responsibility for his actions and has steadfastly worked to restore the faith of family and friends.

These days Neil is working at a homeless Veterans facility in Washington. This may seem like a far cry from the halls of Congress. But, in my years on Capitol Hill, I was always struck by the sharp contrast between the public perception of Washington and what I found there: young people from all parts of the country working to make a difference in people's lives. Neil Volz was one of those people. Somewhere along the way he took a wrong turn and lost sight of that. But, in the pain of coming to grips with his crime and struggling to make amends, I believe Neil has come full circle to the person he truly is.

I don't make excuses for my friend, nor do I minimize his legal transgressions, but I do hope that there is redemption for a person who has made mistakes, takes responsibility for those mistakes and is striving every day to become his better self.

Thank you for your consideration.

Sincerely,

Maura Keefe

Maura Keefe

EXHIBIT 27

# Philip G. Kiko
### 3500 Arlington Boulevard
### Arlington, VA  22204

August 3, 2007

The Honorable Judge Ellen S. Huvelle, USDJ
United States Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC   20001

Dear Judge Huvelle:

I am writing on behalf of Mr. Neil Volz, whom I have known for approximately 8 years. We met as employees on Capitol Hill. He was always a diligent and conscientious worker and extremely patriotic.

As Chief of Staff of the House Judiciary Committee, I particularly had occasion to see his capability, perseverance and diligence in handling his responsibilities. During the aftermath of September 11, he put into creation numerous plans that would ensure the continuity of the Committee's ability to function in the event of congressional evacuation of in light of a national emergency. Neil's work was far above what was expected of him.

I have personally asked some pointed questions about what transpired. He has expressed extreme sorrow, regret and embarrassment to his family, friends, colleagues and the institution itself.

I believe these factors should be taken into consideration prior to his sentencing.

Sincerely,

Philip G. Kiko

EXHIBIT 28

**Steven L. Kreseski**
**128 – 12th Street, NE**
**Washington, DC 20002**

August 22, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

Please accept my letter comments with regard to the imposition of sentence for Neil
Volz scheduled for September 12, 2007. I write this letter freely, willingly, and in strictly
a professional capacity.

My knowledge of Neil Volz is born from my interactions with him as a fellow
House of Representatives chief of staff and legislative director while he worked for
Representative Robert Ney. My employer was Representative Robert L. Ehrlich, Jr.
Once Mr. Ehrlich was elected Maryland Governor in 2002, I continued to have
occasional interactions with Neil from Annapolis by virtue of Mr. Ney's capacity as
Chairman of the Committee on House Administration. While I have no direct knowledge
of the facts surrounding Neil's conviction, I certainly have strong views on the manner of
the man – his underlying character.

In many ways, Neil was a model senior staffer as he was selfless, imbued with a
strong sense of team, completely loyal to his boss, thorough and detail oriented. His
loyalty, perhaps, caused Neil to cross lines that in other circumstances he would have
known better to avoid. While these actions were unacceptable, I am certain they were
exceptional and completely out of Neil's usual exemplary character. He is an innately
humble person, who sought no direct monetary or other gain, from his misplaced actions
of loyalty.

During the several times I've spoken with Neil since the charges were filed, he has
evidenced complete remorse and sadness for actions which he knows to have been
wrong. He respects our system of laws of which he is acutely aware having worked for
the Legislature. Neil has undergone the mental and emotional devastation of loss of
friends and familial hurt, as well as, the financial ruin resulting from the long-term loss of
his livelihood.

While Neil stands ready to repay his debt to society, when imposing sentence please
consider the unfortunate retributions already exacted upon him. We all will be the
stronger the earlier Neil is able to complete his debt and return as a productive,

(Volz Letter, pg. 2)

rehabilitated citizen leader to our community. Thank you for your most thoughtful consideration of my remarks.

Respectfully submitted,

Steven L. Kreseski

EXHIBIT 29

RICHARD LUPOLETTI
66 OYSTER SHORES ROAD
EAST HAMPTON, NEW YORK 11937

September 1, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle,

I am writing to you on behalf of my nephew, Neil Volz, whom I have
known for ten years since his courtship days with my niece, Alison.

Neil was welcomed into our family because of his good humor, reliability
and obvious real caring about family and friends. He always acts upon
very strong family instincts and always knows what is proper and
appropriate. The only misgivings I had about his becoming a member of
our family was the fact that he was such a staunch Republican and so
many of us are longtime Democrats. But Neil never pressed his political
views on anyone and was always willing to listen to our points of view. I
looked forward to family gatherings where we could all enjoy intelligent
political discussions without rancor. He is a gentleman about his politics
as he is about everything he does.

Throughout all the years that I have known him, he has always been
respectful of his elders and someone you could count on to help out.
Why only last Christmas, in spite of the difficulty he was facing and the
obvious remorse he felt, he donned a Santa Claus outfit and trod around
the outside on his in-law's house to the delight and awe of his niece and
nephews.

Neil is a responsible young man who understands fully the mistakes he
has made and is worthy of your compassion. He gives every sign of
wanting to make amends and will undoubtedly put into practice the hard
lessons he has learned from his mistakes. I urge you to be as lenient as
you can, under the law, with this young man who has much good to offer
our society.

Sincerely yours,

Richard Lupoletti

Richard Lupoletti