EXHIBIT 30

# C C B C Children's Center

CCBCCCCCBCCCCCBCCCCCBCCCCCBCCCCCBCCCCCBCCCCCBCCCCCBCCCCCBCCCCCBCCCCCBCCCCCBCCC

July 20, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle,

Over the course of the last year, I've gotten to know Niel Volz and am pleased to write to you on his behalf. I am the Director of CCBC Children's Center, a pre-school for children 18 months to 5 years old. When Neil offered to be a substitute for us, the teachers and I were a bit hesitant as this is a field dominated by women. However, we gave Neil a chance and he rapidly became everyone's number one favorite substitute.

Neil has a gentle easy way with the children and they respond well to him. His manners, style, and fun sense of humor make him a terrific role model, especially for the young boys. He instinctively seemed to know how to interact with the children and help them solve their differences. The teachers, too, found Neil thoughtful, helpful, respectful, and a pleasure to work with.

I have spoken only briefly with Neil about his legal situation, but know that it is a very painful time for him. He takes responsibility for his actions and is trying to redeem himself by giving back to society by working with children, homeless veterans, etc. He is a terrific guy who is trying to make things right.

Sincerely,

Lisa McAuliffe
Director

# EXHIBIT 31

August 3, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United State District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Your Honor:

I have known Neil Volz for about a dozen years, ever since he arrived in Washington upon accepting a position as a Congressional staffer. In the nearly 15 years that I worked directly with Congressional staff between 1989 and 2004 – first as a staffer to an Ohio Congressman myself, and later during 13 years' service as a federal liaison for two Ohio Governors – I never met a colleague who worked harder or with more concern and dedication to protecting the citizens and jobs of our shared home state than Neil.

From the time we first met and interacted professionally in 1995, I liked Neil and respected the work he did on behalf of the constituents of the District and the State of Ohio. I called on him often for assistance on matters important to my Governors and I valued and trusted his judgment. Neil's reputation for hard work, intelligence and integrity quickly won many friends and increasing responsibilities as he rose quickly to the position of Chief of Staff to Rep. Ney and, soon thereafter, Staff Director for the House Administration Committee. Far from becoming less accessible or too important to deal with my concerns as his workload increased, Neil just seemed more willing than ever to assist when needed. His leadership-by-example set the tone for both the Ney personal office and the committee staff – each were known for being responsive, professional and focused on results. Their goal: serve Ohio and the Nation.

There was one recurring activity to which Neil frequently lent his indispensable assistance. On the occasions (usually once or twice a year) when Ohio's Governors came to Washington and sought to meet with our Congressional Delegation, Neil often arranged to have the meetings held in the House Administration hearing rooms, which were an ideal venue to accommodate the large group. These logistically challenging, bipartisan meetings were not easy to arrange for the organizers (Neil and me), but they were always valuable to the participants and, more important, to our constituents.

I also well remember Neil's hard work on one especially challenging and politically difficult issue: trade policy, and its impact on Ohio workers. Although several of Rep. Ney's positions on trade (especially as it related to U.S. steelworkers) put him and Neil directly at odds with a large majority of their own party, Neil worked tirelessly for the interests of the people most important to him: working people and their families whose futures are largely tied to the survival of the domestic steel industry. Neil's efforts required no small degree of personal and professional courage against an onslaught of pressure urging Rep. Ney and him to give up the fight.

That is the Neil Volz I know, and with whom I had the honor and pleasure of working for nearly ten years before I left Capitol Hill. I am as surprised and dismayed as anyone who knows him by the difficulties he has experienced since he left public service, a field to which he brought great distinction for so long.

I firmly believe the matters of these court proceedings, though gravely serious, are an aberration from a brief moment in time in an otherwise exemplary life. Neil has taken responsibility for his actions and has expressed remorse for the pain he has caused his family and others. Whenever this ordeal ends – and I hope it ends soon – I believe Neil still has the strength and character to accomplish great things in this life. I am confident he will emerge from this hardship to once again serve his community and Nation.

Sincerely,

Michael F. McGarey

# EXHIBIT 32

The Honorable Judge                                          7/22/07
Ellen S. Huvelle U.S.D.J.


Your Honor,

I write this letter with great anticipation that you will find my cousin Neil Volz to be who
I have always considered to be a truly great guy. He has always stood out in our rather
large family of mainly men. His character and his willingness have always been there
when there were times to step up and  help his family and friends. I wish there were more
people with his moral fiber. I think what you would discover most appealing about Neil
is his need and desire to please and comfort those who are important in his life.

As the oldest of  Neil's cousins, I was the one who paved the way with life's experiences.
Neil would always remind me at the family gatherings on just how much he listened and
followed  some of my advice, to my surprise. I didn't realize that my cousins really gave
a hoot about my advice. As for an example, I was the first one to get married and told my
cousins to look for certain qualities that you need to make sure this marriage will be for
life and not to rush into it. Neil and his brother both have lived their lives that way. As a
parent myself I am proud to see their marriages grow and mature.

Neil and Alison live miles from our family but that never seems to stop them from
attending our many cherished family moments. With aging grandparents to ailing family
members they make a point to always be there know matter what. They both live to be
part of this family and that is rare these days, considering the distance, they put forth the
extra effort to stay connected.

I sincerely hope that you will see in Neil what I have always admired that he holds all the
qualities that all men and women should strive to keep true to themselves and for others
to see that with honesty and integrity to do what is right in all that matters. From a
distance I watched my cousin stand up and admit his guilt in these proceedings and have
felt his pain and frustration knowing full well the path he has chosen is the right one.
Once again showing his honor and integrity to do what is just and morally correct to
stand up and be judged on his merit and credibility. Hopefully you too will see this in
Neil. He is a good man and a great husband and loyal family member.


Sincerely,

J. Kelly Mullen

EXHIBIT 33

JOHN W. MULLEN
1705 HARMON DRIVE
WYOMING, OHIO 45215

July 23, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle,

This is written on behalf of my nephew,
Mr. Neil Volz who will appear before you on
Wednesday September 12, 2007. In summary,
it is my fervent hope that your best
judgement will allow you to be lenient
with Neil.

Neil has always been hard working and
ambitious as well as competitive. Years
ago, in his pre-teen years Neil exhibited
this competitive spirit during family
gatherings in contests involving Monopoly,
cards, pool, checkers or soccer. He played
to win. At the same time he immersed
himself fully into the Boy Scouts Of
America and earned his full share of merit
badges. Neil's above average academic
career qualified him for a position on
the Ohio State University school news-
paper, 'The Lantern' where he contributed
several well written articles on topical
subjects.

So now, Judge Huvelle, where and when
did this sincere and earnest young man
step off the straight and narrow path? I
don't know for sure, but it probably was
in his early days of heady Washington

politics when his boss handed him some money and requested he take a certain group of people out for golf and a night on the town. Did Neil know at the time that following his boss's orders was crossing the line? I don't know. But we do know that an otherwise forthright and honest young man had now stepped onto a slippery slope. He was now in the clutches of the power brokers and beholden to their wishes without an easy exit. It was only years later that the moral compass installed by his parents finally regained its equilibrium and caused Neil to blow the whistle and exit the swamp in which he was trapped.

Where Neil goes now, Judge Huvelle, is strictly up to you. Neil is a contrite and humbled young man eager to atone for his misdeeds and rejoin society as a contributing member. So, I don't see incarceration as accomplishing any thing. But again Judge Huvelle, while I beg for leniency as in Neil's best interest, it is your best judgement by which we will be guided.

