# EXHIBIT 62

Copyright 2006 The Washington Post

**The Washington Post**

**washingtonpost.com**

The Washington Post

May 31, 2006 Wednesday
Final Edition

**SECTION:** A Section; A07

**LENGTH:** 1120 words

**HEADLINE:** Former Ney Aide Details How Abramoff Treated 'Champions'

**BYLINE:** Susan Schmidt, Washington Post Staff Writer

**BODY:**

In the first public testimony by a member of Jack Abramoff's inner circle, a former congressional aide told a federal jury yesterday how the disgraced lobbyist identified his "champions" in government and then showered them with favors to get inside information and help for his clients.

Neil G. Volz, who was chief of staff to Rep. Robert W. Ney (R-Ohio) before joining Abramoff's lobbying firm, testified that among those he and his colleagues considered allies were Ney and former General Services Administration official David H. Safavian, the first person brought to trial in connection with the Abramoff scandal.

Central to Team Abramoff's lobbying operation, Volz said, was developing contacts in government "who operate at a higher level" and who "for whatever reason want to help you out."

"We would call them 'champions,' " Volz told a U.S. District Court jury, now in its second week hearing evidence that Safavian lied to GSA and ethics officials about his dealings with Abramoff.

Volz testified that Safavian and Ney guided the lobbyists as they looked for ways to gain access to government-owned land in Maryland, which Abramoff wanted for a religious school, in the weeks before the lobbyists took the two officials on a luxury golf trip to Scotland.

"David was kind of the brains of the operation," Volz said, portraying Safavian as eager to aid the lobbyists on several projects before and after the Scotland trip.

Safavian's lawyer, Barbara Van Gelder, tried to chip away at Volz's credibility, eliciting admissions from him that he helped Ney and two staff members provide false information about the cost and the purpose of the Scotland trip to the clerk of the House. Volz admitted that he unsuccessfully floated the idea of embellishing Ney's contacts by suggesting he attended an event that included Queen Elizabeth II.

Volz, 35, is the fourth former Abramoff associate to plead guilty in the wide-ranging investigation into the lobbyist's activities. Abramoff has pleaded guilty to fraud and conspiracy. Volz admitted to conspiring to deprive the public of honest services and violate the one-year ban on lobbying a former boss after he left the Hill in early 2002. He could receive a sentence of five years in prison, but hopes his cooperation will result in a recommendation for probation only.

Volz's plea was considered bad news for Ney, his former boss, one of half a dozen lawmakers under scrutiny because of ties to Abramoff. The congressman has said that he did nothing wrong and that he would not step down even if indicted.

Page 2
Former Ney Aide Details How Abramoff Treated 'Champions' The Washington Post May 31, 2006 Wednesday

Volz suggested yesterday that Safavian had urged him to keep silent. He said he ran into Safavian at a 2005 fundraiser, just after Volz had his picture taken with President Bush. Safavian "pulled me aside," Volz said. He said the FBI had questioned him and brought up Volz's name. Said Volz: "It was definitely a pop-the-balloon moment."

A few weeks later, in early summer 2005, Volz said he ran into Safavian outside the Old Executive Office Building, where Safavian worked as the government's top procurement official at the Office of Management and Budget.

"I was trying to hurry off," Volz told the jury, explaining that he, too, had been talking to the FBI. "David mentioned to me at that time, 'Well, we all have to stick together' " -- a statement that Volz said made him "very nervous."

Volz painted a picture for jurors of the way Team Abramoff did business. "When I was on Capitol Hill, I was given tickets to sporting events, concerts, free food, free meals," he testified. "In return, I gave preferential treatment to my lobbying buddies." After he left the Hill to join Abramoff, Volz said, he took on the role of doling out the favors and seeking special treatment.

Abramoff set up the Scotland trip in summer 2002. Besides Ney and Safavian, guests included Ney's chief of staff, William Heaton; Paul D. Vinovich, a lawyer on the House Administration Committee, which Ney then chaired; lobbyist Michael Williams; and former Christian Coalition leader Ralph Reed, an Abramoff business partner. They took a chartered Gulfstream II jet, golfed the Old Course at fabled St. Andrews in Scotland, then flew to London for two nights at the Mandarin Oriental hotel.

Prosecutors have provided evidence showing that the per-person cost was far beyond the $3,100 Safavian paid out of his pocket.

A dinner with Scottish parliamentarians that would have provided some official purpose for the U.S. group was canceled, Volz testified. When the group arrived in London, he said, members tried to set up some sort of government meeting. Ney, Volz said, "told me he went over and met with someone in the British Parliament building."

Safavian, who formerly worked with Abramoff, arrived at GSA as chief of staff in May 2002. He and Abramoff began e-mailing each other about two properties controlled by the GSA. One was land in White Oak, in Montgomery County, where Abramoff hoped to relocate a Jewish academy he founded.

