EXHIBIT 68

Copyright 2005 The Washington Post

# The Washington Post

## washingtonpost.com

The Washington Post

December 29, 2005 Thursday
Correction Appended
Final Edition

**SECTION:** A Section; A01

**LENGTH:** 4101 words

**HEADLINE:** The Fast Rise and Steep Fall of Jack Abramoff;
How a Well-Connected Lobbyist Became the Center of a Far-Reaching Corruption Scandal

**BYLINE:** Susan Schmidt and James V. Grimaldi, Washington Post Staff Writers

**BODY:**

Jack Abramoff liked to slip into dialogue from "The Godfather" as he led his lobbying colleagues in planning their next conquest on Capitol Hill. In a favorite bit, he would mimic an ice-cold Michael Corleone facing down a crooked politician's demand for a cut of Mafia gambling profits: "Senator, you can have my answer now if you like. My offer is this: nothing."

The playacting provided a clue to how Abramoff saw himself -- the power behind the scenes who directed millions of dollars in Indian gambling proceeds to favored lawmakers, the puppet master who pulled the strings of officials in key places, the businessman who was building an international casino empire.

Abramoff is the central figure in what could become the biggest congressional corruption scandal in generations. Justice Department prosecutors are pressing him and his lawyers to settle fraud and bribery allegations by the end of this week, sources knowledgeable about the case said. Unless he reaches a plea deal, he faces a trial Jan. 9 in Florida in a related fraud case.

A reconstruction of the lobbyist's rise and fall shows that he was an ingenious dealmaker who hatched interlocking schemes that exploited the machinery of government and trampled the norms of doing business in Washington -- sometimes for clients but more often to serve his desire for wealth and influence. This inside account of Abramoff's career is drawn from interviews with government officials and former associates in the lobbying shops of Preston Gates & Ellis LLP and Greenberg Traurig LLP; thousands of court and government records; and hundreds of e-mails obtained by The Washington Post, as well as those released by Senate investigators.

Abramoff, now 47, had mammoth ambitions. He sought to build the biggest lobbying portfolio in town. He opened two restaurants close to the Capitol. He bought a fleet of casino boats. He produced two Hollywood movies. He leased four arena and stadium skyboxes and dreamed of owning a pro sports team. He was a generous patron in his Orthodox Jewish community, starting a boys' religious school in Maryland.

For a time, all things seemed possible. Abramoff's brash style often clashed with culturally conservative Washington, but many people were drawn to his moxie and his money. He collected unprecedented sums -- tens of millions of dollars -- from casino-rich Indian tribes. Lawmakers and their aides packed his restaurants and skyboxes and jetted off with him on golf trips to Scotland and the Pacific island of Saipan.

The Fast Rise and Steep Fall of Jack Abramoff; How a Well-Connected Lobbyist Became the Center of a Far-Reaching Corruption Scandal The Washington Post December 29, 2005 Thursday Correction Appended

Abramoff offered jobs and other favors to well-placed congressional staffers and executive branch officials. He pushed his own associates for government positions, from which they, too, could help him.

He was a man of contradictions. He presented himself as deeply religious, yet his e-mails show that he blatantly deceived Indian tribes and did business with people linked to the underworld. He had genuine inside connections but also puffed himself up with phony claims about his access.

Abramoff's lobbying team was made up of Republicans and a few Democrats, most of whom he had wined and dined when they were aides to powerful members of Congress. They signed on for the camaraderie, the paycheck, the excitement.

"Everybody lost their minds," recalled a former congressional staffer who lobbied with Abramoff at Preston Gates. "Jack was cutting deals all over town. Staffers lost their loyalty to members -- they were loyal to money."

A senior Preston Gates partner warned him to slow down or he would be "dead, disgraced or in jail." Those within Abramoff's circle also saw the danger signs. Their boss had become increasingly frenzied about money and flouted the rules. "I'm sensing shadiness. I'll stop asking," one associate, Todd Boulanger, e-mailed a colleague.

Abramoff declined to comment for this article. "I have advised my client not to speak, except in court," said Neal Sonnett, one of his attorneys. A friend of two decades, Rep. Dana Rohrabacher (R-Calif.), defended Abramoff: "I think he's been dealt a bad hand and the worst, rawest deal I've ever seen in my life. Words like bribery are being used to describe things that happened every day in Washington and are not bribes."

Few of those interviewed would agree to be quoted on the record because of the ongoing investigation by a Justice Department task force. But some who spoke on the condition of anonymity said they look back in amazement at the heady days of Abramoff's rise.

"We weren't outside the box," the former Preston Gates colleague said. "We were outside the universe."

A quarter of a century ago, Abramoff and anti-tax crusader Grover Norquist were fellow Young Turks of the Reagan revolution. They organized Massachusetts college campuses in the 1980 election -- Abramoff while he was an undergraduate at Brandeis and Norquist at Harvard Business School -- to help Ronald Reagan pull an upset in the state.

They moved to Washington, maneuvered to take over the College Republicans -- at the time a sleepy establishment organization -- and transformed it into a right-wing activist group. They were joined by Ralph Reed, an ambitious Georgian whose later Christian conversion would fuel his rise to national political prominence.

Soon they made headlines with such tactics as demolishing a mock Berlin Wall in Lafayette Park, where they also burned a Soviet leader in effigy. "We want to shock them," Abramoff told The Post at the time.

They forged lifelong ties. At Reagan's 72nd-birthday party at the White House, Reed introduced Abramoff to his future wife, Pam Alexander, who was working with Reed. She eventually converted to Judaism and embraced the Orthodox beliefs Abramoff had adopted as a teenager.

Even in those early days, there were hints of the troubles to come. "If anyone is not surprised at the rise and fall of Jack Abramoff, it is me," said Rich Bond, a former chairman of the Republican National Committee.

Abramoff and his crew busted the College Republicans' budget with a 1982 national direct-mail fundraising campaign that ended up "a colossal flop," said Bond, then deputy director of the party's national committee. He said he banished the three from GOP headquarters, telling Abramoff: "You can't be trusted."

Shortly thereafter, Abramoff was running Citizens for America, a conservative grass-roots group founded by drugstore magnate Lewis E. Lehrman. Abramoff was in frequent contact with Marine Lt. Col. Oliver L. North, the Reagan White House's Iran-contra mastermind, about grass-roots efforts to lobby Congress for the Nicaraguan contras, according to records in the National Security Archive.

One of Abramoff's most audacious adventures involved Jonas Savimbi, the Angolan rebel leader who had U.S. support but was later found to have ordered the murders of his movement's representative to the United States and that man's relatives. With Savimbi, Abramoff organized a "convention" of anticommunist guerrillas from Laos, Nicaragua and Afghanistan in a remote part of Angola. Afterward, Lehrman fired Abramoff amid a dispute about the handling of the group's $3 million budget.

The Fast Rise and Steep Fall of Jack Abramoff; How a Well-Connected Lobbyist Became the Center of a Far-Reaching Corruption Scandal The Washington Post December 29, 2005 Thursday Correction Appended

Abramoff also worked on behalf of the apartheid South African government, which secretly paid $1.5 million a year to the International Freedom Foundation, a nonprofit group that Abramoff operated out of a townhouse in the 1980s, according to sworn testimony to the South African Truth and Reconciliation Commission.

At the same time, Abramoff dabbled as a Hollywood producer, shepherding an anticommunist movie, "Red Scorpion," starring Dolph Lundgren, filmed in Namibia, which was then ruled by South Africa. Actors in the film said they saw South African soldiers on the set. When the film was released in 1989, anti-apartheid groups demonstrated at the theaters. The movie ran into financial difficulty during and after production, but Abramoff produced a sequel, "Red Scorpion 2."

When Republicans wrested control of the House from the Democrats in 1994, Abramoff turned his focus back to Washington politics. With Norquist's help, he reinvented himself as a Republican lobbyist on heavily Democratic K Street. Norquist was one of the intellectual architects of the Republican Revolution and a muse for its leader, Newt Gingrich (R-Ga.), soon to be speaker of the House.

Abramoff also counted on his father, who had a wealth of connections from his days as president of the Diners Club credit card company. Frank Abramoff had once looked into operating a casino in the Commonwealth of the Northern Mariana Islands, U.S. territory that includes Saipan. He introduced his son around, and the Marianas became one of the first important clients of the new lobbyist.

Soon the younger Abramoff developed a key alliance with Rep. Tom DeLay, a conservative Republican from Texas who was working his way up in the House leadership. The two met at a DeLay fundraiser on Capitol Hill in 1995, according to a former senior DeLay aide. The aide recalled that Edwin A. Buckham, then DeLay's chief of staff, told his boss: "We really need to work with Abramoff; he is going to be an important lobbyist and fundraiser."

DeLay, a Christian conservative, did not quite know what to make of Abramoff, who wore a beard and a yarmulke. They forged political ties, but the two men never became personally close, according to associates of both men.

Almost from the start, Abramoff struck some rival lobbyists as a strange figure who operated on the margins. He even turned up as a representative of the Pakistani military when Prime Minister Benazir Bhutto went to Washington in 1995 to seek the return of $600 million the Islamabad government had paid for 28 F-16 fighters. The sale had been blocked by the U.S. government over concerns about Pakistan's nuclear program.

Bhutto's Washington lobbyists were at the Pakistani Embassy savoring her successful meeting with President Bill Clinton when a man in a suit made a mysterious entrance.

"Suddenly, this portly guy steps in and sits down. He says nothing," recalled one of the lobbyists. The Americans asked him to introduce himself. He folded his arms and refused.