With sincere appreciation for your time and attention,

John W. Mullen

# EXHIBIT 34

Joseph T Mullen
5519 N Fairview Dr
Park City, Utah 84098
July 18, 2007


The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


Dear Judge Huvelle,

My name is Joseph T. Mullen and I am a cousin of Neil Volz. I live in Park City, Utah
with my wife Lara and our two boys Jacob and Hunter. I am 37 years old and have
known Neil Volz since I was a child. I am writing this letter to tell you a little bit about
the man I know. I appreciate your time and know that it is valuable.

Most people hear the word cousin and don't think much about it. Neil and I on the other
hand feel differently. My cousins and I are like a band of brothers. We didn't see each
other every day but the time we spent together was quality time. Neil Volz has been my
cousin and friend over the past 30 years.

Neil has been the leader of the cousin gatherings over the years. Last August as our
grandmother was struggling with dementia at a care facility Neil proposed a trip of the
cousins to see Grandma. We gather up in our car and headed off. Upon our visit we
walked right past our Grandmother. Time and illness had changed her. Neil stopped and
walked back and said hey guys it is Grandma. We spent the hour or so with our
Grandmother reminiscing. Although, our Grandmother probably didn't comprehend who
we were Neil thought it important to be with her and let her hear the voices of her
Grandchildren. Neil helped all of us realize how important it was to spend time with our
family.

We all get caught up with work and the daily rigors of life and I can say Neil has been a
constant reminder of what is really important. Upon my Grandmothers passing earlier
this year Neil organized a cousin get together. We are all a bit older now with children
but the get together was amazing. In dealing with the challenges that Neil has in front of
him we all feel that weight. We feel that weight due to the care and concern we have for
Neil.

In understanding Neil you must also look at Neil's family. Gay and Buzz Volz, my Aunt
and Uncle, have been pillars of the community of Finneytown, Ohio. Both Gay and Buzz
have dedicated their lives to helping others. Gay and Buzz both taught school and helped
shape the lives of others. Lynn Volz, Neil's brother also teaches school in Finneytown.
Neil learned those values and grew up with a great respect for the community and for
helping others. Neil's wife Alison has worked with Non Profit organizations, constantly
helping others.

Since moving to Utah I have been at a distance from Neil and his wife Alison but still feel close to them. They are wonderful people. Neil is and will continue to be a great person who can positively affect the community. Neil realizes the value of what is important and works hard every day at whatever is in front of him.

Sincerely,

Joseph T. Mullen

Joseph T. Mullen

# EXHIBIT 35

August 10, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

I have been acquainted with Mr. Neil Volz for over 9 years, both as a friend and serving
with him on the staff of the Committee on House Administration in the U.S. House of
Representatives. I served side by side with Mr. Volz as the Deputy Staff Director at the
committee and leader of our House operations team. The Committee is charged with
management oversight of the House including the 2,000 employees who provide
information technology services, security, floor voting operations, and all other
operational aspects of running the House including the U.S. Capitol Police. In my tenure
at the Committee, Mr. Volz's hard work, creativity, and keen grasp of organizational
management provided an invaluable contribution toward effectively managing the House.

Mr. Volz's tenure at the Committee encompassed a period of remarkable change as we
implemented a new managerial infrastructure focused on security and business continuity
in response to the events of September 11th 2001. At such a critical time, Mr. Volz was
active in helping restructure the operations of the U.S. House and provided aggressive
oversight of the implementation of these initiatives, working in coordination with
numerous outside agencies and the most senior levels of the House leadership. The
management challenges that we faced in the U.S. House of Representatives during this
period can not be underestimated.

Mr. Volz was one of a handful of congressional staff members at the U.S. Capitol Police
Headquarters on September 11, 2001, placing his personally safety aside in the midst of
an incredibly difficult situation. Mr. Volz made important contributions at the incident
command center on 9/11, especially in the area of member communications, which was
instrumental in allowing House Members to come together at the close of that tragic day
in a show of resolve for the American people. Only a short time later, Mr. Volz was also
a key paricipant in managing the House's response to the anthrax attack on the Capitol
and the relocation of thousands of staff members to help insure the continuity of the
legislative branch of government. I am consistently amazed at individuals that are able to
answer the call to service and professionalism despite an environment where their own
physical safety is not always guaranteed. Mr. Volz provided a steady hand and key
managerial insight throughout this period of great challenge not only to the U.S. House of
Representatives, but to our system of representative government itself.

Mr. Volz is justifiably proud of his roll in serving our country, and is deeply embarrassed
and remorseful that his subsequent mistakes have tarnished his previous

accomplishments. However, I think Mr. Volz has all of the necessary attributes to move beyond his mistakes and make additional contributions to his community and country. He has demonstrated sincere regret over his mistakes and has taken full responsibility for his actions. He remains devoted to his friends and family and has anxiously started the long process of regaining not only their trust, but the trust of the larger community as well. I have no doubt that Mr. Volz will move on with his life, cognizant of his mistakes and with sincere regret, using this experience as a catalyst to once again find a pathway toward additional contributions for the public good.

Sincerely,

Channing J. Nuss
6018 Katelyn Court
Alexandria, VA 22310

# EXHIBIT 36

July 31, 2007

Brigham N. Pierce
4600 18th St.
San Francisco, CA 94114

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Honorable Huvelle,

I am writing to you on behalf of my former colleague, Neil Volz.
Soon after I had moved to Washington D.C., in 2002, I came to work with Neil as a
junior lobbyist. Almost instantly, I could see that Neil was someone that I could look to
for guidance and personal growth.

During the following four years, I considered Neil a great mentor and was continually
impressed with the respect and "fair-play" he showed towards his colleagues and clients.
He worked diligently, always giving credit where credit was due; treating everyone as an
equal, including administrative, junior staff and interns.

It was out of the office that Neil made the strongest impression on me. His relationships
with congressional staff and industry colleagues went beyond mere "contacts" or
"connections." Regardless of personal beliefs, political connections and backgrounds,
these were his friends first. His acceptance and devotion to friends and family is one I
hope I emulate in my daily life.

As further testament to his character mentioned above, Neil is taking responsibility for
his actions. He is a good person who wants to do the right thing and make things right. I
wish him and Alison all the best during this trying and difficult time.

Sincerely,

Brigham Pierce

# EXHIBIT 37

August 18, 2007
United States District Court of the District of Columbia
333 Constitution Avenue, NW
Washington, DC 2001

Your Honor, Judge Huvelle:

I would like to introduce myself. My name is John Poe and I am the former District Director for the 18th Congressional District of Ohio, The United States House of Representatives. I have known and been a friend of Neil Volz since 1998. Please consider this letter as a request for mercy in the sentencing of Neil in regards to his actions in the Abramoff case.

Your Honor what Neil did was wrong and there are no if's, and's or but's about it. However, there were many accomplishments in his public service that he could and should be proud of being a participant in. Neil was the Chief of Staff for the 18th Congressional District of Ohio and did make differences in the lives of the constituents. From the saving of thousands of jobs in the steel, coal and manufacturing industries, the working with state, county and local officials in the pursuit of infrastructure projects, which included highways, water, sewage and economic development tools for those living in the Appalachian region, he played a very instrumental and constructive role. During that time he was given increasing responsibilities and he did demonstrate his skills in management, his ability to undertake and complete assigned tasks, and to grow within a public service organization, resulting in effective representation for the constituents of the Ohio 18th Congressional District.