On advice from Safavian, Volz said, the lobbyists first tried to insert language in an election reform bill. "We had a champion in the Congress who had already agreed to attach another provision," Volz testified, identifying the lawmaker as "Congressman Ney." Ney had agreed to try to add language to the same bill that would have aided a Texas Indian tribe represented by Abramoff.

When that did not work, Volz said, Ney told him of another "potential vehicle" on the legislative agenda, a line of questioning U.S. District Judge Paul L. Friedman cut off as "hearsay" evidence. Volz sought help in receiving information on the land from GSA through an inquiry by the chief of staff to Rep. Shelley Moore Capito (R-W.Va.), but backed off when the GSA asked Capito's office why she wanted the information.

The second property Abramoff sought was the Old Post Office building on Pennsylvania Avenue NW. Abramoff, with a tribal client, wanted to convert it into a luxury hotel and sought to have GSA tailor the bid specifications to the advantage of the tribe. "We were trying to rig the rule so our client could get the best chance," Volz said.

He and Williams solicited letters to GSA from Reps. Don Young (R-Alaska) and Steven C. LaTourette (R-Ohio), though in the end their efforts were not "the golden plan we were hoping for," Volz said. Nonetheless, he said, Safavian "concurred with my advice that it was better to have the letter from the Hill before the bid was set."

Van Gelder is seeking to prove that Safavian was a friend of Abramoff's, not a business associate, that Safavian was open and honest with federal investigators, and that Abramoff was not engaged in any formal business dealings with the GSA.

**LOAD-DATE:** May 31, 2006

# EXHIBIT 63

Copyright 2006 Associated Press
All Rights Reserved
Associated Press Online

May 31, 2006 Wednesday 9:16 AM GMT

**SECTION:** WASHINGTON DATELINE

**LENGTH:** 642 words

**HEADLINE:** Ethics Officers May Testify in Lobby Case

**BYLINE:** By MICHAEL J. SNIFFEN, Associated Press Writer

**DATELINE:** WASHINGTON

**BODY:**

On the heels of their star witness's description of how Republican influence-peddler Jack Abramoff got inside information from Bush administration executive David Safavian, prosecutors are going to compare Safavian's behavior with federal ethics laws and regulations.

Prosecutors are prepared to call two ethics officers Wednesday from the General Services Administration, the government property management agency where Safavian was chief of staff before moving on to be the chief federal procurement officer.

In August 2002, ethics officers at the GSA permitted Safavian to go on a weeklong golf expedition to Scotland and London with Abramoff based on Safavian's assertion that Abramoff had no business pending before the agency.

But a convicted lobbyist, Neil Volz, who was then a partner of Abramoff's, testified in U.S. District Court on Tuesday that during the weeks before the lavish trip Safavian provided insider information and advice on how Abramoff could get GSA approval for two of his projects

Volz also outlined how the Abramoff team received assistance from several Republican congressmen or their aides, including Rep. Bob Ney of Ohio, Rep. Shelley Moore Capito of West Virginia, Rep. Don Young of Alaska and Rep. Steven LaTourette of Ohio.

Ney, Capito and LaTourette issued renewed denials of any wrongdoing.

The government's star witness against Safavian, Volz was a former chief of staff to Ney. Volz has pleaded guilty to conspiracy for some of the behavior about which he testified. Facing an 18- to 24-month prison sentence, he hopes cooperation with prosecutors will win him probation only.

Safavian, Ney and two members of Ney's staff accompanied Abramoff, Volz and other Abramoff associates on an August 2002 golf trip to the famed St. Andrews course in Scotland and then to London. Volz said the bills for $500-a-night hotel rooms in London, $100 rounds of drinks, $400 rounds of golf, dinners and travel on a private Gulfstream jet were paid by Abramoff and his staff, and he never saw Safavian pay any expenses.

On cross examination, Safavian's lawyer Barbara Van Gelder got Volz to acknowledge that Safavian told him in Scotland he was paying Abramoff $3,100 for his expenses.

Prosecutor Nathaniel Edmonds used Volz's descriptions of the costs to suggest the trip was far more expensive. Edmonds showed that Ney reported $1,200 in hotel expenses although Volz said Ney spent two nights in London in the Mandarin Hotel, which charged $500 a night for the congressional staff rooms, leaving only $200 to cover the cost of four nights at St. Andrews.

Ethics Officers May Testify in Lobby Case Associated Press Online May 31, 2006 Wednesday 9:16 AM GMT
Page 2

The Abramoff team sent Ney partially filled out draft financial disclosure forms for him to use in filing disclosures with Congress that falsely understated the total cost of the trip at $3,200, Volz testified.

"I thought that number passed the smell test," Volz said, explaining that he hoped that reporters searching public records for travel abuses would pass right over it without asking questions.

In court, however, Edmonds pointed out that the official date stamp on Ney's disclosure form, due within 30 days of the trip, showed it was not filed until September 2004, the same month news stories appeared about the trip.

Volz testified that Safavian, who is charged with lying to investigators about assisting his ex-partner Abramoff, was referred to by the Abramoff team as a "champion" because he could get inside information not otherwise available to lobbyists.