"Finally, he says, 'I am Jack Abramoff,' " recalled the lobbyist, a well-connected Democrat. They had never heard of him. Abramoff explained that he was "close to Newt."

The astonished lobbyists for Bhutto learned that Abramoff had traveled to Islamabad and had sold his services to the Pakistani military without the prime minister's knowledge.

In the Senate, Abramoff befriended Republicans and their staffers, along with some Democrats on the appropriations committees. In August 1999, he signed up for the National Republican Senatorial Committee's "Tartan Invitational," in which a half-dozen Republican senators and their aides spent a few days with about 50 lobbyists golfing at the exclusive St. Andrews Links in Scotland.

The following year, Abramoff figured out how to use his clients to fund his own trips to St. Andrews with lawmakers. The first guests were DeLay and his aides.

With Norquist's help, Abramoff secured a spot on the transition team for the Interior Department after George W. Bush was elected president in 2000. He tried to place several officials in Interior, including an unsuccessful attempt to land a former Marianas official in the top spot overseeing U.S. territories.

He was able to befriend J. Steven Griles, the deputy interior secretary, e-mails and interviews show. By the summer of 2001, Abramoff was referring to him in an e-mail to a client as "our guy Steve Griles." Federal investigators are now looking into whether Griles interceded on behalf of Abramoff and improperly discussed a job with the lobbyist while in a position to affect his clients. Griles denied any wrongdoing in recent testimony to the Senate.

The Fast Rise and Steep Fall of Jack Abramoff; How a Well-Connected Lobbyist Became the Center of a Far-Reaching Corruption Scandal The Washington Post December 29, 2005 Thursday Correction Appended

Abramoff's team also cultivated Roger Stillwell, the Marianas desk officer at the Interior Department. In a recent interview, Stillwell said he accepted dinners at Abramoff's restaurant, Signatures, and tickets to Washington Redskins games. But he said that all those actions occurred while he was a contract employee at Interior, not a federal worker. He also said he sent Abramoff copies of e-mails he sent to his boss, but he noted that none of them contained confidential information and that "there's nothing wrong with doing that."

Abramoff wallowed in his access, real and imagined. When his crack administrative assistant Susan Ralston bolted for a position with White House political adviser Karl Rove, Abramoff told colleagues he had gotten her the job even though it was Ralston's old boss, Reed, who made it happen, her former colleagues said.

Even glowing profiles in the New York Times and Wall Street Journal noting Abramoff's extensive influence and impressive income were not enough. Abramoff quietly paid op-ed columnists thousands of dollars to write favorably about his clients, including one writer for Copley News Service who disclosed this month that he had been paid for as many as two dozen columns since the mid-1990s.

Abramoff drove his colleagues hard, often e-mailing them late into the night. Many more than doubled their Hill pay when they went to work with him, some earning salaries of $200,000 to $300,000.

"He hired a bunch of white, middle-class Irish Catholic guys who wanted to exceed their parents' expectations," said one of the young lobbyists who himself fit that description. "He was always pushing, demanding. He would say, 'We are a family, we will work 24 hours a day, we will win.' "

Team Abramoff included former staffers to DeLay, as well as to Sen. Conrad Burns (R-Mont.), head of the Senate Appropriations panel's Interior subcommittee; Rep. Robert W. Ney (R-Ohio), chairman of the House Administration Committee; Rep. John T. Doolittle (R-Calif.), who has served on the key House committee that oversees tribes; and Sen. Harry M. Reid (D-Nev.), now minority leader.

Abramoff gathered his troops for strategy meetings that were "a great show," rollicking forums where ethical niceties were derided with locker room humor, recalled a former Preston Gates colleague. "Jack would say, 'I gave that guy 10 grand and he voted against me!' " the former associate recalled.

Bill padding was openly discussed, according to Abramoff's Greenberg Traurig e-mails that have been released by the Senate Indian Affairs Committee. For example, in April 2000, Abramoff had lobbyist Shawn Vasell working on a monthly invoice to the Mississippi Band of Choctaw Indians, telling him to "be sure we hit the $150k minimum. If you need to add time for me, let me know."

An exasperated Vasell e-mailed back: "You only had 2 hours. We are not even close to this number . . . ." Abramoff's solution: "Add 60 hours for me," and "pump up" the hours for three or four other lobbyists.

The Choctaws were one of a half-dozen Indian tribes who gave more than $80 million to Abramoff between 2000 and 2003. Not only were the tribes paying Abramoff's lobbying firm, they were also paying Abramoff's secret outside partner, Michael Scanlon, who charged the Indians millions of dollars for public relations work and split the money with Abramoff. Scanlon's public relations fees did not have to be disclosed under lobbying rules, thus making it possible for the magnitude of their take from the tribes to be kept from public view. The two dubbed their scheme "Gimme Five," according to e-mails in which Abramoff disparaged their clients as "morons" and "troglodytes."

E-mails show that Abramoff put his money into an array of political and personal projects.

The nonprofit Capital Athletic Foundation, for example, allowed him to schmooze with Washington's movers and shakers at charity affairs. He put a congressional spouse -- Julie Doolittle, wife of the California lawmaker -- on his payroll to plan at least one event. The congressman's office has said that there was no connection between his wife's work and official acts.

The foundation was ostensibly created to help inner-city children through organized sports. There is no evidence money went to city kids, but the foundation did fund some of Abramoff's pet projects: a sniper school for Israelis in the West Bank, a golf trip to Scotland for Ohio congressman Ney and others, and a Jewish religious academy in Columbia that Abramoff founded and where he sent his children to be educated.

Another Abramoff financial vehicle was the nonprofit American International Center, a Rehoboth Beach, Del., "think tank" set up by Scanlon, who staffed it with beach friends from his summer job as a lifeguard. The center became a means for Abramoff and Scanlon to take money from foreign clients that they did not want to officially represent.

The Fast Rise and Steep Fall of Jack Abramoff; How a Well-Connected Lobbyist Became the Center of a Far-Reaching
Corruption Scandal The Washington Post December 29, 2005 Thursday Correction Appended

Some of the funds came from the government of Malaysia. Banks and oil companies there were making deals in Sudan,
where U.S. companies were barred on human rights grounds. Sudan was among several oil-rich nations in Africa, Asia
and the Middle East that Abramoff eyed as venues for lucrative energy deals. Abramoff told associates he wanted to
become a go-to person for U.S. companies seeking to do business with oil-patch nations.

But by early 2003, Abramoff's private dealmaking had spiraled out of control. His religious academy was draining
his income, and his restaurants were hemorrhaging money. He told Scanlon in an e-mail that February that he was at
"rock bottom" and needed funds immediately. By the next day, he was frantic. "Mike!!! I need the money TODAY! I
AM BOUNCING CHECKS!!!"

To Abramoff's rivals in the niche world of tribal lobbying, however, he was still a confounding success.

Team Abramoff was stealing away tribal clients from other lobbyists and charging fees of $150,000 a month or
more -- 10 or 20 times what the Indians had been paying to others. Team members did it by touting their ties to power-
ful Republicans on Capitol Hill and stoking tribal worries that Congress might try to tax casino proceeds. Abramoff and
Scanlon also quietly got involved in tribal elections.

Sen. Byron L. Dorgan (N.D.), the ranking Democrat on the Indian Affairs Committee, remembers first hearing
"vague complaints" about Abramoff in June 2003 from three Democratic lobbyists. The tribes had traditionally sup-
ported Democrats, but Abramoff was capturing them for Republicans, getting them to boost their contributions and give
two-thirds to his party.

There was even more buzz on Capitol Hill about Scanlon, the gregarious former DeLay press aide who had be-
come a multimillionaire almost overnight. His old friends were astonished that Scanlon, then in his early thirties, was
traveling to the beach by helicopter and living in a waterfront Rehoboth mansion that he bought for nearly $5 million in
cash. A Louisiana paper, the Town Talk of Alexandria, reported in September 2003 that the Coushatta tribe paid Scan-
lon's public relations firm $13.7 million, a figure that amazed tribal lobbyists as well as some of Abramoff's colleagues.
It was around that time that one colleague, Kevin Ring, learned from one of Abramoff's assistants that his boss was se-
cretly getting money from Scanlon, according to a source privy to the conversation.

"This could be the Enron of lobbying," Ring told the colleague.

Rival lobbyists, including some Republicans, were comparing notes about what they considered Abramoff's outra-
geous conduct.

One of them contacted The Post in fall 2003. In early 2004, The Post published a detailed account of Abramoff's
tribal lobbying, showing how four of Greenberg Traurig's Indian clients had paid $45 million, most of it in fees to Scan-
lon's firm. Within weeks, Greenberg initiated an internal investigation, Abramoff was ousted and the Senate Indian Af-
fairs Committee began its own inquiry, which unearthed hundreds of incriminating e-mails from Abramoff's Greenberg
Traurig computer files.

Abramoff had another problem that few people in Washington knew about.

He and another old friend from College Republican days, Adam Kidan, had purchased in 2000 a fleet of Florida
casino boats for $147.5 million. By 2004, SunCruz Casinos was bankrupt, and the two men were being sued by lenders
for $60 million in loan guarantees, accused of faking a wire transfer for the $23 million they had promised to put into
the deal.

Even more serious, Abramoff and Kidan were targets of a Florida federal grand jury investigating the SunCruz
wire transfer. And local authorities were probing the gangland-style slaying of the man who had sold them the cruise
line, Konstantinos "Gus" Boulis.

Greenberg Traurig officials have said that they asked Abramoff to resign in March 2004 over unauthorized per-
sonal transactions. They have noted that they had no knowledge of his financial arrangement with Scanlon before they
received inquiries from The Post.