By most judgment, public service provides one of the most difficult environments for effective results in management and solutions for the problems and challenging difficulties that this great Nation we live in encounter. It is in this setting that Neil was able to function efficiently and productively. I believe that the skills he has developed in public service over the years can be of value once again to our nation and I am confident in his ability to demonstrate this.

In conclusion, when Neil requested of me to write this letter the words of the Psalmist in the 51st chapter of the Book of Psalms came to my mind. "The sacrifices of God are broken spirit; a broken and contrite heart, O God, you will not despise." I believe that this is the mindset of Neil. He realizes that what he did was wrong; he is remorseful and repentant for his actions. He does want to start over and he does want to make a difference in the lives of others. I think that Neil's public service record speaks for itself; continuous progress and accomplishments, with an increasingly larger range of responsibility, and with achievements corresponding to increasing accountability and freedom to exercise his own initiative. I once again ask for the Court's mercies in the sentencing of Neil. In laymen's language I ask your Honor for a second chance for Neil and his family. Thank You.

Sincerely,

John Poe
Shadyside, Ohio

EXHIBIT 38

Christopher & Angela Rosati
570 Morewood Pkwy
Rocky River, OH. 44116
July 21, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Honorable Judge Ellen S. Huvelle:

It is with great pleasure that I send this letter to you on behave of Neil Volz. I have
known him my entire life as I am his first cousin.

Neil has always displayed a high degree of honesty, integrity, responsibility, and caring.

Two years ago, my wife and I celebrated our second wedding anniversary in Washington,
D.C. Neil & Alison graciously put us up at their home. They took time out of their busy
schedules to take us on personnel tours of our Great Capital City. We also dined at
several historic restaurants including Old Ebbitt Grill.

Earlier this year, Neil organized a get together with all his cousins, when we gathered in
Dayton, OH, to celebrate the life of our recently deceased Grandmother Volz. Although
this was a somber occasion, it served to reinforce the unity of our families.

During the past several years it has been evident that Neil has done a lot of soul searching
and has remained a positive force in the lives of both family and friends

Neil is an asset to family, friends and his community, and I am happy to give him my
wholehearted support.

Thank you for your time and consideration.

Sincerely,

Christopher M. Rosati
Angela Z. Rosati

# EXHIBIT 39

July 25, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Hurvelle:

Our nephew and Godson, Neil Volz, will be standing before you on September 12th.

We wanted to give you some insight into Neil's character.

When Neil was attending The Ohio State University he was given an opportunity of a young journalist' lifetime. He was chosen out of many English majors to work for Bob Ney. He had a decision to quit school or follow his journalistic dream. Neil chose the latter. Neil still wanted to achieve his degree so he attended classes at the University of Maryland in between his very busy schedule. After many hard hours of attending his classes, Neil did get his bachelors degree from The Ohio State University.

Neil has always tried to get back to his Ohio roots and family. Whenever it was possible he would visit family and just "check in". Neil has never been an indifferent nephew, but has genuinely cared about our lives and feels our triumphs and tragedies.

Neil has shared his situation with dignity and remorse. We only hope that Neil may be able to get on with his young life and start anew.

Thank you for your time and consideration of our nephew, Neil Volz.

Sincerely,

Gerri and Jack Rosati
2020 Tiara Court
Dayton, Ohio 45459
937-435-9556

EXHIBIT 40

To The Honorable Judge Ellen S. Huvelle, U.S.D.J.,
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

    I am writing this letter on the behalf of Neil Volz. Neil is my cousin, but truly Neil is my brother. I am as close or closer to him than either of my two older brothers. I have known him my entire life (33yrs) and cannot think of a more caring, intelligent, compassionate, moral and engaging individual. We have always been close and our relationship continues to strengthen year after year.

    Neil Volz and I lived together while attending The Ohio State University. The events leading up to this show the true character of Neil. In the middle of the school year I was forced out of the housing I was in and needed to find a place to live ASAP. Due to the timing of this there were few options and I couldn't afford to live by myself. Neil gladly opened his home/apartment for me to live with him. I don't know what I would have done if he had not done this…I probably would have had to drop my classes that quarter and return home, thus sidetracking the pursuit of my degree (which I did attain). Instead I was able to continue my schooling and live with one of the best roommates I have ever had. I could fill several pages with events like these where Neil would selflessly give of himself and his possessions to help me out, NEVER expecting a thing in return. I still seek out his advice and guidance to this day.

    I know how committed he has always been in his work (Press Secretary, Chief of Staff, etc) and to his family (Husband, Brother, Son, Cousin, etc). He has put in countless hours for his employers doing whatever it took to accomplish whatever was asked of him through the years since graduating from OSU. And I know of no one who loves and respects his family more than Neil Volz. Since this ordeal has taken place, Neil had made no excuses. He is truly remorseful for his involvement and has learned from his mistakes.

    I would like to reiterate that Neil Volz is one of the "truly great people" on this planet and hope that this letter can impress upon you how much I care for him and how I would stake my reputation on vouching for him. Feel free to contact me for any other information at any time as I will stop whatever I am doing to try to repay just 1% of the kindness, friendship, and guidance that Neil Volz has provided to me over the three decades I have known him.

Respectfully,

John J. Rosati

1745 A King Ave
Columbus, OH 43212
614-579-1879

EXHIBIT 41

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

Neil is a fun-loving, joke-telling, sensitive man that we are blessed to call our cousin. He is a strong individual who is committed to his country, work and family. We are all so proud of Neil and his accomplishments.

Please allow us introduce you to the Neil Volz that we know.

Neil shares a love of good food with his cousin Mark. We look forward to family meals. Mark and Neil always share jokes, talk of Ohio State sports and family memories while polishing off several plates of food, always with ketchup and pickles!

There is also a very sensitive side to Neil. As the wife of a man with a very closely knit family, the first Christmas with his family was intimidating. Neil was the first to welcome me with a hug. I can't tell you how much that meant to me, and still does.

No matter how fun-loving he is, Neil understands hard work as well. We all watched him after the 9/11 attacks working to help secure our nation. Even in the midst of that tragedy, Neil kept his faith in and hopes for our country. We watched the President's address to the nation with pride knowing Neil was there, aiding our government. In fact, our then two year old daughter watched on TV squealing, "There's my Neil!"

Even with the demands of his career, family has always come first. He has remained closely involved with his family, maintaining and relying upon those bonds and relationships. In fact, Neil put his effort in to organizing an early spring get together among his cousins and their families. He wanted to make sure that we remain close and that the younger generation develops the same sense of family that the older generations have.

Neil has many times expressed his regret at being involved with the people and events that have led to this point. But, we would like you, and Neil, to know that we love him, remain proud of him, and believe that he can go on to do more extraordinary things if only given the chance. Please give him that chance.

Sincerely,

Mark and Kimberly Rosati

EXHIBIT 42

August 3, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

I am writing on behalf of Neil Volz who is scheduled to be sentenced on September 12, 2007.

I have known Neil for over 25 years – we grew up a few blocks from each other in Cincinnati, Ohio and were in school together until we graduated from Finneytown High School in 1989. Neil was always a reliable friend, considerate and very dependable. We carpooled to school for a couple of years and I could always count on him to be there to pick me up each day and to wait patiently for me to take me to school.