Volz described advice Safavian provided on how to get GSA to sell land in Silver Spring, Md., to a school Abramoff had founded and on how to get preferential treatment for an Abramoff client, the Chitimacha Indian tribe, in the GSA's redevelopment of the Old Post Office here.

Ney is under criminal investigation in the Abramoff probe. Abramoff entered guilty pleas early this year in Washington, D.C., and Florida.

**LOAD-DATE:** June 1, 2006

# EXHIBIT 64

Copyright 2006 Fox News Network, LLC.
Fox News Network

SHOW: FOX SPECIAL REPORT WITH BRIT HUME 6:00 PM EST

May 30, 2006 Tuesday

**TRANSCRIPT:** 053001cb.254

**SECTION:** NEWS; Domestic

**LENGTH:** 5488 words

**HEADLINE:** Political Headlines

**BYLINE:** Carl Cameron, Brit Hume, Harris Faulkner, Mike Emanuel, Brian Wilson, Major Garrett, Megyn Kendall, James Rosen, Greg Palkot, Anita Vogel

**BODY:**

BRIT HUME, FOX NEWS ANCHOR: Next on SPECIAL REPORT, Treasury Secretary Snow steps down. The president names a major Wall Street big to succeed him. Even Senator Schumer approves. The Pentagon says more troops to beef up security in the wild western Iraqi province of Anbar. Why was that House hearing on the FBI search of bribery suspect Congressman Jefferson's office so brief? We'll tell you and tell you who they want to call next. And Senate Democratic Leader Harry Reid goes to the fights in Vegas. We'll tell where he got tickets. First, other headlines.

HARRIS FAULKNER, FOX NEWS ANCHOR: Hello, everyone. I'm Harris Faulkner. Another state, another conviction. John Allen Muhammad found guilty in Maryland of six murders in connection with the 2002 Washington-area sniper shootings. Muhammad and his accomplice Lee Malvo were already convicted in Virginia. Muhammad got a death sentence there. Maryland prosecutors did not seek the death penalty, so he faces up to life in prison without parole.

Democratic leaders in New York state designating their man to run for governor, Attorney General Elliott Spitzer. He accepted the party's nomination today. Nassau County Executive Tom Suozzi has not given up hope of meeting Spitzer in a primary. The Republicans set to designate their challenger later this week.

Relatives of the men and women who died on United Flight 93 on September 11th getting a special chance to go to the White House to watch the film about what happened that day. President Bush inviting the families to screen United 93 at the presidential mansion tonight. The movie focuses on the passengers who fought back against the hijackers.

Honoring a lifelong statesman. Hundreds of people gathering at a memorial service to remember former Senator Lloyd Bentsen. He also served as Treasury Secretary under former president Clinton. Clinton said Benson had a massive positive impact. Bentsen died last week, at 85. He had been under a doctor's care since suffering two strokes.

Our next news break at the bottom of the hour. SPECIAL REPORT with Brit Hume starts now. For all the latest headlines go to our Web site, foxnews.com.

HUME: Welcome to Washington. I'm Brit Hume. President Bush managed to surprise this capital city today by announcing the departure of his treasury secretary and by naming a new one, despite the fact that such changes had been rumored for months. FOX News Chief White House Correspondent Carl Cameron reports, the president tapped as his nominee, the head of one of the nation's most elite investment houses.

(BEGIN VIDEOTAPE)

Political Headlines Fox News Network May 30, 2006 Tuesday          Page 2

CARL CAMERON, FOX NEWS CHIEF WHITE HOUSE CORRESPONDENT: After nearly a year of rumors that Treasury Secretary John Snow was stepping down, President Bush confirmed it, introducing Snow's successor.

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: I'm pleased to announce I will nominate Henry Paulson to be the secretary of the Treasury.

CAMERON: Sixty year old Paulson served in the Nixon administration. Over 30 years in finance, he rose to what is arguably Wall Street's top job the last eight years. Chairman and CEO of Goldman Sachs Group, developing what he called a keen appreciation of capital markets, globalization and the importance of continuing U.S. economic leadership.

HENRY PAULSON, TREASURY SECRETARY NOMINEE: Our economy's strength is rooted in the entrepreneurial spirit and the competitive zeal of the American people and in our free and open market. It is truly a marvel, but we cannot take it for granted. We must take steps to maintain our competitive edge in the world.

BUSH: He has a lifetime of business experience, intimate knowledge of financial markets and the ability to explain economic issues in clear terms.

CAMERON: Explaining the economy in clear terms was not one of outgoing Secretary Snow's strengths in the White House view. For a year administration officials complained privately that the economy was strong but Snow's advocacy was not. Mr. Bush secretly offered the job to Paulson 10 days ago. But to avoid roiling financial markets, aides say, at last week's news conference he sidestepped the question about Snow's departure.

BUSH: He's not talked to me about resignation. I think he's doing a fine job. After all our economy is strong, we grew at 3.5 percent last year.