However, two months before the firm requested Abramoff's resignation, Greenberg lawyers representing
Abramoff in the SunCruz bankruptcy summoned Scanlon to the firm's Miami headquarters to ask about the relationship,
according to two people close to Scanlon. Scanlon told them he had paid Abramoff $19 million out of the money he had
received in public relations fees from tribal clients. Cesar L. Alvarez, president and chief executive of Greenberg
Traurig, said the firm will not comment on any meeting with Scanlon.

The Fast Rise and Steep Fall of Jack Abramoff; How a Well-Connected Lobbyist Became the Center of a Far-Reaching Corruption Scandal The Washington Post December 29, 2005 Thursday Correction Appended

By the spring of 2004, the Justice Department had launched an investigation of Abramoff and Scanlon that quickly developed into a multi-agency task force.

Nearly two years later, Abramoff's legal troubles appear to threaten the careers of many of his colleagues and political allies. Sources familiar with the Justice Department investigation say that half a dozen lawmakers are under scrutiny, along with Hill aides, former business associates and government officials.

Two of Abramoff's former business partners -- Scanlon and Kidan -- have pleaded guilty and have agreed to testify about bribery and fraud in Florida and Washington.

Three men have been arrested in the Boulis killing. Two of the three were Kidan's associates; one of them is known to law enforcement as an associate of the Gambino crime family.

Another former Abramoff associate, David H. Safavian -- most recently head of the Office of Federal Procurement Policy in the Office of Management and Budget -- has been indicted on five felony counts of lying to federal investigators about his dealings with Abramoff while he was chief of staff at the General Services Administration.

Within the past year, Abramoff began selling off assets such as his restaurants and has told his lawyers he is broke. He faces the possibility of lengthy prison sentences and stiff financial penalties that could be reduced if he cooperates.

All these developments have added to the pressure on Abramoff to reach his own deal before the SunCruz trial begins on Jan. 9.

Alan K. Simpson (R), the former Wyoming senator who was in Washington during the last big congressional scandal -- the Abscam FBI sting in the late 1970s and early 1980s, in which six House members and one senator were convicted -- said the Abramoff case looks bigger. Simpson said he recently rode in a plane with one of Abramoff's attorneys, who told him: "There are going to be guys in your former line of work who are going to be taken down."

Dozens of lawmakers -- who were showered with trips, sports and concert tickets, drinks and dinners -- are returning campaign contributions from Abramoff and his clients and calling him a fraud and a crook.

Burns, one of half a dozen legislators under scrutiny by the federal Abramoff task force, returned $150,000 in campaign contributions this month.

"This Abramoff guy is a bad guy," Burns told a Montana television station. "I hope he goes to jail and we never see him again. I wish he'd never been born, to be right honest with you."

Former Republican congressman Mickey Edwards (Okla.), usually a defender of lobbying and Congress, said there have always been members who get caught "stuffing money in their pants." But he said this is different -- a "disgusting" and disturbingly broad scandal driven by lobbyists whose attitude seemed to be "government to the highest bidder."

"This is at a scale that is really shocking," said Edwards, who teaches public and international affairs at Princeton. "There is a certain kind of arrogance that in the past you might not have had. They were so supremely confident that there didn't seem to be any kind of moral compass here."

Researcher Alice Crites contributed to this report.

**CORRECTION-DATE:** December 31, 2005; January 2, 2006; January 12, 2006

**CORRECTION:**

A chart with a Dec. 29 article about lobbyist Jack Abramoff incorrectly referred to an "American International Center of Public Policy Research." The reference should have been to two nonprofit organizations: the American International Center and the National Center for Public Policy Research.

A Dec. 29 article about former lobbyist Jack Abramoff cited an incorrect date for an e-mail he sent about client bills. The e-mail was sent in April 2001, not April 2000.

A Dec. 29 article misstated the position once held by the father of former lobbyist Jack Abramoff. Frank Abramoff was president of the franchises unit of Diners Club, not the parent company.

**LOAD-DATE:** December 29, 2005

EXHIBIT 69

Copyright 2006 Associated Press
All Rights Reserved
Associated Press Online

February 1, 2006 Wednesday 7:39 PM GMT

**SECTION:** WASHINGTON DATELINE

**LENGTH:** 1306 words

**HEADLINE:** Scandal Increases Scrutiny of K Street

**BYLINE:** By NANCY BENAC, Associated Press Writer

**DATELINE:** WASHINGTON

**BODY:**

K Street bisects the nation's capital on a route that stretches from tony Georgetown through the city's business district into a working-class neighborhood. But "K Street" also has long been invoked as shorthand for the monied lobbyists who ply influence in this town from offices scattered along the avenue or nearby.

Now, as an influence-peddling scandal unfolds in Washington, the doings of K Street lobbyists and their interactions with Congress and the Bush administration are under heightened scrutiny. And a Republican initiative known as the "K Street Project" is becoming a whipping-child.

Democrats and even some Republicans are vowing to shut down the project; others in the GOP are rushing to put it at arm's length and all sides are trying to define it to their own advantage.

The idea behind the project was simple, says its creator, conservative activist Grover Norquist: Encourage trade associations and corporations to hire lobbyists who have compatible views on lower taxes and less government regulation.

Ultimately, that goal translated into an aggressive effort to pack the ranks of industry lobbyists with Republicans and weed out Democrats who Norquist says are more philosophically suited to a labor union than a corporate conference room.

"Over time, everyone at the AFL-CIO should be a Democrat and everyone on K Street should be a Republican," Norquist declared in 2002, when the effort was in its heyday after the GOP had added control of the White House to its domination of Congress.

Rep. Tom DeLay of Texas, who championed the project as House majority leader after Republicans took control of Congress in 1994, fed the brass-knuckles image.

"We're just following the old adage of punish your enemies and reward your friends," DeLay said in 1995. "We don't like to deal with people who are trying to kill the revolution. We know who they are. The word is out."

Norquist circulated reports identifying lobbyists by party affiliation, political contributions and past employment, drawing complaints from Democrats of intimidation and McCarthyism. The Senate ethics committee issued a letter in 2002 warning senators that such a list "suggests a motive to grant special access, or deny access ... and tends to adversely affect public confidence in the Senate." The letter was interpreted as a slap at top Republicans, including Sen. Rick Santorum of Pennsylvania, for consulting with conservatives about the lists.

Nowadays, the K Street Project's Web site http://www.kstreetproject.com still tracks who's been hired and what lobbying positions are up for grabs, displaying the names of Republican lobbyists and their allies in red print and Democrats in blue. Employment updates routinely mention which political parties the lobbyists have given money in the past.

Scandal Increases Scrutiny of K Street Associated Press Online February 1, 2006 Wednesday 7:39 PM GMT

Norquist, president of Americans for Tax Reform, said in an interview that he launched the K Street Project in the 1980s after he saw an ad from a Fortune 500 company looking to hire a Democrat and only a Democrat to represent its interests in Washington. "It reminded me of 'Irish need not apply' ads," he said. The operation is run from his tax-reform advocacy office, with one of his employees working on it part time, he said.

His effort gained real momentum after Republicans regained control of Congress, but Norquist says many of the activities attributed to the K Street Project are independent of it.

With the broader K Street effort attracting growing criticism, the Senate Republican Conference said last week it would no longer circulate a list of job openings and potential employees at its twice-monthly meetings with lobbyists, and later scrapped the meetings with lobbyists altogether. Norquist said that effort was separate from the "real" K Street Project.

Whatever the name, critics paint a dark picture of the result, one in which Democratic lobbyists have been black-listed from entering certain congressional offices, lobbying firms have been pressured to fire Democratic employees or face legislative retribution, and lobbyists have been squeezed for campaign contributions in return for access to GOP legislators.

The cash at stake is colossal: Federal lobbyists spent $2.1 billion in 2004.

Republicans have held a clear advantage over Democrats in receiving campaign contributions from lobbyists since 2002. That's a turnaround from the early 1990s, when lobbyists skewed their spending heavily toward Democrats when that party controlled the White House and Congress.

Republicans "basically made it a pay-to-play system," says Melanie Sloan, executive director of Citizens for Responsibility and Ethics in Washington. "It wasn't just that they said to fire Democratic lobbyists and only hire Republicans, it was, 'We won't talk to you if you aren't giving us money.'"

Democratic lobbyist Tony Podesta says the effort went far beyond a job bank. "In many cases, companies and trade associations were threatened with adverse government consequences if they hired Democrats," he says.

Lawyer Lanny Davis, who served as special counsel to President Clinton and later worked as a lobbyist, recalls being ordered out of the office of a member of the House Republican leadership when he arrived to promote a piece of legislation.

"I was specifically told that I was unwelcome to participate in the meeting," said Davis, who declined to identify the GOP leader by name. "I was like a skunk at a garden party."

Republican legislators-turned-lobbyists maintain the shift to more GOP lobbyists has been a logical outgrowth of the changeover in Washington's power structure to Republican control after years of Democratic domination.

"What we were trying to do is ensure that there were qualified Republicans for jobs that were opening," said former Rep. Robert Walker, chairman of the bipartisan lobbying firm Wexler & Walker. "Virtually the entire downtown was staffed by Democrats. The only people they knew how to talk to were Democrats."

A few well-publicized dustups sent a clear message about the climate on Republican-controlled Capitol Hill.