While at separate colleges, we stayed in touch and reconnected as young adults in Washington, DC in the mid-90s and became even better friends. Neil was committed to public service while he worked on Capitol Hill and was dedicated to his work, putting in very long hours that went above and beyond what would normally be expected. In addition, during this time, I was impressed by his focus and diligence in taking the last few college courses he needed to complete his undergraduate degree.

In fact, I thought so highly of Neil that I was pleased to introduce him to one of my closest friends (and roommate at the time) Alison Betty, who is now his wife, Alison Betty Volz. I was thrilled to have played a part in bringing together two close friends, both of whom I admire and respect.

The past couple of years have been extremely difficult and trying for both Neil and Alison. An indication of Neil's character and his devotion to his friends and family has been his resolve to shield his family and friends from the difficulty of his circumstances. Neil has always accepted responsibility for his actions and has tried not to burden others over the course of difficult years. To the extent possible, Neil and Alison have shouldered the bulk of the burden alone, even as family and friends have offered their support.

In determining his punishment, I would hope that you would take into consideration the difficulty of these past years. In many ways, both Neil and Alison have already been serving a sentence together. They have both been living under a cloud of uncertainty over the past few years, waiting to learn Neil's fate, which has not allowed them to make plans or move forward in any way in their lives together.

Knowing Neil personally leads me to believe that he could better serve the community and society with a public service punishment or probation than by spending time in jail. He does not pose a threat to society and could do far more good as an active member of the community than in serving time.

I hope you take all of these factors into consideration when determining Neil's punishment.

Regards,

Dori Rubin
243 West End Ave., #1104
New York, NY 10023
Tel: 646-354-9153
Email: DoriRubin@aol.com

EXHIBIT 43

Howard W. Sabrin
624 Concerto Lane
Silver Spring, MD 20901

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

July 30, 2007

Dear Judge Huvelle,

I am writing to you on behalf of Neil Volz, whom you are scheduled to sentence on
September 12. I write this letter in the hope that my words and those of others will
encourage you to show leniency toward him at the upcoming sentencing hearing.

I have known Neil for approximately six years. During this time, I was a client of his,
and I was always satisfied that he represented my company with integrity and a sincere
desire to serve his clients in an appropriate manner. As a result of this association, we
have also become friends, and I feel that the quality of Neil's fine character should not be
overshadowed by the unfortunate circumstances of this case.

Neil found himself in a difficult position, and made decisions that he regrets, and for
which he has admitted responsibility and shown remorse. He has also fully cooperated
with the authorities in their investigation.

Neil is deeply committed to his family, friends, and community, and is now employed by
an organization whose aim is to better the plight of veterans of the Armed Forces.

It is my sincere belief that justice will be best served by allowing Neil to remain with his
family and friends, and to continue the good work in which he is currently engaged. I
hope that Your Honor will take these factors into account and show every possible
leniency to Neil when you pass sentence.

Sincerely,

Howard W. Sabrin

Howard W. Sabrin

# EXHIBIT 44

Rebecca Salay
34 Fitzjohn's Avenue
Flat 4
London NW3 5NB
United Kingdom

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
USA

July 19, 2007

Dear Judge Huvelle,

I am writing on behalf of my friend Neil Volz, who is scheduled to be sentenced on September 12, 2007. I have known Neil for about 10 years, and have known his wife Alison since I first moved to Washington in 1994. Neil, Alison and I have enjoyed many dinners, parties, birthdays and one very rainy vacation together with our group of friends.

Neil has always been a valued friend, willing to help in any way – even with small things such as dog-sitting for the weekend when I was out of town – and always ready to share a laugh and a smile. Though we worked on opposite sides of the political spectrum, I always found Neil to be a man of integrity. I know that he is deeply remorseful for what he has done, and for what his family has gone through during this time, and he has certainly paid a price through loss of his career and political reputation.

Neil is currently working with an organization helping Vietnam veterans to find employment, and I think this shows his commitment to giving back to our community. I also understand that he has been helpful in providing information to prosecutors regarding other people involved in this case, and I hope this willingness to acknowledge his wrongdoing and cooperate in this manner will be taken into account when determining his sentence.

Neil is a good person who made a serious mistake, but he recognizes that fact and is doing his best to make up for it. There is much more to him than this one incident – he is someone much loved by his friends and family, and I hope you will take that into consideration as you make your decision.

Sincerely,

Rebecca Salay

Rebecca Salay

EXHIBIT 45

August 6, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle,

I have been asked to write a letter on behalf of Neil Volz and I do so without any reservation whatsoever. I have known Neil quite well for almost 10 years. It started when my sister began dating his brother (Casey and Lynn are now married) which then brought me into contact with Neil and his wife Alison. Since then, I have been to Washington several times, had them over to my house in Cincinnati and met away from both our homes for various excursions.

Ultimately, his character is unquestioned with those who truly know him. He has always handled himself with the utmost highest degree of integrity. I have witnessed many occasions where Neil has not only just reached out to help with what might be in another persons best interest, but I have seen him continually put his own agenda or interests behind those of others.

In initially getting to know Neil, I thought 'here's a person with a good heart but is he for real?' It didn't take me long to figure out that Neil is the type of person who is willing to lay his heart and soul on the line for the benefit of others in any situation – big or small. I quickly gained the realization that Neil operates from a fundamentally strong foundation with God at the center of everything. I've found that Neil's base and core is truly God first, others second and himself and own interests third.

Neil also has a natural way of making others and particularly the underprivileged just feel altogether worthy of being special. I have known Neil to participate in many outreach projects dealing with some of the pitfalls of society. This again is a testament to the character of who Neil is as an individual. Putting others before one-self is the greatest quality one can have and in finding true happiness in life. Neil Volz unquestionably has this quality and it's not something that you can have in one instance and not in another.

In conclusion, I believe Neil has once again handled himself with the highest degree of integrity given the current situation. He has accepted responsibility and has worked closely with the appropriate parties involved to make things right. I am honored to be counted as a friend, confidant, and brother to Neil Volz.

Sincerely yours,

Christopher B. Smith

# EXHIBIT 46

August 27, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

We are writing to you with regard to the sentencing of our friend and neighbor Neil Volz.
Neil and his wife, Allison, moved into the house next door about 5 years ago and were
immediately a welcome addition to our block. We are known as the "old sages" of the
neighborhood having lived in our house for 30 years; and, although there is a large
difference in age with the Volz's, we have always felt like instant friends and have shared
many of life's hilarious and poignant moments together.

Neil is a very open, gregarious person who loves politics and we have had numerous
political discussions. The last two years have clearly been very difficult for Neil and
Allison, but they have managed with a great deal of aplomb. Neil has always been honest
with us, has not hidden his legal problems and has taken full responsibility for his
behavior from the very beginning, never trying to play the victim.

Neil and Allison have had to put their personal lives on hold for a long time, but they
haven't withdrawn from the lives of their friends and relatives or shirked their
responsibilities to our neighborhood or society. They have been like second parents to
their neighbor's children, Carl and Anna Stewart. They've filled in with baby sitting,
cooking fun meals that the kids would enjoy, and studied magic tricks so they could be
the featured entertainment at Carl's sixth birthday party! Neil was a leading participant in
an old- fashioned neighborhood playground equipment raising, complete with hammers,
nails, wrenches and lots of voices raised giving instructions. He learned how to give
insulin shots to the Stewart's elderly, severally diabetic dog, Sasha, whom he keeps at his
house while the Stewart's are on vacation.