CAMERON: Last week and again today, Mr. Bush praised Snow's service and kicked off the economic statistics that some felt Snow did not promote aggressively and has been overshadowed by the Iraq war.

bush: In the first quarter of 2006, the U.S. economy grew an annual rate of 5.3 percent, the fastest growth in two and a half years. We added 5.2 million new jobs since August of 2003. The national unemployment rate is down to 4.7 percent.

CAMERON: The Commerce Department says consumer spending jumped six tenths of percent last month, the biggest increase since January. But much of it was rising energy prices which have pushed consumer confidence to its lowest level in seven months according to the University of Michigan. After three and a half years on the job, Snow said he was looking forward to returning to private life. He does so with great satisfaction at what has been accomplished.

JOHN SNOW, OUTGOING TREASURY SECRETARY: Business are investing, productivity growth is strong. Millions of new jobs have been created with rising wages.

(END VIDEOTAPE)

CAMERON (on camera): And despite some stock market volatility today, Paulson's nomination was warmly received both on Wall Street and particularly on Capitol Hill. Republicans predicted swift hearings and confirmation. And New York Democratic Senator Chuck Schumer described Paulson's nomination as, quote, the best pick America could hope for. Brit?

HUME: Thank you, Carl, very much. In Iraq today, more than two dozen people were killed in a car bombing north of Baghdad, just one of several violent and deadly incidents. The Pentagon announced it is moving two battalions into western Iraq to tighten security there. Meantime, back here in Washington, President Bush received the new Iraqi ambassador, FOX News Correspondent Mike Emanuel reports.

(BEGIN VIDEOTAPE)

MIKE EMANUEL, FOX NEWS CORRESPONDENT: At the White House, President Bush accepted the credentials of the new Iraqi government's ambassador to the United States. The president praised Iraq's new leaders.

BUSH: I'm impressed by the courage of the leadership and impressed by the determination of the people and want to assure you, sir, the United States stands ready to help the Iraqi democracy succeed.

EMANUEL: The new ambassador to Washington Samir al Sumaidaie spoke of the desire of Iraqis to live in peace and remove the scourge of terrorism from their land.

SAMIR AL SUMADAIE, IRAQI AMBASSADOR TO THE U.S.: I echo those words and say that the terrorists can target the innocent and the weak and the vulnerable, but they will never stop us establishing a democratic and free country.

EMANUEL: As the new ambassador begins his work in Washington, 1,500 U.S. soldiers, two battalions of the Second Brigade First Armored Division have moved from Kuwait into al Anbar province in western Iraq. The first armored division has had a brigade stationed in Kuwait for several months, available to beef up U.S. forces in the more difficult areas of Iraq.

The U.S. military says General George Casey made the request to provide additional security for that volatile region, which has been a terrorist hotbed. Meanwhile, the status report from the Pentagon to Congress on Iraq makes no predictions about when the 130,000 U.S. troops there can leave.

The report says setting arbitrary deadlines or timetables without considering conditions on the ground in Iraq would be a, quote, serious strategic error. And the report leaves open the possibility that troop levels could go up if needed. The Pentagon reports the terrorist attacks were up 13 percent during this year's transition to a newly elected Iraqi government.

Some of the sectarian violence came following the February 22nd attack on the Golden Mosque in Samarra. The report concludes that strikes on a Shiite shrine, quote, did not produce the civil war hoped for by its perpetrators.

This report also says 55 percent of Iraqis poled indicate they believe the security situation has deteriorated over the last three months. Today, a popular market about 20 miles north of the Iraqi capital in the city of Husseiyniyah was the target of terrorists who set off a car bomb when many people were around. The Interior Ministry reports at least 25 dead and 65 wounded.

(END VIDEOTAPE)

Today's Pentagon report on progress in Iraq says that it predicts that attacks against coalition and Iraqi forces will continue to remain steady through the end of the year and says there is evidence that Sunnis who oppose the political progress in Iraq have joined forces with al Qaeda. All factors when military commanders make their recommendations on U.S. troop levels -- Brit.

HUME: Mike, thank you. CBS News correspondent Kimberly Dozier remains in stable but critical condition tonight with a shrapnel wound to her head, and more severe injuries to her lower body and legs. Dozier was transferred to a U.S. military hospital in Germany today after being wounded in Iraq yesterday during a roadside bomb attack that killed her cameraman and sound man, a U.S. soldier and an Iraqi interpreter.

In Baghdad today, a defense witness in the trial of Saddam Hussein claimed that 23 of the 148 people Saddam has charged with executing in a war crime, are still alive. Saddam's attorneys claim one of their seven -- one of their witnesses had been killed and others were afraid to testify for the defense for fear of their lives. And the defense team asked to be granted as much time to make their case as the prosecution took, from last October until mid-May.

Next on SPECIAL REPORT, a House committee questions FBI tactics in the search of Congressman William Jefferson's office. We'll tell you about that when we come back.