In 1998, for example, DeLay lashed out at the Electronics Industries Alliance for hiring former Democratic Rep. Dave McCurdy as its president. Some Republicans drew a link between the hiring of McCurdy and delayed House action on legislation supported by the alliance. DeLay received a private letter of rebuke from the House ethics committee.

McCurdy plays down the flap now, saying, "That was six years ago. ... I've never had a problem with access to members on both sides of the aisle." But neither was he surprised at the partisan flare-up over his hiring, saying, "I think after all the gray hair I've earned in this town, I'm not surprised by anything any longer."

In 2004, after the Motion Picture Association of America hired Democrat Dan Glickman to take over, more than $1 billion in tax credits sought by Hollywood were left out of a corporate tax bill. Democrats complained that the GOP was punishing movie studios; Republicans denied it. The trade group subsequently hired some Republicans to work under Glickman.

Now that DeLay is under indictment on campaign finance charges and lobbyist Jack Abramoff has pleaded guilty to conspiracy, tax evasion and mail fraud charges, lobbying excesses are under the microscope.

Scandal Increases Scrutiny of K Street Associated Press Online February 1, 2006 Wednesday 7:39 PM GMT

Both parties are trying to claim the high ground by pointing fingers at the K Street Project, and defenders of the effort are getting harder to come by.

Rep. John Boehner of Ohio, among those vying to replace DeLay as majority leader, promised to shut down the project although he has long been known for his close ties to K Street.

In the Senate, Democrats are calling for an investigation of the K Street initiative. And Santorum's association with the effort has been cited by Pennsylvania Treasurer Bob Casey Jr., the leading Democrat trying to replace him in the Senate.

**LOAD-DATE:** February 2, 2006

EXHIBIT 70

Copyright 2006 The New Republic, LLC
The New Republic

April 10, 2006

**SECTION:** Pg. 7

**LENGTH:** 804 words

**HEADLINE:** Money for Nothing

**BODY:**

Call it the Goo-Goo Hundred Years' War. For over a century, progressives have battled to sap the political influence of wealthy individuals and powerful interest groups. With each engagement, the tactics become more sophisticated, but victory remains elusive. In the early 1900s, Theodore Roosevelt led an effort to ban corporations from contributing directly to campaigns, but executives quickly scurried around his restrictions. After Water-

gate, Congress limited campaign contributions and expenditures, but, two years later, in Buckley v. Valeo, the Supreme Court declared caps on expenditures an unconstitutional abridgement of free speech. And, in 2002, John McCain and Russ Feingold successfully banned soft money contributions to parties, only to watch those dollars rechanneled to new, independent groups known as 527s.

Despite these failures--or, rather, because of them--the growing stench of Jack Abramoff-related corruption makes it clear that it's time for another battle. To be sure, that scandal has already prompted official Washington to propose limits on K Street's outsized influence. But those efforts are doomed without reform of the campaign finance system that fuels the lobbying machine. That's because Buckley v. Valeo, by limiting the size of contributions but not expenditures in congressional races, actually intensified the pressure on candidates to raise money. This pressure in turn gave lobbyists a new role as fund-raisers--a pressure that McCain-Feingold increased by effectively limiting the cash that parties could dole out to candidates. At the same time, the K Street Project, the fiendishly clever brainchild of GOP activist Grover Norquist, formalized the relationship between Republicans and lobbyists. Lobbyists would raise money for GOP candidates, and, once elected, the candidates would do what the lobbyists wanted. (Of course, Democrats have their own donors who demand rewards.)

This system of campaign finance has not only nourished the excesses of men like Abramoff and politicians like Tom DeLay and Randy "Duke" Cunningham, it has contributed to a more subtle kind of corruption: the subordination of the public interest to myriad private special interests. Want to see the pernicious effects? Just look at the growth of corporate subsidies (which now total about $90 billion a year) and "earmarks" ($47.4 billion last year). The system's most generous gift to industry was the prescription-drug bill of 2003, which supposedly benefited senior citizens but primarily benefited pharmaceutical and insurance companies.

Opponents of campaign finance reform insist that regulating donations is futile, because private money will always find a way to influence politics--and they have a point. But there is a solution: Dilute the potency of private money by flooding the system with public money. Under the "Clean Money, Clean Elections" approach, first proposed by reformers in the 1990s, congressional candidates could choose to accept public financing that largely matches what their opponents or lobbying groups, such as 527s, spend against them. Candidates would be free to opt out of the system and raise whatever sums they like. But, if the public option is sufficiently generous, they'll have no incentive to do so. It is the rare politician who enjoys making himself a supplicant before donors. Is this a wild, utopian scheme? Hardly. In the last ten years, Maine, Arizona, and Connecticut have adopted a "Clean Money" approach for state candidates--and now both the House and Senate are mulling similar proposals for congressional races.

The main argument against public financing is the cost. But the cost of public funding must be weighed against the fiscal benefits. According to Nancy Watzman of Public Campaign, public financing of congressional elections would

cost about $1.5 billion every two years. By contrast, the current system encourages billions each year in business subsidies and tax breaks that lack any market rationale. And it results in legislation like the bankruptcy, energy, and prescription-drug bills that amount to a transfer of billions from the working and middle classes to businesses and their stockholders. By a modest estimate, an investment of less than $1 billion per year for public financing would free more than $50 billion each year that could be allocated or saved, depending on what Congress, free of the pressures of the system's subtle kinds of bribery, decided.

Even with public financing, lobbyists and CEOs would retain more political power than average citizens. But they would not be able to establish the same kind of quid-pro-quo ties with candidates that have made Congress a welfare office for the well-connected. Public financing might not end the war over money in politics, but it could dramatically reduce the stakes.

**LOAD-DATE:** May 2, 2006

EXHIBIT 71

Copyright 2000 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



factiva.

(Copyright (c) 2000, Dow Jones & Company, Inc.)

# THE WALL STREET JOURNAL

The Wall Street Journal

July 3, 2000 Monday

**SECTION:** Pg. A1

**LENGTH:** 2353 words

**HEADLINE:** Rain Dance: Mississippi's Choctaw Find an Unlikely Ally In a GOP Stalwart --- Lobbyist Takes Hefty Fees, Antitax Spin to Save Tribe's Lucrative Perks --- A Break for the Marianas

**BYLINE:** By Jim VandeHei, Staff Reporter of The Wall Street Journal

**BODY:**

PHILADELPHIA, Miss. -- Jack Abramoff, a Washington lobbyist, and Phillip Martin, a Choctaw chief, roll along in the chief's Lincoln Town Car toward the fruits of their investment in conservative politics.

Soon, a towering casino complex will rise over the forests that cover this swath of ancient Choctaw land. A 125-acre lake and recreation center are being built nearby. Work on the tribe's third and fourth championship golf courses will begin. Business is booming here, and the tribe credits Mr. Abramoff's full-service plan to win influence in Washington.

Washington is awash in high-end lobbyists, but even by the capital's standards, the money, methods and results in this case are exceptional. Since 1995, the Choctaw tribe has paid Mr. Abramoff's lobbying firm, Preston Gates Ellis & Rouvelas Meeds LLP, more than $7 million. The tribe has flown dozens of lawmakers, editorial writers and scholars to its reservation and funneled millions of dollars at Mr. Abramoff's direction to a network of conservative groups. All told, Mr. Abramoff says the Choctaw and other clients have made more than $10 million in unreported donations to the conservative movement.

It has been worth it for the Choctaw. GOP lawmakers have shelved a proposal to tax casino revenue, the tribe's single largest source of income. Legislation has helped expand the Choctaw's tax and regulatory haven in the heart of Mississippi. The Choctaw land, like all reservations, isn't subject to state taxes or stringent regulations, an attractive selling point for corporations. Just last month, the House and Senate approved a bill, without debate, that will turn over thousands of acres of new land to the tribe. Mr. Abramoff accepts only a few clients, and they tend to be obscure, such as the Mariana Islands.

They pay hefty fees: In the first half of 1999 alone, the Choctaw paid Mr. Abramoff's firm $2.3 million -- more than Microsoft Corp. spent to hire 13 entire lobbying shops, and the third-largest payment given to a lobbyist since the government started tracking such numbers in 1996. For these sums, clients don't get the usual team of lobbyists with good connections to lawmakers. Mr. Abramoff says it's better to pay him and his conservative allies with clout in Congress to change the political atmosphere in the client's favor.

That was the approach he adopted after the Republicans in 1994 won control of Congress for the first time in 40 years. Most American Indian tribes historically have turned to Democrats, their longtime allies in Congress. But the

Page 2
Rain Dance: Mississippi's Choctaw Find an Unlikely Ally In a GOP Stalwart --- Lobbyist Takes Hefty Fees, Antitax
Spin to Save Tribe's Lucrative Perks --- A Break for the Marianas The Wall St

Democrats no longer had the political muscle to help them, and the attitude of many Republican lawmakers in 1994 wasn't promising.

Newt Gingrich of Georgia, the new House speaker, wanted to tax gaming revenue earned on American Indian land, which would have closed the spigot of money that Chief Martin planned to use to build schools, hospitals and tourist attractions. Many GOP lawmakers wanted American Indians to forfeit some of their sovereignty rights. These include their exemption from being taxed by the federal and state government and from charging a state fuel tax, which lets them sell gas at lower prices than non-Indian outlets.

This was the scene when Mr. Abramoff returned to Washington. He had worked for the Reagan administration, helping to organize anticommunist resistance groups in Jamba, Angola. Reversing his boss's path, he left politics for Hollywood, and spent eight years as a movie producer. "Red Scorpion," his biggest hit, featured Dolph Lundgren as a Soviet killing machine in an Angola-like nation. Mr. Abramoff came back to Washington to work for Preston Gates, the Seattle-based law firm whose most famous partner, Bill Gates's father, has since stepped aside.