When the preschool at the end of our block needed substitutes for their classrooms last
year they asked Neil if he would help them. He volunteered much to the joy of the
children and parents, who benefited from his participation.

Neal has also been very active in a Parkinson's disease nonprofit organization that he
started after his father had been diagnosed with the disease. He has hosted fundraisers to
provide money for research and awareness of the disease and is strongly committed to the
cause. This past year Allison and Neal lost a beloved baby niece to leukemia and never
once did we see his personal anxieties and problems interfere with his compassion and

grief for Chloe and her parents. We know that all we have to do is ask Neil for help and he'll be there!

Many times in the past several years friends and neighbors have repeatedly commented on Neil's ability to forge ahead with his life and remain so positive under negative circumstances and limited opportunities. We know that he is determined to benefit and learn from life's lessons. Neil is a voracious reader, writer and participates fully in life, a true "people person". He always, always has a smile on his face and a keen interest in you. He is truly a good man and we fully support him.

Sincerely yours,

Granville and Susan Smith
3901 Northampton Street, NW
Washington, DC 20015

# EXHIBIT 47

September 1, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

Neil Volz is a neighbor and good friend of our family. We have known Neil for 6 years.
He is a visible and active partner on our block. Neil is concerned with the daily,
sometimes tedious, issues on our street. He knows his neighbors, their children and pets,
and they know him. We have stood shoulder to shoulder shoveling snow off our street on
more than one occasion. He is the kind of friend who will drop whatever he is doing
when we call for his help moving something big or heavy in, out or around our house.

We trust Neil with our son Miles. Neil is a coach for our son's neighborhood soccer
team. He joins in the lessons and values that competition and teamwork teach our
children on the soccer field. Neil is a positive force in Miles' life.

This must be a very tough time for Neil and Alison, but through it all Neil has kept a
positive attitude. He hasn't hidden from his legal problems, and we are heartened and
proud of the courage he shows.

We appreciate the opportunity to share this information with you. Please know how
important Neil is to our community when you consider his sentencing.

Sincerely,

Gavin and Tracy Stannard
3908 Northampton Street NW
Washington, DC 20015

EXHIBIT 48

Dear Judge,

Here are 10 good reasons I like Neil.

1. He is a good assistant coach for my soccer team.

2. He understands my problems

3. He plays with me.

4. He baby sits me.

5. He is fun and funny.

6. He takes care of our pets while we are away.

7. He likes to be with me.

8. He loves to be a substitute teacher for CCDC witch my mom works at.

9. He likes to have snowball fights with me.

10. He listens to me when I talk.

Thats a lot of good reasons Right?

Sincerly,
Carl Stewart.
Age 8

EXHIBIT 49

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

July 29, 2007

Dear Judge Huvelle,

I am writing concerning my neighbor and friend of five years, Neil Volz. My husband, two children and I first came to know Neil and his wife, Alison, when they moved in next door to our house. We have often thought how lucky we have been that Neil and Alison live next door. They have helped us through babysitting emergencies, pet emergencies and house emergencies. Our relationship has grown into a very close and supportive one over the past five years. I know that Neil will be there if I need him and over the years I have needed his help with a variety of things!

We have to come to rely on Neil and Alison for many things, one them being the care of our diabetic and blind (yes-it's true) 10 year old dog when we go out of town. I feel very comfortable that Neil can give Sasha her insulin shots twice a day.

Neil also is an important part of my children's lives. He takes an active interest in their activities and enjoys spending time with them. At one time, he babysat for my two children on a regular basis, picking them up from school and playing with them until I returned from work. My children were very happy when it was a "Neil day", or a day when he would pick them up from school.

While Neil was unemployed, he also was a substitute teacher at the preschool where I work. The teachers called Neil often as he was reliable and the children in their classes had so much fun when he was there. It was great for me as I could call Neil when my children were sick and knew that my class would be happy without me there. It was unique to have a male teacher, especially in a preschool, and he quickly became "Mr. Neil". The little boys loved playing tag and monster games with him. He was a great role model for them.

My husband asked Neil to help coach my son's soccer team last year. Neil was present at every game and practice. He was always excited to be with the kids, running drills and playing soccer. He was not able to coach this year as Neil had a job that required him to work on Saturdays and the kids missed him sorely. The team hopes Neil will be able to help coach this year.

Most recently, Neil and Alison have been a great emotional support to me after the sudden death of my father in June. They have provided food and emotional comfort through a very difficult time. At a gathering after the funeral, Neil took it upon himself to look after my mother, making sure she had food, drinks and was comfortable. I will always remember and be grateful for that.

Our two houses have a regular get-together on Friday nights to have pizza and conversation. We have had many discussions with Neil about the unfortunate events over the past few years. I have watched and felt him agonize over his past actions and the effects it has had on his life and family. I have also watched him change- I'm not sure I would be so close or comfortable with the Neil I met when he first moved in next door- but this whole difficult time has changed Neil. Neil has become more focused on what some of us call "the important things in life"- family, friends and trying to help

others. I find it hard to express completely how my family and I feel about Neil but I am grateful he is next door to me because I know I can turn to him whenever I need help. Being pretty observant, my son had been wondering what I was working on and when I explained it to him-that it was to help Neil- he said he wanted to write a letter too! Neil is a pretty important person in the lives of my children. He is a very trustworthy and reliable friend and neighbor.

Thank you for your time,

Sincerely,

Emma Stewart

Emma Stewart

EXHIBIT 50

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

July 31, 2007

Dear Judge Huvelle,

I would like to take this opportunity to write to you on behalf of my friend Neil Volz.

Neil and his wife Alison became our neighbors five years ago and we have been very close friends ever since. We regularly get together for dinner, drinks, and maybe a little game of cards on Friday nights. It is a chance to unwind, catch up with each other and talk about the week. Our kids, Carl and Anna, can't wait to see Neil and Alison, and know that they will get a lot of special love and attention when they come over. Neil and I have spent countless hours talking politics and trying to put the world to rights. We don't often agree on how to actually put it right, but we always agree on how much fun it was discussing it anyway!

When we are not discussing politics, we manage to find time to talk about one thing we can agree on – soccer. I had been assistant coach of my son's co-ed soccer team for the past four years, until a year ago when the coach left to coach an all-girls team. I took over as coach, but my immediate task was to find someone to be my assistant - taking on 15 nine year old boys was more than a little daunting – but Neil stood up and volunteered. Even though he didn't have a kid, let alone a kid on the team, he gave up his Saturday mornings and Sunday afternoons to help coach our son's team.

It gives us both tremendous pleasure to coach the kids; to see them learn, and to see them enjoy the game. I know that the kids love having Coach Neil train with them. Unfortunately, in the spring session, he was not able to attend the games because he had a job which required him to work on Saturday mornings. The kids desperately missed having him on the touchline (and so did I), but that seemed to make Sunday practices that little bit more special because everybody knew Neil would be there.

Neil and Alison have always "been there" for us. They have worked around our schedules to look after our diabetic dog whenever we go away; they have gone out of their way to pick the kids up from school, when we have not been able to do so ourselves, and have a permanent baby-sitting offer on the table for us – whether it be for our son and daughter or the dog!

I have had the opportunity to see Neil grow through this experience. It is interesting to see how people react to adversity. Throughout this experience, Neil has maintained a love of the political system and a desire to be involved, but I think he has learned that there is also a better way to do it. I find it fascinating to watch him as he tries to move on, devoting time and effort to the Veterans and committing himself to trying to do the right thing.