HUME: There may not have been many legal experts who questioned the constitutionality of that FBI search 10 days ago. But for a hearing on the issue today, this is of course the search of Congressman William Jefferson's office -- the chairman of the House Judiciary Committee was able to find a few of them. As FOX News congressional correspondent Brian Wilson reports, they were the only witnesses.

(BEGIN VIDEOTAPE)

BRIAN WILSON, FOX NEWS CONGRESSIONAL CORRESPONDENT (voice-over): The title of the hearing established early on this would be a one-sided affair: reckless justice. Did the Saturday night raid of Congress trample the Constitution? That's because the chairman of the House Judiciary Committee clearly feels it did.

REP. JAMES SENSENBRENNER (R-WI), JUDICIARY COMMITTEE CHAIRMAN: A constitutional question is raised when communications between members of Congress and their constituents, documents having nothing whatsoever to do with any crime are seized by the executive branch without constitutional authority.

WILSON: On hand, a lineup of witnesses who pretty much said what lawmakers wanted to hear.

Political Headlines Fox News Network May 30, 2006 Tuesday                    Page 4

JONATHAN TURLEY, LAW PROFESSOR, GEORGE WASHINGTON UNIVERSITY: The raid on this office of Representative Jefferson represents a profound and almost gratuitous insult to a co-equal branch of government.

WILSON: Also testifying, former Congressman Bob Walker, who believes this is not about protecting one of their own.

ROBERT WALKER (R), FORMER PENNSYLVANIA REPRESENTATIVE: No citizen, including a member of Congress is above the law. But no agency is above the Constitution. America's great experiment as a constitutional re- public rests upon those understandings. Somewhere in the Rayburn raid, the value of these fundamental understandings got lost.

WILSON: Members of the committee are so mad they are threatening to summon FBI director Robert Mueller and Attorney General Alberto Gonzales for a future hearing. One committee member wants to go beyond that.

REP. DARRELL ISSA (R), CALIFORNIA: We have the power to impeach the attorney general. We have the power to impeach that particular judge.

WILSON: The Justice Department filed a brief today insisting the raid that netted boxes of evidence and the hard drive from Jefferson's computer was legal, that a federal judge signed off on it and that precautions have been taken to ensure that investigators are not looking at unrelated documents protected from the executive branch.

"The government does not seek to obtain and indeed has gone to great lengths to avoid obtaining any information from Representative Jefferson that is actually covered by the Speech or Debate Clause of the Constitution."

Also today, new details from the government about an alleged slight of hand that occurred while FBI agents were raiding Jefferson's New Orleans home last year. The FBI agent tasked with watching Jefferson during the raid says she saw him place documents in a blue bag that had already been searched. The agent states "It is my belief that when Con- gressman Jefferson placed documents into the blue bag, he was attempting to conceal documents that were relevant to the investigation and expressly sought by the warrant."

(END VIDEOTAPE)

WILSON: The FBI agent says those documents turned out to be faxes sent to Jefferson by a key figure in the FBI investigation -- Brit.

HUME: Brian, thank you. Within the next few weeks, what may be the most publicized House-Senate conference committee in recent history will get underway as representatives from each chamber reconcile or try to -- the two quite different versions of the immigration reform bill. There are a number of issues in contention. FOX News correspondent Major Garrett joins me now to sort out what may go and what may stay in the final version if any. Hi, Major.

MAJOR GARRETT, FOX NEWS CORRESPONDENT: Hello, Brit. Well the first thing the public needs to know is that it's going to be a while before there is even any hard negotiating going on over what is going to be ultimately in a Senate-House conference agreement on an immigration bill.

Why? Well because neither chamber is ready to appoint whoever is going to be on their conference. That's a proc- ess that takes sometimes a matter of hours, sometimes just a matter of days. But this one, Brit, is going to take at least two weeks, I found out from House and Senate members. So we're not even going to get down to any serious negotiat- ing until the middle of June.

HUME: Well there's some obviously big items that are going to be hard to be resolve and will take a long time. In the early going, are there sort of items on the table from both sides that will be dealt with?

GARRETT: Well there's some very controversial items that I have learned today will be dealt with almost from the top, or at least there will be an attempt to deal with them from the top.

Representative Peter King, who is from New York, who will definitely be on the conference committee, told me a couple minutes ago that he and chairman Sensenbrenner, Judiciary Committee's Sensenbrenner of Wisconsin, will im- mediately offer to take the felony provision from the House bill, which classified all estimated 12 million illegal immi- grants in the country as felons -- very controversial, off the table, just let's pull that out. Take it out of the bill.

Also, there's language in the House bill that the Catholic Church and some good samaritan organization thought jeopardized them if they helped in any way, transport illegal immigrants to the United States. It was meant to deal with alien smuggling. They've agreed to clarify that language right off the top, so the two most controversial elements of the

House bill -- the ones that provoke the most visible protests and posters at these street protests, they are going to be taken out of the bill, by House agreement, off the top. They hope that will begin to engineer an atmosphere where there can be serious talk about border security and other ...