Preston Gates, like virtually every firm in town, was frantically searching for conservative talent with connections inside this new GOP majority. Mr. Abramoff signed on, with one condition: He would recruit only clients who could help him wage his ideological crusade as a fervent antitax, free-market conservative.

The Choctaw tribe, one of his first clients, fit the bill. Protecting the tribe's gaming revenue from taxes and preserving its exemption from other state and federal taxes dovetailed with his own conservative agenda. And the Choctaw agreed to his hefty fees: at least $1 million a year for his firm and a commitment to fund lawmakers and conservatives who would do their bidding in Washington. "You have to be willing to do whatever it takes to win," Mr. Abramoff says. "Many don't, especially corporations."

It also suited the times for him to adopt an antitax strategy rather than a pro-Indian one. "The GOP did not understand Indian issues, but they surely knew tax reform," Mr. Abramoff says.

His first stop was Americans for Tax Reform, an influential lobbying organization of 90,000 activists run by Grover Norquist, an old friend. Mr. Norquist helped form a coalition of 500 antitax organizations nationwide to lobby Congress against the proposed bill to tax Indian casino gambling. Citizens Against Government Waste, a conservative budget-watchdog group, and several others also eagerly joined the crusade. Together, they wrote letters to lawmakers, lobbied editorial writers to weigh in and pleaded with activists to assist the Choctaw. The Washington Times, a conservative newspaper, ran an editorial arguing, among other things, that "Republicans should not be in the business of increasing anybody's taxes."

"Jack understands that very little of traditional lobbying matters," says Mr. Norquist. "You change public opinion, then people introduce your bills."

The Choctaw started pumping hundreds of thousands of dollars into ATR and similar groups. Mr. Norquist won't disclose how much, but Mr. Abramoff says the Choctaw have given "several million dollars" to outside groups since 1995, and ATR is a leading recipient.

Although Mr. Abramoff will deal directly with lawmakers when the situation calls for it, he prefers funneling money to the conservative movement because, he says, "that's where I cut my teeth." When he was chairman of the GOP's College Republicans in the early 1980s, his top deputies were Mr. Norquist and Ralph Reed, the former Christian Coalition leader. "We couldn't get people to give us $1 back then."

Another advantage is that politically active tax-exempt organizations such as ATR aren't required to disclose their donors, so it's impossible to discern which groups profited from this campaign. These secretive donations have prompted an outcry from advocates of campaign-finance reform that threatens to close this loophole.

Last Thursday, the Senate overwhelmingly passed a bill that will require "527" political organizations to reveal their major donors. President Clinton vowed to sign the measure into law. The tax-exempt groups, named for section 527 of the U.S. tax code, will have to publicly report how they raise and spend money. But think tanks and activist groups such as ATR, which focus on public-policy issues rather than candidates running for office, won't be covered by the new law.

Some critics express concern that Mr. Abramoff is milking naive clients and secretly employing conservative organizations to do his bidding. "It's unfortunate the only way the Choctaw feel they can have their voice heard here is to have a $1 million price tag on it," says Meredith McGehee of Common Cause, a campaign-finance watchdog group.

Page 3
Rain Dance: Mississippi's Choctaw Find an Unlikely Ally In a GOP Stalwart --- Lobbyist Takes Hefty Fees, Antitax
Spin to Save Tribe's Lucrative Perks --- A Break for the Marianas The Wall St

But to Chief Martin, 74, it is simply the way the system works. "I'm neither a Republican nor a Democrat, just a tribal leader," says the chief, whose tribe of 8,000 has risen from abject poverty to economic prosperity during his 41-year-reign.

In any case, the tribe's investment paid off. In 1995, the GOP Congress voted to kill legislation that would have taxed gaming revenue on Indian land, and it has done so every year since. The proposed tax had been tucked inside the 1995 budget bill that passed the House with strong Republican support. Mr. Abramoff immediately set his sights on the Senate, where he convinced a dozen lawmakers to sign a letter imploring leaders to block the provision in the Senate bill. At the same time, he helped form the antitax coalition, which flooded House lawmakers with a list of reasons to oppose the tax. He also reached out to House Majority Leader Dick Armey and House Whip Tom DeLay, both of Texas and both of whom originally supported the bill. Mr. Abramoff's efforts persuaded them to help remove the tax during final negotiations with the Senate, overriding Mr. Gingrich.

"Although American Indians were for many years identified almost exclusively as part of the Democrat coalition," Mr. DeLay says, that view has changed among many Republicans. "People recognize that Jack Abramoff has been an important part of this transition."

Mr. DeLay, like most Republicans, had essentially ignored the Indians because they were so closely aligned with Democrats and required government funding for high levels of unemployment, welfare assistance, and other social problems. After the conservatives, led by Mr. Abramoff, campaigned to prove that Indians were striving for truly Re-publican ideals of self-sufficiency and low taxation, Mr. DeLay changed his mind.

Following the GOP's about-face on taxing Indian gaming, the Choctaw were true believers. It meant the tribe could continue with plans for what is now the highly profitable Silver Star Resort & Casino here. The new and latest gambling complex will be right across the street.

Soon after the tax vote, Mr. Abramoff applied his growing network of pro-Choctaw Republicans to the task of de-feating legislation, introduced by GOP Rep. Ernest Istook of Oklahoma, that would have subjected all tribes to state taxes. Groups such as ATR and Citizens against Government Waste flooded Capitol Hill with letters condemning the bill.

Republicans eventually killed the legislation -- and, as with the gaming-revenue bill, they have every year since. In the process, Rep. DeLay emerged as the tribe's go-to guy in Congress. While Mr. Abramoff discounts the value of indi-vidual lawmakers, he recognized the value of the man who counts votes and often controls debates.

Mr. DeLay has received more than $50,000 from Mr. Abramoff and his clients, including the Choctaw. Federal re-cords show that Mr. DeLay has taken only 18 trips in the past five years, but he or members of his staff have visited the Choctaw reservation on four separate occasions and have visited most of Mr. Abramoff's clients. Mr. Abramoff has since hired two of Mr. DeLay's top advisers to work the Choctaw account.

"It's pretty well known that when you hire Jack Abramoff, you get influence with Tom DeLay," says Gary Ruskin of the nonpartisan Congressional Accountability Project. Mr. DeLay regards that comment as "awfully cynical," and he adds: "I give access to all kinds of people -- people who work for me, people who vote for me, people who believe in causes I believe in, and even people who vote against me." According to Mr. Abramoff, Mr. DeLay "has done every-thing he can" to help the Choctaw. So have others.

"He opened my eyes," says California GOP Rep. Dana Rohrabacher of Mr. Abramoff. "Jack's one of the most ef-fective lobbyists on the Hill. But he does not twist arms; he just shows you how [his position] fits into his larger ideol-ogy."

Mr. Abramoff, the father of five, has a deceptively calm demeanor. He never drinks alcohol, and his fitness binges often lead him to lunches of plain lettuce and a triple portion of chicken. He's short and stocky, with thick legs -- he once squatted 540 pounds, setting a California state record. His quiet manner and soft voice belie a fiery desire for ideo-logical warfare.

His philosophy has attracted lucrative clients from the tiny Mariana Islands in the South Pacific to Puerto Rico. Under Mr. Abramoff's watch, Congress has failed every year to impose new immigration and wage standards on the Mariana Islands, a U.S. territory often criticized for its treatment of workers. During this time, he has brought more than 85 lawmakers and staff to the tiny islands, a 24-hour trip from Washington. Conservative organizations from the Cato Institute, a libertarian think tank, to Citizens against Government Waste have played a key role in assisting the Marianas

Rain Dance: Mississippi's Choctaw Find an Unlikely Ally In a GOP Stalwart --- Lobbyist Takes Hefty Fees, Antitax Spin to Save Tribe's Lucrative Perks --- A Break for the Marianas The Wall St

in Washington. Government and business officials from the islands have rewarded Mr. Abramoff with more than $8 million in lobbying fees.

Meanwhile, the Choctaw's conservative ties have continued to pay off. In 1998, Mr. Norquist's group produced a pro-Choctaw book and distributed it to key members of Congress. The book was a head-to-toe evaluation of the Choctaw and argued that they are a self-sufficient, antitax group that fits inside the conservative paradigm. It didn't reveal that the Choctaw help fund ATR.

The Choctaw subsequently received what Democratic Rep. Dale Kildee of Michigan, who heads the Native American Caucus in Congress, called "an unprecedented" exemption from national gaming regulations; the exemption was tucked inside a spending bill that attracted little attention by home-state Republican Sen. Thad Cochran. The Choctaw now are the only tribe allowed to self-regulate their gaming operations. Several months later, the tribe made that big $2.3 million payment to Mr. Abramoff's firm for six months of work.

Beyond the gambling revenue, more conventional business also is booming. With the tribe's special tax status, Chief Martin was able to team up with corporations such as American Greetings Corp., AT&T Corp. and Ford Motor Co., which is building electronic components with the Choctaws. The companies are drawn by lower corporate taxes and more lenient regulations. The Choctaws now employ more than 6,000, making them the third-largest employer in Mississippi. They have created more than 1,000 jobs in the past five years and generate more than $123 million annually in wages.

Chief Martin gives credit to Mr. Abramoff and the lobbyist's way of getting things done in Washington. "We have a right to take part in developing any issue that affects us," the chief says. "It's the American way."

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004

EXHIBIT 72

Copyright 2000 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



**factiva**

(Copyright (c) 2000, Dow Jones & Company, Inc.)