I thank you for this opportunity to be a character reference for Neil.

Sincerely,

Sholto Stewart

# EXHIBIT 51

RICHARD HENRY STREETER

August 2, 2007

The Honorable Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Huvelle:

I am writing this letter on behalf of Neil Volz. By way of introduction, I am the
Managing Partner of the Washington, D.C. office of Barnes & Thornburg LLP. Since serving as
the briefing attorney for the Presiding Judge of the Texas Court of Criminal Appeals, I have
practiced law in Washington, D.C. for the past 36 years.

From February 2005 until February 2006, Neil worked for and with me as a lobbyist at
Barnes and Thornburg. During that time I had an opportunity to observe him in various
situations and can tell you that my trust and that of our clients in Neil was never misplaced.
Without any reservation, I can assure you that he lobbied ably and ethically for the firm's clients,
all of whom were very pleased with his efforts on their behalf.

Since Neil resigned from the firm, I have continued to keep in touch with him and have
had several lengthy and candid conversations with him. During our conversations, he has
acknowledged the mistakes he made and has accepted his personal responsibility for the crimes
that he committed. He has repeatedly expressed his remorse and deeply regrets taking the steps
that he took. To his credit, he has learned his lesson and wants to make amends.

From a personal standpoint, I am aware that both he and his wife have suffered both
financially and otherwise. I am happy to note that while he unemployed for a lengthy period of
time, he has recently obtained a job with the United States Veterans Initiative and is providing
socially beneficial assistance to needy veterans. In short, I truly believe that Neil is a decent and
honest person and will do the right thing in the future. That being said, I urge you to be as
lenient as the law permits. Please let Neil prove himself by giving him a second chance.

I encourage you to call me if you have any questions. My direct line is 202-408-6933.
Thank you for your consideration of this letter.

Very truly yours,

Richard H. Streeter

# EXHIBIT 52

August 4, 2007


The Honorable Ellen S. Huvelle, U.S.D.J
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

Thank you for the opportunity to express my thoughts and feelings regarding my friend, and former colleague, Neil Volz. I had the pleasure of working with Neil in the office of Congressman Robert W. Ney. We worked together from March of 1995 to December of 2000. Since my departure from Capitol Hill to be a Stay-at-Home Mom, I have stayed in close contact with both Neil, and his wife, Alison.

During my time in Congressman Ney's office, Neil held two positions. He started out as the Press Secretary and, ultimately, was promoted to Chief of Staff. In both of these positions, Neil's dedication to the constituents of the 18th District of Ohio was unquestionable. It was a rare occasion that Neil was not at his desk long after the rest of the staff had departed for the evening. As the Congressman's Executive Assistant, I knew first hand the rigorous schedule he maintained and the demands placed on him by a never ending work load. Nevertheless, Neil was known for his good humor and leadership. He was a dedicated and trusted public servant who worked tirelessly and selflessly on behalf of the Congressman and his constituents.

I feel it is important to mention that the office staff was very close. The office was like one big family. In addition to weekly office lunches, we often spent time in each other's homes, and celebrated milestones in our lives. We also spent countless hours together volunteering for the campaign. In these times, I truly had an opportunity to know Neil. He is a loving and dedicated husband and a good man. While I have never met his parents, as a Mom of three boys, I can say with the utmost confidence any parent would be proud to call him their son.

Earlier this year, my husband and I had dinner with Neil and Alison. Admittedly, I do not know every detail pertaining to Neil's case; however, I do know that the man before me has been greatly impacted by this ordeal. It is obvious he recognizes the consequences of his actions. Neil exhibits great remorse for his actions as well as sadness for what Alison has had to endure.

Judge Huvelle, you have a tremendous responsibility ahead of you. I would only ask that you show Neil Volz mercy and recognize his good character and the great potential that lies ahead for him and his family.

With best regards,

Hilda M. Tate Riith
652 Sean Drive
Annapolis, Maryland 21401

# EXHIBIT 53

# Jeffrey L. Taylor

July 30, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Re: Neil Volz

Dear Judge Huvelle:

As you begin to consider the disposition of Neil Volz's case, I would like to respectfully ask that you consider his early commitment to public service, his overall exemplary work history and character, and the many letters you will receive from family, friends and colleagues on his behalf.

I've known Neil for over 10 years; specifically in two different phases of our professional careers.

In the late 90s, both Neil and I worked in senior leadership roles on Capitol Hill. I was the chief of staff to a Member of Congress and Neil was staff director of the House Committee on Administration. I always found Neil's insights, suggestions, and counsel, genuine, truthful and professional. He was a trusted individual on Capitol Hill and many came to rely on his judgment.

Secondly, after leaving Greenburg Traurig, he joined the law firm of Barnes & Thornburg and became my colleague at the firm. His interactions with firm clients and his colleagues at the firm were always professional, courteous, and trustworthy.

I've stayed in touch with Neil since his departure from the firm. It is clear that he recognizes his misdeeds and sincerely regrets what he did while taking guidance from Mr. Ney and Mr. Abramoff.

Once out from under their leadership, Neil's solid character was able to flourish at Barnes & Thornburg and since his departure from the firm. His commitment to his family and friends has been exemplary.

I trust that you will receive many other letters respectfully asking you to take into consideration the totality of Neil's life when making a decision on his future. I hope that my letter - and the other letters - will sincerely represent a real belief that given the opportunity to proceed with his personal and professional life, we believe Neil's character will make him a productive, meaningful and enjoyable part of society.

For these reasons, I would respectfully ask that you give Neil every consideration as you decide his future.

With respect, I am

Sincerely yours,

Jeffrey L. Taylor

750 17th Street, NW / Suite 900 / Washington, D.C. 20006 / 202-289-1313

# EXHIBIT 54

August 2, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Colombia
333 Constitution Avenue, Northwest
Washington, D.C. 20015

Dr. Judge Huvelle:

We appreciate the opportunity to share with you some insights into the character of our good friend Neil Volz. We met Neil in 2002 as the husband of our friend Alison, and now know him as a good friend after having had the pleasure of spending time together as part of our core group of friends in the area. We would like to briefly share with you what we know about Neil's character overall, as shown in his actions over the period of time that we have known him, and specifically in light of how he has responded to recent events.

In terms of his overall character, loyalty and thoughtfulness are two traits that come to mind when describing Neil. It quickly becomes clear when you get to know Neil that he values his family above all else. He is devoted to his wife Alison, with deep roots to family and old friends clearly evident. Neil's strong character and values are evidenced by his ability to maintain lifetime friendships and his loyalty and devotion to that which he holds dear. Neil's thoughtfulness was in evidence early on in our relationship with him. Knowing that Dave was new to the area and would be without his significant other for the weekend, Neil sought out Dave and insisted that he come along to a social event that had been planned with some of his best friends. Neil seamlessly introduced Dave into this close-knit group of friends, treating him as he would and old friend. This instinctive graciousness and selflessness has been in evidence to us throughout our friendship with Neil.

Challenging times truly reveal a person's character, and we have a great deal of respect for how Neil has responded to recent events. Where others may have looked outward to others to share blame in Neil's situation, he has looked inward and has taken full responsibility for his actions. During what we believe was likely some of the most challenging times in the past year, Neil shared with us a profound sense of remorse for the collateral impact to his loved ones as a result of his actions, specifically his wife and family in Ohio, saying "I crossed the line, I understand what I did was wrong, I just wish that I alone could bear the consequences of that." In addition to taking accountability for his actions, Neil has turned this painful ordeal into an opportunity for personal

growth. He has pursued his work with the Veterans Administration with passion and dedication, and it is clear that this work helping others and has given him a sense of purpose in line with his core values and priorities.