HUME: What are some of the lesser known but controversial provisions in the Senate bill that might go?

GARRETT: Earned income tax credit. The Senate bill now allows illegal immigrants put on a path to citizenship to receive a refund from the government even for wages they earned as an illegal immigrant. House Republicans say is a total non starter, has to go. There is also a provision in the Senate bill that takes agricultural workers and agriculture workers who move to different jobs and they can only be fired for just cause, creating a protection for them, that most American citizens don't have when they take a job. House Republicans say that's got to go, too.

HUME: So those things will go early on. May I take it that while a guest worker program may be acceptable to the House of Representatives, that the big stinker is the so-called amnesty provision, path the citizenship?

GARRETT: A guest worker program is OK as long as it does not provide an automatic path to citizenship. And as far as legalizing illegals here now, a total non starter. And even when you have someone like Chris Shays, a moderate Republican from Connecticut saying he can't support that, you know House Republicans will be adamant on that point.

HUME: All right, Major. Thank you. Next on SPECIAL REPORT, we'll tell you about the fight over the senator who took free tickets to the fight. Stay tuned.

HUME: Senate Minority Leader Harry Reid of Nevada finds himself the target of allegations or at least suggestions that he was wrong to accept tickets to professional boxing matches from a Nevada state agency hoping to influence his vote in Washington. FOX News correspondent James Rosen has the story.

(BEGIN VIDEOTAPE)

JAMES ROSEN, FOX NEWS CORRESPONDENT: When Oscar De La Hoya and Bernard Hopkins squared off for the WBC Middleweight title at the MGM Grand in Las Vegas 21 months ago, the usual crowd of high rollers also included Arizona Senator John McCain, who paid $1400 for his ticket and Senate Minority Leader Harry Reid who paid nothing. As the Associated Press first reported, Reid's ticket for the bout and two others between 2003 and 2005 was a gift from the state athletic commission of Nevada, where Reid is the senior senator.

HARRY REID (D-NV), SENATE MINORITY LEADER: It's hard for me to comprehend how I can be criticized for doing things for the state of Nevada. The Nevada State Athletic Commission is part of the state of Nevada. I'm elected to represent the state of Nevada.

ROSEN: The Republican National Committee took a different view, placing the AP story at the top of a weekly email bulletin chronicling the alleged corruption in the Democratic Party. The Senate Ethics Manual advises senators and their staff not to accept a gift that appears to be motivated by a desire to reward, influence or elicit favorable official action.

The manual ALSO provides an exception for anything which is paid for by the federal government by a state or local government. Since Reid's tickets came from a state athletic commission it would appear it was legal for the senator to accept them.

At the time of the Hopkins-De La Hoya fight, congress was weighing legislation that would have expanded federal oversight over the boxing industry. The Nevada commission opposed the measures as unnecessary asserting its own oversight of boxing, among the most stringent in the 50 states, was sufficient.

A former boxer and referee himself, Reid supported the legislation against the commission's wishes and did not change his views after attending the three fights in question.

Massie Ritsch of the Center for Responsive Politics, a nonpartisan group that trace the influence of money on politics and government, says Reid committed no crime, but does have quote an appearance problem.

MASSIE RITSCH, CENTER FOR RESPONSIVE POLITICS: I would think he's seen enough boxing over the years to know how this legislation would affect the sport. And that these tickets were not essential to him deciding how to push this legislation or not push it through Congress.

REID: But even Rich acknowledged there was no quid pro quo in that Reid continued to advocate against the athletic commission's preferred policy.

RITSCH: He's maintained a consistent position, supporting the creation of a federal boxing commission. And it doesn't appear these tickets influenced him one way or the other.

ROSEN: A spokesman for Reid says he has no plans to refund any money or donate equivalent amounts to charity. And Reid himself remained unrepentant.

REID: I'm very happy I've done it. I will continue to do it when I feel it's important.

ROSEN: In Washington, James Rosen, FOX News.

(END VIDEOTAPE)

HUME: A jury here in Washington today heard testimony from a former partner of the disgraced lobbyist Jack Abramoff in the trial of a former government procurement official, David Safavian. Safavian is charged with lying to federal investigators about his relationship with Abramoff. FOX News Correspondent Megyn Kendall reports.

(BEGIN VIDEOTAPE)

MEGYN KENDALL, FOX NEWS CORRESPONDENT: In 2002, David Safavian had an obscure but powerful federal job overseeing sales of government property at the General Services Administration or GSA. Now, he's accused of abusing that power, on trial for allegedly lying to authorities about his dealings in that job with disgraced lobbyist Jack Abramoff.

CHRISTOPHER YUKINS, GW LAW PROFESSOR: He's on trial for obstructing investigations, for lying to investigators. He's not really on trial for bribery or anything like that.

KENDALL: On the stand today, the government's star witness -- Neil Volz, a former partner of Abramoff and a former top aide to U.S. Congressman Bob Ney. Volz and Abramoff have both pleaded guilty to attempting to corrupt public officials.