## THE WALL STREET JOURNAL

The Wall Street Journal

July 18, 2000 Tuesday

**SECTION:** POLITICS & POLICY; Pg. A24

**LENGTH:** 1141 words

**HEADLINE:** Garment-Making Haven Saipan Looks to GOP Lobbyist

**BYLINE:** By Jim VandeHei, Staff Reporter of The Wall Street Journal

**BODY:**

WASHINGTON -- The Saipan Tribune warned last week that the Pacific island faces a "devastating" economic future if its government doesn't hire a specific lobbying firm here. Two days later, the legislature held an extraordinary special session to try to seal the deal.

Score another controversial victory for Jack Abramoff, the top lobbyist at Preston Gates Ellis Rouvelas Meeds LLP. His tight relationship with island politicians and businessmen has netted him more than $8 million from this tiny U.S. territory since 1995.

The island's main issue with Washington these days is legislation in the U.S. Congress that would prevent major corporations such as Gap Inc. from stamping the "Made in the U.S.A." label on products made in Saipan. The lobbying contract isn't final yet, but Mr. Abramoff is widely expected to ink it soon. It could pay as much as $2 million if he succeeds in derailing the Made in the U.S.A. bill.

"I hope we get the contract," says Mr. Abramoff. "Look, people there recognize the fact that we have worked very hard building whatever support they have here in Congress." Mr. Abramoff, 41 years old, is one of Washington's top-paid lobbyists, representing a variety of clients from the Choctaw Indians in Mississippi to a group of pro-statehood Puerto Ricans. Unlike some lobbyists, who represent numerous clients for moderate retainers, Mr. Abramoff typically demands $1 million a year and focuses on three or four big contracts.

The unusual favoritism shown Mr. Abramoff by the Saipan Tribune and island politicians comes after he helped elect Ben R. Fitial, Saipan's House speaker. He recently escorted Mr. Fitial around Washington to meet high-ranking Republicans, including House Speaker Dennis Hastert of Illinois.

That work, says Mr. Abramoff, was done pro bono, but he anticipated a contract was forthcoming -- as long as the island's governor quit objecting.

Gov. Pedro Tenorio, citing a bleak economic forecast for the island, has objected to paying Mr. Abramoff to protect Saipan from unfriendly legislation in Congress. Gov. Tenorio, who couldn't immediately be reached for comment, recently vetoed a spending bill that called for $700,000 for a new lobbyist.

But the public pressure -- applied through several stories and editorials in the Saipan Tribune and by influential politicians -- could force the governor to relent.

Garment-Making Haven Saipan Looks to GOP Lobbyist The Wall Street Journal July 18, 2000 Tuesday

"They need to get back into the fight," Mr. Abramoff says.

That could be bad news for the coalition of U.S. textile companies and labor unions that are trying to prevent companies in Saipan from stamping Made in the U.S.A on products made there. Mr. Abramoff has "been very effective, very strong" in defending the island's interest in Congress, laments David Flory of the Take Pride in America Coalition.

Mr. Flory's organization, funded mostly by labor unions, wants the legislation that keep prevent products made in Saipan from bearing the label. The legislation specifically targets the large number of goods produced on the island with Chinese materials or by Chinese workers. "It's the Saipan scam," Mr. Flory laments.

Saipan is part of the Commonwealth of the Northern Mariana Islands, a U.S. territory located between Hawaii and the Philippines that was seized from Japan in 1944. Saipan enjoys the unique freedom to set its own labor and immigration standards, much to the chagrin of human-rights activists who accuse Saipan of running low-paying sweatshops.

Under current law, clothing companies such as Gap or J. Crew Group Inc. produce pants and shirts bearing the Made in the U.S.A. stamp in Saipan using low-wage workers, often from China and the Philippines, and ship them to the U.S. duty-free. Most workers in Saipan aren't Americans, according to the Interior Department.

The legislation would require all goods bearing the Made in the U.S.A. label to be made by U.S. citizens. The idea seems quite popular in Congress, with more than 200 lawmakers co-sponsoring the House bill clamping down on Saipan. In the Senate, Republican Sen. Spencer Abraham of Michigan, who faces a tough re-election race this fall, is leading the charge.

"This is a serious threat to the island," says Mr. Abramoff. There is talk in both chambers of Congress of votes occurring this year. That's why several politicians in Saipan, led by Speaker Fitial and influential island businessmen, are pushing to retain Mr. Abramoff.

Mr. Abramoff's ties to Saipan go back a few years. From 1995 until 1998, he worked for the island government, collecting more than $5 million. When Gov. Tenorio canceled the contract in late 1998, a consortium of garment companies called the Western Pacific Economic Council stepped in. In 1999, the garment interests paid him $1.8 million. Mr. Abramoff continues to represent the Western Pacific Economic Council, but a government contract could double the revenue stream from Saipan.

Even Mr. Abramoff's critics concede he has done a remarkable job of convincing the Republican-led Congress to protect the island's right to pay low wages and keep immigration laws lax. But many question his large fees.

While he has been on the case, Congress has failed every year to impose new wage and immigration standards on the island's businesses. Just recently, he persuaded Republicans to provide priority funding for an airport in the commonwealth as part of a major spending bill.

He has also arranged for more than 100 lawmakers, staffers and scholars to travel free to islands, tour the garment-manufacturing sites and meet with local politicians. This campaign hasn't escaped the notice -- or ire -- of congressional Democrats and the Clinton administration.

Just last week, the Interior Department's inspector general said a department official illegally tried to hurt Republican efforts to assist the island. According to the report, the official used his office to provide disparaging information about Republican lawmakers to campaigns and reporters, targeting Saipan defenders such as House Majority Whip Tom DeLay of Texas, a close ally of Mr. Abramoff.

Mr. Abramoff brushes aside the criticism from Democrats and warns that the Saipan economy is in "trouble in Washington" if they don't hire him. "They are fine as long as they have representation."

That sounds remarkably similar to the tone struck by the Saipan Tribune. "It is not certain how the CNMI [Commonwealth of the Northern Mariana Islands] will now fare in Washington should Preston Gates pull back," the paper said, quoting an unnamed U.S. congressional leadership official warning of dire consequences if Preston Gates isn't hired. A separate editorial in the same edition appealed to Gov. Tenorio to hire the firm.

The picture grew even brighter for Mr. Abramoff two days later, when his friends in the Saipan House demanded a special session to pressure Gov. Tenorio and then passed the resolution to hire his firm.

**NOTES:**

PUBLISHER: Dow Jones & Company

# EXHIBIT 73

Copyright 2000 The Washington Post

# The Washington Post

# washingtonpost.com

The Washington Post

November 30, 2000, Thursday, Final Edition

**SECTION:** A SECTION; Pg. A35; THE FEDERAL PAGE

**LENGTH:** 921 words

**HEADLINE:** SPECIAL INTERESTS; Abramoff and Team Likely to Jump Ship

**BYLINE:** Judy Sarasohn

**BODY:**

Major upheaval brewing in the lobbying world: Republican lobbyist Jack Abramoff and his team will likely bolt Preston Gates Ellis & Rouvelas Meeds--with perhaps as much as $ 8 million in annual client fees--for another law firm.

He wasn't looking for a new home, two sources said, but ever since this summer, when the Wall Street Journal wrote about Abramoff's lobbying clout and predictions were being made of Republican George W. Bush winning the presidency, law firms and lobby shops have been pursuing him.

No deal has been signed, but the leading contenders are Greenberg Traurig and Holland & Knight, both law firms that have been aggressively working to bolster their lobbying operations. Other firms are also in contention and Preston Gates is expected to try to keep Abramoff and his team of about 10 lobbyists.

"Preston Gates is still on the table. [But] I'm fairly certain Preston Gates won't be able to compete," said one source familiar with the competition for Abramoff.

Abramoff declined comment. Preston Gates spokesman Bruce Lott said, "It's definitely the season for rumors in this town. But we're not going to comment on rumors on people leaving the firm or on rumors about people joining the firm."

Besides his substantial book of business--bigger than whole lobbying practices at some substantial law firms--Abramoff's Republican connections make him particularly attractive to other shops. He's a member of the kitchen cabinet of House Majority Whip Tom DeLay (R-Tex.) and is close to other Republican leaders, as well. Abramoff is also said to be close to Republican Sens. John D. Ashcroft (Mo.) and Spencer Abraham (Mich.), both of whom lost their reelection fights and are considered likely picks for a Bush Cabinet--if Bush is the eventual winner of the presidency.

Several members of Abramoff's team are also former DeLay aides. It's not clear who may actually go with Abramoff if he leaves.

One of the attractions of a Greenberg Traurig or Holland & Knight to Abramoff, said sources, are the Democrats at those firms who would balance and complement his Republicans.

Some of Abramoff's well-paying clients include the Commonwealth of the Northern Mariana Islands, the casino-owning Choctaw tribe of Mississippi, a pro-business group in Puerto Rico, ChannelOne and the Saginaw Chippewa.

The Commonwealth of the Northern Mariana Islands has been a particularly controversial client. Abramoff has succeeded in convincing the Republicans in Congress to support the commonwealth's right to pay low wages and keep

SPECIAL INTERESTS; Abramoff and Team Likely to Jump Ship  The Washington Post November 30, 2000, Thursday, Final Edition

lax immigration and labor laws. Human rights groups and labor unions have complained that the commonwealth's exemptions from such U.S. laws has fostered an exploitative working environment in its garment industry.