In closing, we know Neil to be a person of integrity, loyalty, and generosity who made a mistake. He profoundly understands the magnitude of this mistake and the implications and has done everything possible to take full responsibility for his actions. We are certain that Neil will continue to seek out opportunities to learn and grow from this experience and give back to his community. Thank you for the opportunity to share our experience and opinion of Neil with you.


Very truly yours,

David and Erin Thornton

EXHIBIT 55

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Honorable Judge Huvelle:

It is my understanding that Neil Volz will soon appear before your court for his sentencing. I wish to express my belief that Neil has made positive contributions in many people's lives and will continue to do so, at perhaps an even greater level in the future.

My wife and I have known Neil and his wife Alison since the mid- to late- 1990s. They have a very supportive and strong marriage that has weathered well these last couple of challenging years. His most recent work with veterans has given him a renewed sense of purpose.

While I have known Neil largely in a social context, I have appreciated that he believed in public service. He was very active in the U.S. Congress-German Bundestag Staff Exchange with my wife, who served as the exchange's liaison between the State Department and the U.S. Congress. This annual exchange program seeks to build relations between the staffs of the two parliaments. Neil was very dedicated to the program over a number of years. He would regularly host German staff, often escorting them to Ohio to explain how the U.S. legislative branch worked at the district level. He actively participated in the planning and implementation of a 20-year anniversary program in 2002 that brought together policy makers and academics to discuss the state of U.S.-German, and U.S.-European relations. With events in both Washington and Germany, I had the opportunity to travel with Neil and Alison. They showed themselves to be caring and responsible people who sincerely believed in the value of bringing people together to promote international understanding, especially in the post-9/11 environment.

I hope the court takes into consideration Neil's record of public service, his dedication to his family and friends, and the hope of his friends that he will have the opportunity to continue helping people in any number of ways.

Sincerely,

Christopher Veillette

# EXHIBIT 56

August 17, 2007

8464 Fernwell Drive
Cincinnati, OH 45231

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

We are Neil Volz's parents. It is always difficult to watch your children experience
tough times regardless of their age. We don't always understand the culture of
the political world and who to trust but we have seen its devastating effect on our
son Neil and his wife Alison because of Neil's poor judgment.

We are a fairly traditional family. Neil has one older brother, Lynn, and there is a
strong bond between them. Since they were young, we always required the boys
to take part in family dinners, household chores and attend church weekly.
Television watching was kept to a bare minimum and homework was a family
activity.

Neil grew up in our little apartment in Finneytown Ohio, just a few miles away
from downtown Cincinnati. We both worked. When the boys were young, Joe
was an insurance salesman. Together, we managed our apartment complex to
make ends meet. It allowed Gay to stay at home until both boys were old
enough to attend elementary school. At that point, Gay returned to work as a
middle and high school teacher.

In addition to the four of us, Neil formed extremely close bonds with his
grandparents, uncles, aunts and cousins throughout the state. Those
relationships remain strong today.

As a boy, Neil was curious and a free spirit. In addition to school and church, his
young life revolved around Boy Scout trips, sports leagues, reading and friends.
Neil spent most of his free time playing with the many other children on our block.
We lived in a diverse, multicultural neighborhood and Neil got along well with
everyone. He was very social from the beginning.

In high school, he never really belonged to one clique or another but, in our view,
was well liked by most everyone. In fact, his classmates voted him "Best All
Around" his senior year in high school.

Although Finneytown is part of the Cincinnati area, to us, it is more like a small
town. Until her retirement a few months ago, Gay worked at the High School.
Lynn still does. In a way, Neil's move to Washington was a bit of a culture shock.

His decision to leave college to work for Congressmen Ney was a difficult one for us. We were torn. How could he cut short his education? On the other hand, how could he turn down a once-in-a-lifetime opportunity? After many family discussions, we accepted Neil's wish to move to Washington with the promise that he would finish his education as quickly as possible. We had no idea it would take as long as it did. The Congressman made no real accommodations for him. He only allowed Neil to take classes during non-election years. While attending the University of Maryland for evening classes, without a car, often Neil couldn't get to class on time because the Congressman had him working on something or another. Either way, all the effort made us even more proud when he finally earned his degree.

We're also pleased that Neil has stayed in touch with so many of his childhood friends, even when he had a busy schedule and all. Some are lifelong friends, others he has reached out to over the years for different reasons. When his good friend returned from Desert Storm, Neil was there to meet him at the airport. He continues to keep in contact with the kids he grew up with who are overseas fighting in Iraq and Afghanistan. Neil learned early the value of friendship. Knowing our son's commitment to making new friends has been weakened by those very people who were supposed to keep an eye out for him, is heartbreaking for us.

That isn't to say Neil isn't responsible for his actions. Obviously he is. Growing up, Neil readily accepted the consequences of his actions without complaint. He is continuing to do so in this case. While it pales in comparison, we are reminded of the time that Neil, during his sophomore year in high school, admitted to his soccer coach that he had been drinking at a party even though he knew he would be forced to sit out the next game – against a cross-town rival. Although other teammates had been drinking as well, we agreed that it was most important that Neil, as captain of the team, be responsible, accountable and set an example.

Your Honor, we believe that Neil has taken responsibility for his mistakes by trying to right the many wrongs: his volunteer work, speaking out to those who would rationalize away his type of behavior and his commitment to family and friends. He and Alison have already seen the consequences: Neil's loss of employment, friendships, betrayal of a mentor, destroyed reputation, putting their hopes and dreams of family on hold and great personal financial loss.

We live in a country with a judicial system that allows people opportunities. Neil is progressing through and adapting to his new situation, while he and Alison make progress together. We hope you will let this continue by treating him in a fair and equitable manner.

Sincerely,

Gay and Joe Volz

# EXHIBIT 57

August 7, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Your Honor,

I am writing on behalf of my younger brother Neil Volz and would like to share a few thoughts.

I still remember the phone call I received after the 1994 election. Neil had a job offer and was seeking advice from family and friends. Should he leave school early and take a job in Washington DC as Bob Ney's press secretary or finish college? For a young student this was a difficult decision. After all, as a Journalism Major Neil was looking forward to working for Ohio State's newspaper.

Nonetheless, I advised him to jump at the opportunity of gaining valuable on the job experience as well as learning power politics first-hand in Washington DC, one can always finish college later. He ended up gaining that experience and whenever in town provided his insights to the high school government class I teach. Neil shared stories about powerful people, how legislation actually works, the role of government, the importance of participating in our republic, and of being active in local government. Very simply, he understood the need to show high school students about the value of their civic responsibilities, something I very much appreciated as the coordinator of our school's community service program.

The fact is Neil went to Washington as an idealist who believed it was possible to create a better America. As time passed and he became part of the power structure though, Neil slowly began to change. He will tell you as much. I know it pains him to admit, there are no practice runs in life, but he does so freely, openly and is committed to becoming a better person because of this experience.