According to Volz, one of those officials was none other than Safavian, whom Abramoff lavished gifts upon, hoping to gain approval for two proposals. One to buy this federal land in White Oak, Maryland. The other to buy the old post office building in Washington, D.C.

Volz testified that Safavian gave help to Abramoff, advising him how to structure his bids to improve his chances of getting the land, all while accepting gifts from Abramoff worth thousands of dollars.

Prosecutors focused on a trip to Europe. In August 2002, Safavian, Abramoff and Volz, along with Congressman Ney and others flew to Scotland for a week of golf. A wide-eyed jury was shown photos of the men drinking, eating sushi, on a private jet, smoking cigars and glad-handing on the greens and heard reports of hotel rooms that cost $500 a night.

In seeking approval for that trip, Safavian reportedly told GSA ethics officials that Abramoff had no business with the agency. Prosecutors allege that was a lie. They say Abramoff and Safavian were already in cahoots on Abramoff's two land deals.

YUKINS: It would be a crime to lie to the ethics officers or any federal official.

KENDALL: Safavian's lawyer says her client is innocent and prosecutors can't prove any special favors. She points out Safavian paid for his trip, at least in part, writing a check to Abramoff for $3,100.

Prosecutors say that's mere window dressing, a fraction of the trip's total cost. Volz testified that he lost touch with Safavian after the feds cracked down on Abramoff back in 2004. But he said sometime last year, he ran into Safavian on the street. And he Safavian told Volz the FBI had questioned him about his dealings with Volz and Abramoff.

Volz said Safavian warned him we've got to stick together on this.

(END VIDEOTAPE)

The defense got Volz to admit that he had limited one-on-one contact with Safavian and his testimony was part of a deal that could spare Volz a very good deal of jail time. The trial will continue tomorrow -- Brit.

HUME: Thank you. A top official of the Veterans Affair Department has resigned following the disclosure as many as 26 and a half million veterans records were stolen from the home of a V.A. data analyst.

Deputy Assistant Secretary Michael McClendon supervised the analyst but did not immediately notify his superiors about the theft of veterans' names, birth dates and Social Security numbers on May 3rd. The public and the affected veterans were not informed until three weeks later.

Going to take a break to hear from our sponsors and update the other headlines. When we come back, wait till you hear what Iran's president says is the reason U.S. went into Iraq. That story is next on "The Grapevine."

HUME: I will be back with more SPECIAL REPORT in a moment. But first, let's ask my friend Shepard Smith up in our New York newsroom for a check on the day's other headlines. And a preview of tonight's FOX REPORT. Shep?

(NEWSBREAK)

HUME: And now the most compelling two minutes in television. The latest from the political "Grapevine."

Iranian President Mahmoud Ahmadinejad says toppling Saddam Hussein was merely a quote "pretext" for the U.S. invasion of Iraq, telling Germany's "Der Spiegel" magazine quote, "the Americans occupy the country, kill people, sell the oil. When they have lost, they blame others," end quote.

The Iranian leader prompted rejected new talks on improving security in Iraq. Unless quote, "the Americans change their behavior." saying the U.S., quote, "insulted" Iran after the country agreed to talks earlier this year. Ahmadinejad also denied that the 18-page letter he sent to President Bush last month blamed U.S intelligence services for 9/11. And once again, he questioned whether the Holocaust actually took place.

New York Senator Hillary Clinton's support for the war has lost her the approval of many on the left now including some Democrats in New York City itself. The "New York Daily News" reports the two prominent Manhattan Democratic clubs have voted to endorse Clinton's anti-war opponent in the Democratic Senate primary and others are endorsing no one rather than supporting the senator. One club chairman says Clinton is quote, "not in Arkansas anymore," adding quote, "the majority of New Yorkers are against the war."

And Grammercy Democrat's president, Sylvia Feinman (ph) who has supported Clinton in the past said members voted not to support her this year to quote "send a mess message she was moving away from the views of her base."

Republican candidates who favor comprehensive immigration reform are likely to be more successful than those who focus only on border security. That according to private polls done for the Republican Party which finds that just 25 percent of voters would support a candidate who only supports stopping illegal immigrants from entering the country, while 71 percent are likely to support a candidate who would beef up border security, enforce laws against hiring illegals and create a temporary worker program.

And 70 percent of voters, including 68 percent of conservatives, also support the president's plan to eventually grant legal status to illegal immigrants already in the U.S., while 25 percent call that proposal amnesty.

Outdoor outfitter Timberland has long studied how to reduce carbon emission in the manufacture of their famous leather boots, so as to be more environmentally friendly. But researchers discovered that most of the harmful gases weren't released during the manufacturing process. As Timberland's CEO Jeffrey Schwartz tells "The New York Times" "the vast majority of greenhouse gases associated with manufacturing leather comes from cows in the field."

The company is currently researching ways to reduce bovine flatulence, including changing the livestock's feeding habits.