But Abramoff has said efforts to impose restrictive laws on the Marianas "are immoral laws designed to destroy the economic lives of a people."

Sources say there's little concern that Abramoff might lose some of his sparkle if Bush should lose in the legal battle for the presidency. Said one: "This is a bipartisan government no matter who wins."

Rogan Makes the Lunch Rounds

Lobbying shops, law firms and others wanting to bolster their connections in town are also on the hunt for members of Congress who lost their reelection bids or decided to go private sector. Recently seen power-lunching at the Caucus Room restaurant were Patton Boggs partner Edward Newberry and Rep. James E. Rogan (R-Calif.), who failed in his bid for another term.

Rogan, a former House impeachment manager, seems to be lunching around these days. He was also seen at McCormick & Schmick's downtown restaurant last week with former House speaker Newt Gingrich.

"We've been talking to Jim Rogan," acknowledged Newberry, a member of the management committee of the lobbying powerhouse law firm and a former staffer to Virginia Republican Rep. Frank R. Wolf. "He's a terrific lawyer. It's always terrific to get a good lawyer." But Newberry says the meeting was only exploratory and no offer has been made yet: "I'm not sure what he really wants."

European Perspective at Ogilvy

Carel du Marchie Sarvaasas has moved from Ogilvy Public Relations Worldwide's outpost in Brussels to its Washington office, beefing up its Global Public Affairs practice. "With his deep pool of knowledge of the inner workings of the European Commission and the European mindset, Carel will be a great asset to our U.S.-based multinational public affairs clients," Steven J. Dahllof, managing director, Washington, said in a news release.

His clients in Brussels have included the European Commission, IBM, Halliburton, Deloitte Touche and Toyota, among others.

Michael Causey is trading technology practices. He has left Hill and Knowlton, where he was a senior director in the technology practice, for Ruder Finn, where he's a senior vice president and director of that firm's technology practice.

Card Keeping His Hand Close

Andrew Card, Bush's choice for White House chief of staff, remains on unpaid leave from General Motors's Washington office, where he was vice president for government affairs--a lobbyist. Card first took leave to run the Republican presidential convention this summer and then again when Bush asked for help with the debates with Vice President Gore.

"At some point he will have to decide what to do," said William Noack, a spokesman for GM here. "He's very popular here and people will hate to see him go."

LOAD-DATE: November 30, 2000

EXHIBIT 74

Copyright 2000 Roll Call, Inc.
Roll Call

December 18, 2000

**SECTION:** Heard on the Hill

**LENGTH:** 1184 words

**BYLINE:** By Ed Henry

**BODY:**

Staffer Scalped? Congressional officials surfing the Internet last week were stunned to find two tickets to the presidential inauguration on sale on eBay - especially since the tickets are free and will only be distributed to Members' offices.

After some digging, HOH found that the person auctioning off a bit of democracy - listed only by his e-mail address on eBay - was Steve Sutton, chief of staff to Rep. Lee Terry (R-Neb.).

Although the action didn't break any law or rule, selling off tickets that are distributed to Members (so they can dole them out to constituents) is severely frowned upon.

"It is unseemly for a staffer to be selling inaugural tickets that are given to Members of Congress," said Tamara Somerville, spokeswoman for Senate Rules and Administration Chairman Mitch McConnell (R-Ky.). "Hill staff should be on notice that scalping inaugural tickets they got for free from their boss makes the entire Congress look bad."

Bidding for Sutton's tickets, which went on the market for $9.99 on Dec. 6, had soared to $202 by Friday morning.

Responding to an instant message to his America Online account from HOH Friday morning, Sutton called in to say he had decided to terminate the monetary part of the transaction.

"I've decided to give the tickets (for free) to the people who win the auction," he said. "It's gotten out of hand."

In a very twisted defense, Sutton claimed that since he often donates items - many of which he buys on eBay - to charity auctions, he was using the tickets as a way to reimburse himself.

"In my weird values system, I thought that to compensate myself for the donations that I made that I would put a few things up and reimburse myself in that matter," he said.

Inaugural planners have been monitoring eBay and other online auction sites closely in an effort to snuff out attempts to pawn off tickets.

Capitol Police officials are also closely monitoring online auction sites for possible forged or stolen tickets.

"We've had past instances of stolen or forged inaugural tickets; therefore we're going to refer this case to the criminal investigations division so that they can determine whether a criminal investigation is warranted," said Capitol Police spokesman Lt. Dan Nichols. "We are very concerned about the way these tickets are handled in regard to possible forgery or theft."

The tickets aren't the only political memorabilia Sutton has up for sale on eBay. The auction site itemized 14 continuing auctions initiated by Sutton's account. Among the items listed are autographed photos of Speaker Dennis Hastert (R-Ill.), Rep. J.C. Watts (R-Okla.) and Sen.-elect Hillary Rodham Clinton (D-N.Y.).

Sutton said both House Members' mugs were personally autographed, but the photo of the first lady was bought already signed, despite the fact that on the auction site it is described as "unique." As of press time Friday, the Clinton photo ($9.99) had yet to receive any bids.

Roll Call December 18, 2000

Also listed are House and Senate cufflinks, which he purchased in the House gift shop.

"I've done it, and I guess I should stop doing it," Sutton conceded when asked about the other items for sale through eBay. "I'm going to still donate stuff to people, I'm just not going to try and get reimbursed anymore."

Good idea.

Nightmare on K Street. What in the world is going on at the prestigious lobbying firm Preston Gates?

The firm (formally known as Preston Gates Ellis & Rouvelas Meeds LLP) had been cheering the fact that Glenn Ivey, a former top aide to Senate Minority Leader Thomas Daschle (D-S.D.), has signed up as a partner. With a 50-50 Senate, it seems like a perfect way to shore up the firm's Democratic credentials.

But now comes word that Jack Abramoff, the firm's star GOP lobbyist, has jumped ship to Greenberg Traurig and plans to take up to 15 folks with him. " They're completely Republican-less with a Republican House, Senate and president," one source crowed about Preston Gates.

In addition, all of the luxury boxes in town Abramoff has been using to wine and dine his $8 million in clients are going with him. It turns out that he - not the firm - owns the boxes at FedEx Field, the MCI Center and PSINET Stadium.

Preston Gates spokesman Bruce Lott insisted to HOH that Abramoff is the only lobbyist jumping ship. "We have not received a single resignation from anyone other than Jack," he said.

But Abramoff, a close ally of House Majority Whip Tom DeLay (R-Texas), has taken former DeLay spokesman Michael Scanlon with him from Preston Gates to the new firm. And sources said that scores of other lobbyists will exit as soon as they get their holiday bonuses.

However, one source said that Scanlon did not get to resign - he was pushed out by Preston Gates. But his allies contend he was only nudged because word had spread that he was leaving.

Scanlon fired back, telling HOH that some folks are just very sorry to see him go. "If I were losing me, I'd be bitter too," he boasted.

Peace and Harmony? The new era of bipartisanship that President-elect George W. Bush has been touting seems to be creeping ever so slowly across Capitol Hill.

Hastert and House Minority Leader Richard Gephardt (D-Mo.) met Thursday to discuss committee ratios, with Democrats hoping they can gain more seats. It was their second meeting in recent weeks, in addition to several phone calls - a clear thaw from the virtual ice age in the Capitol.

Now comes word that Hastert's staff was planning a GOP leadership party for the holidays in his office today from 3:30 p.m. to

6:30 p.m. However, when the Speaker got wind of the bash, he declared that it was time to invite Gephardt's folks too.

"Now that we have a new president coming to Washington, people are going to end the year with good cheer and celebration," Hastert spokesman Pete Jeffries told HOH.

"We might as well go all out - we're meeting with Bush and (Vice President- elect Dick) Cheney on Monday too," said a very enthusiastic Laura Nichols, spokeswoman for Gephardt.

But one wag noted that despite all of the attempts at bipartisanship, this type of event often winds up resembling a high school party.

Only this time, laughed the source, "Dems go to one side and Republicans move to the other. Everyone goes off to their corners."

Sealing the Deal. With temperamental Senate Appropriations Chairman Ted Stevens (R-Alaska) holding the budget deal hostage all day Friday over an issue involving sea lions in his home state, staffers were snickering.

"We're just waiting for Ted Stevens to seal the deal," one aide cracked in what was a terrible pun.

Roll Call December 18, 2000

Mack the Knife. Staffer Lee Johnson has decided to stay on to help the Senate GOP leadership, even though GOP Conference Chairman Connie Mack (Fla.) is retiring this year.

Johnson, who has served as Conference chief of staff under Mack, has accepted a senior leadership aide position with Sen. Kay Bailey Hutchison (R- Texas). Hutchison was recently elected Conference vice chairwoman in the 107th Congress, a post that was formally known as Conference secretary.

**LOAD-DATE:** December 18, 2000

EXHIBIT 75

Copyright 2005 The National Journal, Inc.
The National Journal

February 26, 2005

**SECTION:** LOBBYING & LAW; Vol. 37, No. 9

**LENGTH:** 1953 words

**HEADLINE:** Abramoff's and DeLay's Foreign Adventures

**BYLINE:** Peter H. Stone

**BODY:**

A few years ago, a prominent business lobbyist recalls, he was playing golf with Rep. Tom DeLay, R-Texas, when the then-House majority whip dropped the name of another lobbyist who he thought might be a helpful ally. Hire Jack Abramoff, the lobbyist recalls DeLay advising him.

The lobbyist, who asked not to be identified, was taken aback by DeLay's bold pitch. "The reason I was so shocked was because at the time, I'd never heard of Abramoff," the lobbyist said in an interview.