Obviously he is responsible for his actions, but I must say there where times when I began to question the impact Neil's mentor, Bob Ney, was having on his life and the direction he was leading him. A small but significant event occurred in 2000 when we were golfing the day before Neil and Alison's wedding. Unfortunately, the ball I hit on the 18th hole made its way into the parking lot and put a dent in someone's car. Bob's suggestion - nobody will know it was you. This suggestion violated an important family principle: own up and take responsibility, therefore I left my name and number.

With that being said, our family is proud of the way Neil has taken responsibility for his mistakes. When he pleaded guilty in May of 2006, I saw first hand the pain associated with such a public admission of wrong doing. Still, Neil has begun the slow

process of realigning his ethical compass. In our recent exchanges, Neil is livelier and more open-minded than ever. My brother who was admittedly once lost in the Washington game of power, money, and connections has begun to re-examine issues based on characteristics not associated with money made or power gained. And we have been very happy to see it.

Although Neil has publicly admitted his guilt, the public has not been privy to the consequences this admission has taken on our family, his family life and in particular his marriage. Yet, Neil and Alison still move forward.

After working through the pain of losing friends, financial security and the trust of a mentor, Neil is re-examining life through a new lens that allows him to find joy in different pursuits - kids, the homeless, veterans, service and most importantly family. I ask that you let that continue.

Sincerely,

Lynn J. Volz
6412 Hamilton Ave.
Cincinnati, OH 45224

# EXHIBIT 58

Aug. 06, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J

Thank you for this opportunity to speak on Neil's behalf.

We have known Neil Volz and his family for over thirty years. They have always been very active in social, educational, and civic activities in our community. Volunteer work for neighborhood projects, youth sports programs and extra curricular activities were the norm. At an early age this sense of caring, being involved and giving back to the community was instilled in Neil. His family has been and still remains a strong force in the community.

We have had the pleasure of knowing Neil through adolescence, high school, and college. He and our son Dale have been best friends since kindergarten and remain so to this day. When Neil and Dale are "Back Home" it is not unusual for 15 to 20 of their childhood friends to get together. These friendships are old, deep rooted, and truly something special.

We feel it is important to say that Neil has always been a very caring person and has always shown us the utmost respect. We have talked to him concerning this case and believe he is truly remorseful. He is not making excuses but is accepting responsibility for his behavior. Because Neil has always been a person of high integrity and strong moral values we continue to give him our full support.

Respectfully,

Dana and Kathy Warren
6048 Meadow Falls Dr.
Hamilton, Oh 45011

EXHIBIT 59

To:      The Honorable Judge Ellen S. Huvelle, U.S.D.J.
             United States District Court for the District of Columbia
             333 Constitution Avenue, NW
             Washington, DC 20001
From:  Robert D. Warren
Date:  August 12, 2007
Re:     Neil G. Volz

Dear Judge Huvelle,

       I would like to thank you in advance for this opportunity to share my experiences and history with Mr. Neil Volz. I have known Neil and his family for nearly my entire life of 36 years. During this time, I have come to know Neil as a generous and intelligent person of the highest character.

       Neil and I grew up together . In grade school through college we were inseparable friends. In addition, we participated in little league and high school sports together, went to Christian youth camps, and took family vacations together. After high school, Neil and I became roommates at The Ohio State University. I was happy to stand with Neil, and his lovely wife Allison, at their wedding.

       It has been many years since our college days, and we now live on opposite sides of the country. We still talk often, and are able to get together a couple of times a year. On more than one occasion, Neil has helped make it possible for me to attend reunion events with our friends through his generosity. I am very grateful for his friendship. Recently, there were severe wild fires in the Lake Tahoe area where I live. I was touched to receive phone calls from both Neil and his mother expressing concern over my well being. Although I was not directly affected by the fires, I was thankful for these calls. Additionally, I would like to praise Neil for his efforts and support of our military men and women. He has reached out to me and others urging us to contact former classmates currently serving . He takes the time and effort to find contact information, and then passes it along to others.

       Neil Volz is a man that I am proud to call my friend. He is a devoted husband, son, brother and friend. I know that Neil is sorry for all the things that have happened over the past few years and is anxious to make amends. Thank you for your time.

Sincerely,

Robert D. Warren

EXHIBIT 60



**UGA Field Office**
**12501 Prosperity Drive**
**Suite 325**
**Sliver Spring MD, 20904**
**301-680-8880**

August 3, 2007

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle,

My name is Rochelle Wertenteil and I am a Divisional Sales Leader for United Group Association (UGA) a Healthmarkets Company. My primary responsibility for the company is to recruit Sales Representatives who sell Health Insurance to the self-employed and uninsured market. In that capacity, I met Mr. Neil Volz at a Career Concepts job fair and I immediately decided to hire him because he was an extremely impressive candidate and one that I felt would be very successful in helping our customers with benefits.

Mr. Volz was totally upfront with me and shared all the details of his legal situation. We both decided to submit his hiring contracts with the hope that the company would accept him considering how remorseful he was about the past. We were so confident of a positive decision that we actually began the training process with him with the hope that he would be permitted to be a part of our team. Unfortunately it was not meant to be. The health insurance industry is among the most regulated in the country today. Our corporate counsel therefore decided against hiring Mr. Volz for the sales position. Needless to say, Mr. Volz was heartbroken about this turn of events and so was I. Considering the fact that Mr. Volz invested time and effort while trying to get the position, he was extremely professional handling this setback. In fact, his demeanor and attitude throughout the process only enhanced my feeling of loss that he was not going to be on my team. I would like to add one point to this if I may. Obviously Mr. Volz made mistakes in the past. It is obvious to me as well that he is extremely remorseful about his past errors. It is also clear to me that he is currently paying a high professional price for those errors because someone with his talents would EASILY be earning a six figure income in our company.

Thank you for taking the time to read my letter.

Sincerely,

Rochelle Wertenteil

EXHIBIT 61

The Honorable Judge Ellen S. Huvelle, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001                    Charles E. Yonkers
                                        3802 Jocelyn Street NW
                                        Washington, DC 20015

July 25, 2007

Re: Neil Volz

Dear Honorable Judge Huvelle,

In weighing your decision on sentencing Neil Volz for his offense, I ask you to consider two factors.

First, as someone who has known Mr. Volz for six years in the community, as a neighbor, and as a former managing partner of McKenna Long & Aldrich in DC, I ask you to weigh the sincerity of his contrition. I have witnessed first hand the arc of his rise and fall. When we first met in 2001, he was full of youthful enthusiasm for Washington and his budding career. He was wound up in its heights but not in its glitz. Then came his fall and his candid, soulful recognition of his naïve and serious misjudgments. Many were the mornings that we walked our dogs together as he suffered through his awakening. I was deeply saddened by his plight, offered counsel, but found he was already accepting his culpability and taking full responsibility for his wrongs. He has from the earliest days to today been deeply remorseful and humbled by his experience. His contrition is sincere.

Second, I would ask you to recognize the nature that these life-altering missteps have already had on this young man's basic good character. He has acknowledged his faults, cooperated with the pursuit of justice, and behaved consistently and responsibly to both try to repay to society some modicum of recompense as well as to start a new career. Neil was never a high-roller. He erred. Since then, he's sought to build back his sense of self-worth, his good name and to repay to the community (he has volunteered at Chevy Chase Baptist Church where my grandsons are in playschool). He has given every evidence of a willingness to set his feet on the narrow path. He is a good man who has much to offer.

Please weigh these items as you consider an appropriate sentence.

Thank you.

Sincerely,

Charles E. Yonkers