Nearly 5,700 people are now reported dead in that killer earthquake that struck Indonesia on Saturday. Foreign aid has begun to arrive in the region where Fox News correspondent Greg Palkot reports there is a desperate need for food, water, shelter and medical care.

(BEGIN VIDEOTAPE)

GREG PALKOT, FOX NEWS CORRESPONDENT (voice-over): The Americans have arrived. A 100 person plus U.S. military medical team assembled today in Yogyakarta, Indonesia, they'll setting up a field hospital in the earthquake hit Bantul province. It will include trauma and surgery facilities. Important for thousands injured in the quake.

UNIDENTIFIED MALE: We are basically here to save lives and alleviate the suffering of people of Indonesia.

PALKOT (on camera): A sign of how desperate the people are, where the U.S. military is coming, this food drop in the Bantul province, people are desperate here for any kind of aid.

(voice-over): A sampling of the hard-hit people in the immediate area finds they are eager for the Americans to come.

"It's quite good," this man says. "We really need the medical supplies."

Some are hoping this mission has the same effect as the massive U.S. relief effort in Indonesia following the 2004 quake and tsunami. That bolstered Indonesia's trust in the U.S., leading to greater cooperation on military matters, the global war on terror, basically building up the image of America in the most populous Muslim country in the world.

PAUL DILLON, RELIEF WORKER: Part of it is a public relations exercise. Anybody who tells you different is being untruthful.

PALKOT: So the Americans work hard to get the field hospital up and running. If that helps politically, that's fine by its commander. But he's aiming to fix up some people, as well.

CMDR TOM DAVIS, U.S. NAVY: Anything we can do to help out the people of Indonesia and bring our countries closer together, we're all for it.

PALKOT: In Yogyakarta, Indonesia, Greg Palkot, Fox News.

(END VIDEOTAPE)

HUME: Guilt by association may not work in a courtroom. That does not mean it can't work in politics as Fox News correspondent Anita Vogel reports, the chairman of the House Armed Services Committee, who won re-election overwhelmingly just two years ago may now be in trouble because of his friendship with that House colleague who admitted accepting more than $2 million in bribes.

(BEGIN VIDEOTAPE)

ANITA VOGEL, FOX NEWS CORRESPONDENT (voice-over): Disgraced former Republican Congressman Duke Cunningham may be behind bars but his crimes are still sending aftershocks through southern California politics. Republican candidates rarely face serious challenges in conservative northeastern San Diego County. But five Democrats are competing in the primary to get a shot at unseating long-time GOP congressman and staunch Cunningham ally Duncan Hunter, who carried the district in 2004 with 69 percent of the vote.

CAROLE KENNEDY, SAN DIEGO STATE PROFESSOR: It is a very difficult district for a Democrat to expect to win. It would take an extraordinary set of circumstances to upset the incumbent. But this has been a year of extraordinary political scandal, and those are the kinds of circumstances that can often bring down incumbents.

VOGEL: The challengers point to Hunter's close relationship with Cunningham and his campaign contributors and to Hunter's unflagging support of the Bush administration, is more than enough reason to end his nearly 30-year career on Capitol Hill.

JESS DURFEE, SAN DIEGO DEMOCRATIC CHAIRMAN: Duncan Hunter took in excess of $23,000 from the same co-conspirators that Randy "Duke" Cunningham was affiliated with. If there is a proven link to the same sort of corruption that Duke Cunningham had and that can be connect with Hunter, I think he is highly vulnerable.

VOGEL: Hunter's office said the congressman is not doing interviews until the Democrats have chosen their candidate. But he says, there is no connection to Cunningham's scandal. And he hopes despite his strong personal ties to Cunningham, voters won't assume guilt by association.

Democrats say not so fast. Reminding voters Hunter was Cunningham's congressional sponsor, helped the former navy pilot raise money, and continued to offer unwavering support of his friend despite mounting evidence and threat of an indictment.

DURFEE: Actually right up to the day that Cunningham confessed his guilt, Hunter was standing by him, professing that this guy is innocent.

JONATHAN BUETTNER, SAN DIEGO GOP COO: Democrats are deceiving themselves. They are delusional if they think they can beat Duncan Hunter.

VOGEL (on camera): Polls show in Duke Cunningham's neighboring district, also heavily Republican, a Democrat could win next week's special election. If that happens, Democrats will find new momentum and new fundraising poten-

tial to take on and possibly defeat Republican heavyweights like Duncan Hunter. In Los Angeles, Anita Vogel, Fox News.

HUME: Supreme Court today scaled back protections for government whistleblowers in a 5-4 decision, the justices ruled public employees do not have free speech protections for whatever they may say as part of their jobs.

The decision came in the case of a Los Angeles County prosecutor who claimed he was demoted and denied a promotion after he questioned whether a sheriff's deputy had lied in a search warrant affidavit.

The newest justice Samuel Alito cast the swing vote in today's rulings.

Next on SPECIAL REPORT, the Fox All-Stars will be here to discuss Democratic Senate leader Harry Reid and those boxing tickets. That's next.

**LOAD-DATE:** May 31, 2006