Since the time of that golf outing -- and especially within the past year -- Abramoff's name has been mentioned often in Washington. A federal grand jury and the Senate Indian Affairs Committee are probing allegations of misconduct by Abramoff and his associate Michael Scanlon, a public-relations man and a former DeLay aide, involving some $66 million that six Indian tribes with casino operations paid the two men for representing the tribes both inside and outside the Beltway.

In his public statements over the past year, DeLay has sought to distance himself from Abramoff, who during his glory days on K Street often used DeLay's name to try to drum up business and to round up political donations.

Asked by reporters about Abramoff not long after the first stories on the scandal broke last year, DeLay said it would be wrong if "anybody is trading on my name to get clients or make money." And when National Journal recently asked DeLay's office to comment on the story on the golf outing, a spokesman for the now-House majority leader said, "It sounds like a hypothetical golf game that never took place, so it would be hard for me to respond."

Nonetheless, the ties between the powerful Texan and the former superlobbyist stretch back a decade and were forged and sustained by Abramoff's fundraising prowess and other lobbying stratagems. From 1997 through early 2004, Abramoff and his wife

personally contributed $40,000 to DeLay's campaigns and his political action committee, ARMPAC, according to the Center for Responsive Politics. Further, at least two of Abramoff's American Indian tribe clients, the Louisiana Coushattas and the Saginaw Chippewas, donated $38,000 to ARMPAC.

Some of Abramoff's clients and at least one conservative ally also helped underwrite trips taken by DeLay, as well as by some key staffers who later became lobbyists and in three cases worked with Abramoff.

"To the casual observer, it was a pretty simple deal," recalls one former GOP House leadership aide. "Jack raised money for the pet projects of DeLay and took care of his top staff. In turn, they granted him tremendous access and allowed him to freely trade on DeLay's name."

House travel records and interviews with GOP lobbyists suggest that Abramoff curried favor with DeLay and tried to boost his clients' causes through trips. As far back as 1997, Abramoff accompanied DeLay on foreign excursions to such places as London, Moscow, and the Northern Mariana Islands. In at least one instance, on a trip to England and Scotland in mid-2000, congressional gift rules may have been violated; Abramoff apparently filed a report with his law firm showing he picked up some of DeLay's expenses.

The trip's sponsor was the National Center for Public Policy Research, a little-known conservative think tank on whose board Abramoff served until several months ago. The 2000 trip, from May 25 to June 3, mixed business with pleasure. DeLay had a meeting with former British Prime Minister Margaret Thatcher and conservative leaders in Scotland, and played golf at Scotland's storied St. Andrews.

According to the House travel records filed by DeLay's office -- and verified separately by the center -- the center picked up roughly $28,000 in expenses for DeLay and his wife, Christine, as well as $28,000 for DeLay's then-Chief of Staff Susan Hirschmann and her husband, and $14,000 for DeLay aide Tony Rudy, who, some two years later, joined Abramoff as a lobbying partner at the firm Greenberg Traurig. Total expenses for the trip were close to $70,000.

Separately, National Journal has obtained a copy of an expense voucher for the same trip that Abramoff filed with Preston Gates & Ellis, the law firm where he was then a leading lobbyist and rainmaker. Abramoff's voucher lists the purpose of the trip as "client relations" and names "MS Choctaw" as the client account to which the expenses were allocated. At the time, Abramoff and Preston Gates were representing the Mississippi Choctaws, a tribe that runs casinos.

The voucher shows that Abramoff was accompanied by DeLay and his wife; Hirschmann and her husband; and Ed Buckham,

Abramoff's and DeLay's Foreign Adventures The National Journal February 26, 2005

DeLay's former chief of staff who had also become a lobbyist.
Among the big-ticket expenses that Abramoff listed for
reimbursement was a bill for the DeLays at the Four Seasons
Hotel in London in the amount of $4,285.35. The voucher shows
that the total reimbursement for expenses was $13,318.50. For
some reason, it shows that both Abramoff and Buckham were owed
that amount.

Under House gift rules, a member, officer, or employee may
not accept travel expenses from a registered lobbyist, agent of
a foreign principal, or a lobbying firm. The rule stipulates
that the prohibition applies even when the lobbyist, agent, or
firm is later reimbursed for those expenses by a non-lobbyist
client.

"It's clear from House rules that while a member may accept
reimbursement for travel from certain sources, they may not
receive travel expenses from a registered lobbyist, agent of a
foreign principal, or a lobbying firm," said Stan Brand, a
former House counsel and a partner at the law firm Brand &
Frulla.

"It certainly appears from Abramoff's expense voucher that
House ethics rules were violated by a lobbyist having paid for
lodging expenses of Representative DeLay and his chief of
staff," said Fred Wertheimer, the president of Democracy 21, who
added that the apparent violation was another reason for the
House Standards of Official Conduct (Ethics) Committee to
investigate whether Abramoff did financial favors for members
and staffers.

Responding to questions about Abramoff being on the trip
and the billing for some DeLay expenses, a DeLay spokesman said
he couldn't confirm Abramoff's presence. "We did everything we
were supposed to do and disclosed the expenses that the national
center provided us," said DeLay aide Dan Allen. "We have no
control over what somebody may have done beyond that. This is
the first time we are hearing of this expense report."

A spokesman for Abramoff's attorney, Abbe Lowell, issued a
broad statement saying that the ongoing Senate and Justice
Department investigations make it impossible for Abramoff to
defend his work "in the public arena."

A spokesman for Preston Gates said that the firm would not
comment for this story.

The Senate committee that is investigating Abramoff has
raised the issue of foreign travel in another context. At a
hearing last year, testimony revealed that in 2002, Abramoff
solicited $100,000 from two Indian tribes to help pay for a
golfing junket to Scotland in August of that year that included
House Administration Committee Chairman Bob Ney, R-Ohio,
Abramoff, and other lobbyists. The nonprofit Capital Athletic
Foundation, which was run by Abramoff and to which the Choctaws

and the Coushattas each donated $1 million, sponsored the trip.

The Senate and Justice Department probes are also looking
into allegations related to the work that Abramoff and Scanlon
did for their Indian tribe clients between 2001 and early 2004,
including charges that the duo secretly split at least $42
million in fees that were paid to companies run by Scanlon.
Investigators are also probing some of the millions of dollars
in contributions that the tribes made, at Abramoff's suggestion,
to a few nonprofit groups and reportedly some political
campaigns.

Regarding the 2000 trip to England and Scotland, the
National Center for Public Policy Research declined through an
attorney to comment on whether Abramoff had helped to arrange
financing for the trip, or whether he had done fundraising while
he was a board member of the center.

According to the center's 990 disclosure forms filed with
the Internal Revenue Service from 2000 to 2003, Abramoff seems
to have had clout in the group: During this period, one of the
center's largest payments to an individual or group was a
"consulting" fee of $1.28 million in 2003 paid to Kaygold, a
private company that Abramoff apparently controlled.

The national center also declined comment on that payment.
The Washington Post has reported that the center received a
$1.07 million donation from the Mississippi Choctaws.

Abramoff had long successfully lobbied DeLay and his staff
on Choctaw matters. In 1995, for instance, he worked with DeLay
and other House conservatives to kill a proposed tax on Indian
gambling, an issue that was a top priority to the Choctaws.
Moreover, DeLay and a few of his key staffers had also enjoyed
the tribe's resort facilities; according to House travel records
in the summer of 1998, DeLay, his wife, and Susan Hirschmann
spent a couple of days at the Choctaws' resort, which included a
casino, golf course, and spa, in Mississippi.

And the 2000 trip to the British Isles wasn't the only
foreign excursion involving DeLay and Abramoff that the center
sponsored. In August 1997, the center sponsored a trip to Russia
for DeLay and several of his top staffers. The one-week trip was
described on DeLay's travel disclosure forms as a fact-finding
mission. It involved meetings with Russian officials, including
then-Prime Minister Victor Chernomyrdin, and religious leaders
concerned about religious freedom. The bill for DeLay and his
entourage, including Hirschmann and Buckham, totaled about
$60,000.

Abramoff, who was there for at least part of the Russia
trip, was registered at the time to lobby for a Bahama-based
company called Chelsea Commercial Enterprises, whose principals
lived in Moscow. According to the Bahama company's lobbying
registration, Chelsea was trying to "generate support" for the

Abramoff's and DeLay's Foreign Adventures The National Journal February 26, 2005

Russian government's policies in the areas of bilateral trade and "progressive market reforms."

Other trips over the years also seemed to help Abramoff ingratiate himself with DeLay and his top staffers. For instance, Abramoff and DeLay famously spent time together in the Northern Marianas on trips that combined business with golf and other entertainment. For the Northern Marianas, DeLay was Abramoff's leading ally in a successful effort in Congress to let the islands keep a cherished exemption from U.S. labor and immigration law. This exemption allowed garment makers there to pay imported laborers $2 an hour less than the minimum wage in the United States. On a New Year's trip to the Marianas to ring in 1998, DeLay, according to media reports, called Abramoff "one of my closest and dearest friends."

GOP operatives say that all the travel with DeLay helped to boost Abramoff's stature with his clients and, ultimately, his bottom line. "Jack's business model was growing clients rather than getting new ones," one GOP operative recalls. "DeLay was instrumental, in Jack's mind. If the clients equate Jack with DeLay, then obviously Jack's in a strong position to increase his retainer. Foreign trips were part of the work-hard, play-hard DeLay philosophy. To that end, Jack Abramoff was director of travel for DeLay Inc."

**LOAD-DATE:** February 24, 2005