EXHIBIT 76

Copyright 2005 Time Inc.
Time Magazine

April 25, 2005

**SECTION:** U.S. EDITION; NATION; Pg. 23

**LENGTH:** 2404 words

**HEADLINE:** When Tom Met Jack;
Inside the cozy relationship between Tom DeLay and D.C.'s most notorious lobbyist. Could it take the leader down?

**BYLINE:** Karen Tumulty, With reporting by Perry Bacon Jr.; Brian Bennett; Massimo Calabresi; John F. Dickerson/Washington

**BODY:**

It was Congress's holiday for Memorial Day 2000, and majority whip Tom DeLay's staff thought the boss and two top aides deserved a respite from the arduous hours they had been putting in doing the people's business. They wanted to make sure DeLay's little delegation had the finest of everything on its weeklong trip to Britain--from lodgings at the Four Seasons Hotel in London to dinners at the poshest restaurants with the most interesting people, right down to the best tickets for The Lion King--at the time, one of the hottest shows playing on the West End and one for which good seats usually meant a six-month wait. So DeLay's congressional office turned to someone they trusted far more than any travel agent or concierge: lobbyist Jack Abramoff. "He ran all the trips," recalls a former top DeLay aide. "You ask where the itineraries came from, who made all the travel arrangements--it all came out of Jack's shop."

Previous trips had taken DeLay and members of his staff all over the world, but none had been planned quite as meticulously as this one. Three sources who worked with Abramoff at the time say the majority whip's office ran one of Abramoff's assistants ragged with its constantly changing requests. Indeed, say two of those sources, the whole idea for the expensive London jaunt originated with DeLay aides as an additional stop on a golf outing that Abramoff had proposed to Scotland's famous St. Andrews course.

Abramoff delivered on virtually everything DeLay's staff requested. "Jack didn't need this to go awry," recalls a lobbyist who then worked with Abramoff at the Preston Gates Ellis & Rouvelas Meeds law firm and who notes that the trip came at a critical moment. Congress was considering legislation (which died a month after the trip) that might have shut down Internet gambling--and jeopardized the livelihoods of some of Abramoff's biggest clients. Two of them--a Choctaw Indian tribe and the Internet gambling company eLottery Inc.--each wrote a check for $ 25,000 on May 25, 2000, the day DeLay departed, to the sponsor of the trip, the National Center for Public Policy Research, a conservative nonprofit foundation on whose board Abramoff sat. Those checks would cover most of the cost of the $ 70,000 junket. Sponsorship by the center made the trip allowable under House ethics rules, which prohibit lobbyists from paying for congressional travel.

Yet the flurry of demands by DeLay's staff to Abramoff's lobbying operation call into question whether DeLay's office really believed the trip was, in fact, "sponsored, organized and paid for by the National Center for Public Policy Research," as DeLay spokesman Dan Allen maintained when the Washington Post first reported the indirect financing arrangement last month. What's more, if the idea for and details of the London leg originated with DeLay's office, that raises questions about possible violations of a House rule governing gifts and travel. The rule allows members to accept gifts, under limited circumstances, but not to solicit them. Allen told TIME he would not comment on any dealings between DeLay's staff and Abramoff unless TIME revealed its sources or provided documentary evidence.

The center insists the trip would have gone forward even without the contributions from Abramoff's lobbying clients and that there was nothing untoward about a board member--Abramoff, in this case--helping to arrange a center-sponsored trip. "The center believed then and the center believes now the trip was entirely appropriate, as I'm sure does Tom DeLay," says a source close to the center, which would not comment on the record. DeLay's office maintains the Congressman did important work on the trip, the highlight of which was a meeting with conservative icon Margaret

When Tom Met Jack;Inside the cozy relationship between Tom DeLay and D.C.'s most notorious lobbyist. Could it take the leader down? Time Magazine April 25, 2005

Thatcher. The long-retired British Prime Minister regaled DeLay with an account of her efforts to end the cold war more than a decade earlier. As for Abramoff, a spokesman contends he is "being singled out for actions that are commonplace in Washington and are totally proper."

Perhaps, but DeLay's travel arrangements may be drawing the interest of the Justice Department. A source tells TIME that at least one former Abramoff assistant who was involved in setting up the trip to England and Scotland is scheduled to be deposed this week by the FBI, whose Washington field office has assigned half a dozen agents to an investigation into the dealings of Abramoff and his business associate, former DeLay spokesman Michael Scanlon. The focus of the probe, says a senior FBI official supervising the investigation, is "allegations of any wrongdoing involving moneys that went into or left the Indian tribes." Also joining the task force are agents from the Interior Department and the Internal Revenue Service. In addition, two Senate committees are looking into various aspects of Abramoff's operation, including allegedly improper use of charities he established and persuaded his clients to fund.

All this attention on Abramoff--whom DeLay once called "one of my closest and dearest friends"--is just about the last thing the Texas Congressman, who is now the House majority leader, needs at this moment. DeLay's trip to Britain is one of three overseas jaunts that questions have been raised about. Other reports have disclosed that his wife and daughter have been paid roughly $ 500,000 since 2001 by DeLay's political organization. At a moment when House Republicans thought they would be celebrating the 10-year anniversary of their triumphant return to power on vows to clean up the place, they find themselves instead nearly immobilized by the ethics controversy surrounding DeLay. Though they have a full and ambitious legislative agenda, starting with President Bush's call for Social Security reform, "every meeting we have is now a meeting about Tom DeLay," complains a Republican aide. Many congressional offices have quietly shut down all travel.

It was easy for DeLay's allies to dismiss signs of erosion in his support early last week when they were largely confined to criticism by moderate Republican Congressman Chris Shays, often a voice of dissent within the ranks. But it was more difficult after 10 former Congressmen, all Republicans, signed a letter to House Speaker Dennis Hastert imploring him to reverse recent revisions in the House rules that were apparently designed to shield DeLay from being investigated by the ethics committee. What's more, conservative Tom Tancredo of Colorado, while professing his confidence in DeLay's innocence, told his hometown paper that it's "probably not the worst idea" for DeLay to step down as leader until he resolves the ethical controversies that are springing up around him.

The White House is publicly standing behind a leader whose legislative abilities Bush respects and needs for the fights ahead. Bush still calls DeLay a friend, although spokesman Scott McClellan pointedly noted last week that "there are different levels of friendship." The President's team is increasingly frustrated by the majority leader's inability to mount a defense more persuasive than blaming his problems on a liberal conspiracy. DeLay, says a senior Administration official, "is handling this like an idiot."

Having seen how a succession of Democratic leaders fell a decade ago, DeLay should know better than anyone how it tends to happen. Again and again, it was not big violations of the law or congressional rules that landed Washington power brokers in trouble as much as smaller lapses in judgment: House Speaker Jim Wright over how his book was being sold, Ways and Means chairman Dan Rostenkowski over his exchange of stamps for cash at the House post office, Democratic whip Tony Coelho over a questionable junk-bond investment, and eight lawmakers who lost their seats in 1992 in part over checks they bounced at the House bank.

For DeLay, it is hard to imagine that any lapse was greater than the cozy relationship he allowed to grow between his office and Abramoff. The lobbyist's activities might have stayed under the radar had a newspaper in Alexandria, La., not reported the startling fact that a local Indian tribe was paying Abramoff's associate Scanlon $ 13.7 million for public relations work. Subsequent investigations uncovered a flood of e-mail between Abramoff and Scanlon, in which they referred to their Indian clients as, among other epithets, "monkeys" and "losers," even as they charged these clients fees that totaled upward of $ 66 million. It's far from clear what, precisely, the tribes were getting for their investment. In one instance, Abramoff and Scanlon secretly maneuvered to shut down a Texas casino operated by the Tiguas--only to turn around and offer their services to get it reopened for a fee of more than $ 125,000 a month.

But then, associates say, they had never seen a salesman quite like Abramoff, whose favorite saying, one recalls, was, "If it's worth doing, it's worth overdoing." On the one hand, he was a father of five and an Orthodox Jew pious enough to refuse to drive or use electricity on the Sabbath. On the other, he was a lavish entertainer who used his clients' money to buy skyboxes at every professional-sports venue in the Washington area, and who, his former co-workers recall, indulged a love of gadgets by buying a golf simulator that cost more than $ 30,000 and insisting that his BMW come equipped with a flat-screen TV.

When Tom Met Jack;Inside the cozy relationship between Tom DeLay and D.C.'s most notorious lobbyist. Could it take the leader down? Time Magazine April 25, 2005

Abramoff was constantly coming up with new business propositions--wanting to buy an indoor lacrosse team one week and start a newspaper the next--but almost never staying interested long enough to follow through. He rarely took on a client who couldn't pay at least $ 100,000 a month but nonetheless annoyed his associates by delegating to them the actual lobbying--or "asks"--of most Congress members. When it came to DeLay's office, however, Abramoff did the work himself. Sources say he developed a particularly close relationship with Tony Rudy, who in his five years of working for DeLay was at various times press secretary, policy director, general counsel and deputy chief of staff. Abramoff and Rudy shared passions for sushi, racquetball and golf, and the lobbyist lavished sports tickets on the congressional aide. Two former DeLay staff members recall that Rudy would frequently e-mail Abramoff from inside Republican leadership meetings on a Motorola pager that Hill staff members carried as a precursor to their now ubiquitous BlackBerrys.

Ultimately, Rudy joined Abramoff at Greenberg Traurig, the lobbying firm that hired Abramoff in December 2000. But he soon left, having discovered, former associates of both men say, that it was not as much fun to work for Abramoff as to be courted by him. Rudy, now at Alexander Strategy Group, a firm founded by former DeLay chief of staff Ed Buckham, did not respond to phone and e-mail requests for an interview.

Both Abramoff and Scanlon have declined to answer questions from congressional investigators. But sources tell TIME that Abramoff's work habits could be making the investigators' job much easier. He did nearly all his communication by e-mail--even with the assistants who sat right outside his office, associates say. And having farmed out so much work among his colleagues, Abramoff insisted on a daily accounting--known as the wrap-up--to make sure it had all got done. In those records, which sources say have been turned over to congressional investigators and the FBI, are notations of nearly every phone call and appointment, every payment that was collected and every check that was sent out. From this information, say some who were involved with collecting it, investigators will try to piece together what is being called a timeline linking favors asked of lawmakers with contributions and favors they asked of Abramoff.

But there is one place, at least for now, where no such scrutiny is taking place: the House ethics committee. DeLay has said he would welcome a chance to explain everything to the panel, which last year admonished him three times. But Democrats have shut down the committee, saying they object to rule changes that make it impossible to open an investigation without the support of at least one member of each party. DeLay says he sees little more than a Democratic plot at work. "The only way I can be cleared is through the ethics committee, so they don't want one," DeLay told the Washington Times last week. But when the journalists asked DeLay whether he had ever crossed the line of ethical behavior, he gave an answer that could come back to haunt him. "Ever," he said, "is a very strong word." --With reporting by Perry Bacon Jr., Brian Bennett, Massimo Calabresi and John F. Dickerson/Washington

BOX STORY:

THE TOM AND JACK SHOW

A TRIP ACROSS THE POND

In spring 2000, Tom DeLay and two aides spent a week in Britain, organized by lobbyist Jack Abramoff. Here's how it went down:

Where Did The Money Come From?

TWO FAT CHECKS

The day DeLay departed, two of Abramoff's clients, one a Choctaw tribe, each gave $ 25,000 to the official sponsor of the trip, a nonprofit foundation. That was enough to cover most of the costs

Who Arranged the Visit?

"JACK'S SHOP" Members of Congress can't accept travel paid for by lobbyists like Abramoff. Though Abramoff set up the trip, it was sponsored by the National Center for Public Policy Research

Why Go to London?

TO SEE MARGARET THATCHER The tour was ostensibly meant to be an edifying event, the highlight of which was a meeting with the conservative icon. Long retired, the former PM regaled DeLay with old cold war stories

What Did They Do for Fun?

When Tom Met Jack;Inside the cozy relationship between Tom DeLay and D.C.'s most notorious lobbyist. Could it take the leader down? Time Magazine April 25, 2005

SAW SIMBA AND HIT THE LINKS Between the demands of DeLay's staff and Abramoff's attention to the Congressman's needs, the delegation had the finest--rooms at London's Four Seasons Hotel, dinners at the best restaurants, hard-to-get tickets for The Lion King and a golf outing at Scotland's famed St. Andrews course

What Has Been the Fallout?

LEGAL AND POLITICAL HEAT Abramoff is under investigation by the FBI as well as two Senate committees for his dealings with his Indian-tribe clients. DeLay is facing growing signs of unease within the Republican Party over his ethics

**GRAPHIC:** COLOR PHOTO: DELAY: ZIV KOREN--POLARIS, DYNAMIC DUO, House majority leader Tom De-Lay called lobbyist Jack Abramoff, below, one of his "dearest" friends; COLOR PHOTO: ABRAMOFF: THOMAS BUTLER, [See caption above]; COLOR PHOTO: CLARION-LEDGER--AP, The Choctaw's Golden Moon Casino in Philadelphia, Miss.; COLOR PHOTO: JOHN STILLWELL--PRESS ASSOCIATION, Margaret Thatcher; COLOR PHOTO: GLENN LONEY--EVERETT COLLECTION, The Lyceum Theatre in London; COLOR PHOTO: IVAN J. BELCHER--WORLDWIDE PICTURE LIBRARY/ALMAY, St. Andrews in Scotland

**LOAD-DATE:** April 17, 2005

# EXHIBIT 77

Copyright 2002 The New York Times Company
The New York Times

April 3, 2002 Wednesday
Late Edition - Final

**SECTION:** Section A; Column 2; National Desk; Pg. 1

**LENGTH:** 1620 words

**HEADLINE:** At $500 an Hour, Lobbyist's Influence Rises With G.O.P.

**BYLINE:** By DAVID E. ROSENBAUM

**DATELINE:** WASHINGTON, April 2

**BODY:**

In the last six months of 2001, the Coushatta Indians, a tribe with 800 members and a large casino in southwest Louisiana, paid $1.76 million to the law firm of Jack Abramoff, a Republican lobbyist here.

Last month, the Bush administration handed the tribe a big victory by blocking construction of a casino by a rival tribe that would have drained off much of the Coushattas' business.

William Worfel, vice chairman of the Coushattas, views the administration's decision as a direct benefit of the eye-popping lobbying fees his tribe paid Mr. Abramoff, more money than many giant corporations like AOL Time Warner and American Airlines paid lobbyists in the same period.

"I call Jack Abramoff, and I get results," Mr. Worfel said. "You get everything you pay for."

In the seven years since Republicans gained control of the House of Representatives, Mr. Abramoff, 43, has used his close ties to Representative Tom DeLay of Texas, the Republican whip, and other conservatives in the House to become one of the most influential -- and, at $500 an hour, best compensated -- lobbyists in Washington.

He is also an important Republican fund-raiser.

Mr. Abramoff's recent success and importance in Republican circles is a reminder that even as much of official Washington has been focused on the war in Afghanistan, efforts to beef up national security after Sept. 11 and the crisis in the Middle East, the business of lobbying has been humming along quite nicely, more out of the spotlight than usual but more profitable than ever for those with the right connections.

Unlike many lobbyists who take almost any client who is willing to pay their fee, Mr. Abramoff says he represents only those who stand for conservative principles. They include three Indian tribes with big casinos and, until recently, the Northern Mariana Islands.

"All of my political work," he said, "is driven by philosophical interests, not by a desire to gain wealth."

Mr. Abramoff argues that Indian reservations and the island territory, which is exempt from United States labor laws, are "just what conservatives have always wanted, which is enterprise zones -- tax-free, regulation-free zones where with the right motivation, great industry could take place and spill out into the general communities."

His success in making this case to Republicans in the House has paid off handsomely.

At the beginning of last year, Mr. Abramoff left Preston Gates Ellis & Rouvelas Meeds, the law firm where he had worked since he became a lobbyist in 1995, and joined the Washington office of Greenberg Traurig, a firm based in Miami.

Mostly as a consequence, Greenberg Traurig, which received only $1.7 million in lobbying fees during the first half of 2000, had $8.7 million in the first half of 2001, fifth most of any firm in Washington, according to rankings by National Journal. Preston Gates, which had been ranked fifth, saw its lobbying fees cut in half and fell out of the magazine's top 10.

As is often true of the work of lobbyists, it is hard to tell how much influence Mr. Abramoff really has over government decisions, and his recent victory for the Coushattas is a case in point.

Indian reservations are not covered by state laws regulating gambling. The Bureau of Indian Affairs in the Interior Department has the final say on whether casinos can be built on reservations, and the decisions have not always been free from political influence.

Mr. Abramoff did not even directly approach the Interior Department himself, but instead organized a group of lawmakers and other Indian tribes with gambling interests to express to the department their opposition to the new casino.

For lobbyists, perception of influence can often be as valuable as actual influence.

Mr. Worfel, the vice chairman of the Coushattas, said he was delighted with Mr. Abramoff's representation and happy to pay his firm's retainer of nearly $300,000 a month.

Mr. Abramoff's fee of $500 an hour is matched by few if any other lobbyists in Washington.

Mr. Abramoff's background and personality hardly fit the mold of the typical Washington lobbyist.

He is an Orthodox Jew who says that even more than politics, his religion is a central element of his life. He is a teetotaler with a soft voice and a gentle manner who once held a high school weight-lifting record in California. He spent several years in Hollywood producing movies -- "Red Scorpion," an anticommunist thriller, was the most successful -- before becoming a lobbyist.

Most unusual, he is, by his own description, a committed ideologue.

In the early 1980's, Mr. Abramoff was chairman of the College Republican National Committee, where he made important contacts. Among those on his staff were Grover Norquist, now a leading conservative strategist here and president of Americans for Tax Reform, and Ralph Reed, the former director of the Christian Coalition, who is a prominent Republican political consultant.

Mr. Abramoff tries hard to persuade his fellow Washington lobbyists to give more generously to the Republican Party, its candidates and conservative organizations. He expects to raise as much as $5 million this year, he said, and plans to donate as much as $250,000 personally.

Mr. Abramoff's rising influence is also illustrative of another trend in lobbying: success can be built on a strong relationship between a lobbyist and a single, powerful lawmaker. His interest in raising money for Republicans and conservative causes is the foundation of Mr. Abramoff's relationship with Mr. DeLay, who is determined to meld the lobbyists on K Street here into the Republican Party's political, legislative and fund-raising operations.

Mr. Abramoff described the bond this way: "We are the same politically and philosophically. Tom's goal is specific -- to keep Republicans in power and advance the conservative movement. I have Tom's goal precisely."

Mr. Norquist, who is friendly with both men, said of Mr. Abramoff, "He walks in to see DeLay and DeLay knows that he is representing clients whose views are in sync with DeLay's views."

It is difficult to gauge the importance of this relationship to Mr. Abramoff's success. Some of his clients said in interviews that Mr. Abramoff did not mention the relationship when he was seeking their business and that it was not the reason they retained him.

"Everybody is important in Congress, not just DeLay," said Philip Martin, chief of the Mississippi Band of Choctaw Indians. The tribe, which runs a large casino and resort, was one of Mr. Abramoff's first clients and is still one of the most lucrative.

The Mississippi Choctaws paid Greenberg Traurig more than $1 million in the last half of 2001. "Definitely we get our money's worth, or we wouldn't be doing it," Mr. Martin said.

Mr. DeLay did help put Mr. Abramoff on the lobbying map, assisting his clients on two sensitive matters in 1995, the first year Mr. DeLay was whip and Mr. Abramoff's first year as a lobbyist. But it is not clear that the whip was any more active on these measures than he was on other bills before the House that year.

One of Mr. Abramoff's issues was his opposition to a federal tax on Indian gambling revenues. The tax was included in the nonbinding budget resolution the House approved.

But on behalf of the Mississippi Choctaws, Mr. Abramoff said he went to Mr. DeLay and other Republican leaders and explained, "Regardless of what you feel about gaming, what you are creating here is a tax on these people, and conservatives should never be in favor of new taxes."

The proposed tax was killed, Mr. Abramoff said, "once they discerned a conservative principle."

The other big issue for Mr. Abramoff in 1995 that promoted his career was a bill passed by the Senate that would have stripped the Northern Mariana Islands of their exemption from the United States minimum wage and immigration laws.

The main industry in the Marianas is textiles. Inexpensive clothes are made there, mostly by immigrant Chinese women who work for low wages in substandard conditions, and the garments are shipped duty-free to the United States with a "Made in the U.S.A." label.

With Mr. DeLay's help, Mr. Abramoff managed to get the legislation defeated in the House, using the argument that the Marianas represented low taxes and free enterprise and should be left alone.

Representative George Miller, a California Democrat who sponsored the legislation in the House, is still furious about Mr. Abramoff's action. In a recent interview, Mr. Miller said, "He spent a lot of time, effort and money to protect a system that was a growth industry for sex shops, prostitution, abuse of women, slavery, illegal immigration, worker exploitation and narcotics, and he did it all in the name of freedom."

Asked about this, Mr. Abramoff replied: "Congressman Miller has an agenda, and he wants the facts to fit his thesis. No lobbyist could have convinced Congress to support the system he describes."

After the bill was defeated, Mr. Abramoff took 150 lawmakers and staff members to the Northern Marianas, 200 miles north of Guam, and Mr. DeLay came back enthralled.

Unfortunately for Mr. Abramoff, turning the islands' economy into an ideological cause has come back to haunt him. In last November's election for governor, he supported the candidate of the garment industry, Benigno Fitial, against the Republican candidate, Juan Babauta. Mr. Babauta won and soon after he took office in January, he canceled the government's $100,000 per month contract with Mr. Abramoff.

"The U.S. territories have traditionally been handled in Washington in a bipartisan manner," an associate of the new governor said. "Abramoff marked an end to that approach. So in a change of government, it was only natural that he be dropped."

URL: http://www.nytimes.com

GRAPHIC: Photo: Jack Abramoff, one of Washington's highest-paid lobbyists. (Susana Raab for The New York Times)(pg. A17) Chart: "IN BRIEF: A Lobbyist's Clientele"Some of the main clients of Jack Abramoff, a Washington lobbyist, in the last six months of 2001, and the fees paid to his law firm, Greenberg Traurig: Chitimacha Tribe of Louisiana: $60,000Commonwealth of the Northern Mariana IslandsUnited States territory exempt from wage and immigration laws: $600,000Coushatta Tribe of Louisiana: $1,760,000Hopi Tribe: $60,000Mississippi Band of Choctaw Indians: $1,040,000Primedia Inc.Corporate parent of Channel One: $440,000Saginaw Chippewa Indian Tribe: $150,000Saipan Garment Manufacturers AssociationTextile trade association in Northern Mariana Islands: $160,000Voor Huisen Project ManagementSecondary mortgage project in Russia: $300,000(Source: Senate Office of Public Records)(pg. A17)

LOAD-DATE: April 3, 2002

EXHIBIT 78

Copyright 2005 Time Inc.
Time Magazine

July 4, 2005

**SECTION:** U.S. EDITION; NATION; Pg. 30

**LENGTH:** 1250 words

**HEADLINE:** The Gimme-Five Game;
A trove of e-mail offers an inside look at a lobbying scandal that's making top conservatives nervous

**BYLINE:** Massimo Calabresi, With reporting by Greg Fulton; Greg Land/Atlanta; Viveca Novak/ Washington

**BODY:**

At this stage, it's not easy to make Jack Abramoff's reputation worse. The Washington superlobbyist has been caught, in his e-mails, calling his Indian tribal clients "monkeys" and "morons." It has been made clear, in congressional hearings, that he charged the tribes outlandish fees and got them to make donations that underwrote his lifestyle, his kids' education and the luxury travel of his favorite politician. But for those who were recipients of the largesse that Abramoff could afford with his clients' money, exposure is a frightening prospect. House majority leader Tom DeLay, that luxury traveler, has already been burned by his association with Abramoff. The latest disclosures about the lobbyist's methods have dusted up two more Republican notables: antitax activist Grover Norquist and Christian conservative Ralph Reed. Their names came up in the thousands of e-mails released last week by the Senate Indian Affairs Committee, which is investigating Abramoff. The fact that Abramoff-controlled tribal money found its way to the highest levels of conservative power in the country is making a lot of people in Washington nervous. "If you painted that money purple, there'd be a lot of purple pockets around town," says Senator Byron Dorgan, the ranking Democrat on the committee.

The spreading scandal is a particular concern to Republicans in light of next year's midterm elections. Abramoff's name has become associated in Washington with more than just typical lobbying excess. He is an intimate of the self-described revolutionaries who took power on the Hill in 1994 on promises of cleaning house after decades of Democratic control and, as such, is seen as the personification of the Republican revolution gone awry. It doesn't help that the Indian tribal money that made Abramoff so influential around town came mostly from profits from gambling, which many conservatives view as immoral. Some Republicans are even arguing that the party should distance itself from those tied too closely to Abramoff. "If someone within your family is doing something that's certainly wrong, if not illegal, you have a duty to say, That's not us," says David Keene, chairman of the American Conservative Union. "That's what people are saying."

Last week's e-mail dump was the first detailed look the public has got into how Abramoff combined his top-tier connections with vast sums of money from his tribal clients to advance his interests. It shows how easy it is for seasoned operators to violate the spirit of the law--possibly while staying within the letter of it--as they peddle influence. The correspondence also lays bare that, of the $ 7.7 million Abramoff and fellow lobbyist Michael Scanlon charged the Choctaw for projects in 2001, they spent $ 1.2 million for their efforts and split the rest in a scheme they called "gimme five." Most of all, it shines a bright light into the dark places of Washington where money, politics and lobbyists meet.

Norquist, Abramoff and Reed first worked together in 1981 as members of the college Republicans organizing protests against communism in Poland. From there, the three rose steadily to the tops of their fields. Reed, as leader of the Christian Coalition, built a national grass-roots following of religious activists. Abramoff tapped into massive casino profits by representing newly rich tribes. And Norquist, head of Americans for Tax Reform (ATR), established himself as the high priest of tax cuts.

According to the e-mail trail, Reed and Norquist contacted Abramoff separately in 1999 to say they wanted to do business. Norquist complained about a "$ 75K hole in my budget from last year." Reed, who left the Christian Coalition

The Gimme-Five Game;A trove of e-mail offers an inside look at a lobbying scandal that's making top conservatives nervous Time Magazine July 4, 2005

in 1997 to found a political consultancy, said he was counting on Abramoff "to help me with some contacts." As it turned out, Abramoff needed them too. In 2000 Alabama was considering establishing a state lottery, which would compete with the casino business of the Mississippi band of Choctaws, an Abramoff client. Norquist and Reed were well positioned to help. "ATR was opposed to a government-run lottery for the same reason we're opposed to govern-ment-run steel mills," Norquist told TIME. Reed publicly opposed gambling. It wouldn't do to have casino owners di-rectly funding an antigambling campaign. So Abramoff arranged for the Choctaws to give ATR $ 1.15 million in in-stallments. Norquist agreed to pass the money on to the Alabama Christian Coalition and another Alabama antigambling group, both of which Reed was mobilizing for the fight against the lottery. Reed knew the real source of the money was the casino-rich Choctaws. The antigambling groups say they didn't.

On Feb. 7, 2000, Abramoff warned Reed that the initial payment for antilottery radio spots and mailings would be less than Reed thought. "I need to give Grover something for helping, so the first transfer will be a bit lighter," Abramoff wrote. The transfer was apparently lighter than even Abramoff expected. In a note to himself on Feb. 22, Abramoff wrote, "Grover kept another $ 25K!" Norquist says he had permission. He says a Choctaw representative--he can't remember who-- instructed him on two occasions to keep $ 25,000 of the money for his group.

Abramoff's spokesman released a statement last week saying that with an investigation ongoing, "Mr. Abramoff is put into the impossible position of not being able to defend himself in the public arena until the proper authorities have had a chance to review all accusations." Norquist says he believes the direction of the Indian Affairs Committee's probe is being driven by an old rivalry between him and the committee chairman, Republican Senator John McCain. "This is completely political," Norquist says. McCain said last week's hearings sought to uncover fraud against the Choctaws, not investigate Norquist or Reed.

As for Reed, who is campaigning to become Lieutenant Governor of Georgia, he faces the wrath of his former Christian Coalition partners in Alabama. They say they feel tricked into working against the Alabama lottery on behalf of casino owners who saw it merely as competition. Alabama coalition president John Giles says that the organization has begun an investigation and that Reed's lawyers are cooperating. The Choctaws last week supported Reed's claim that none of the money paid to oppose the lottery came from gambling profits. Reed's Republican-primary opponent, state senator Casey Cagle, has made Reed's association with Abramoff a campaign issue. "We were working to shut down a gambling casino, and I make no apologies," Reed told TIME in March.

What of the friendship among the three men? In 2002 Abramoff came to see Reed as competition and cut him off the Choctaw gravy train. "He is a bad version of us! No more money for him," Abramoff wrote Scanlon. Norquist was still standing by Abramoff last week, in a way. "I've known Jack for a long time," he said. "He's never approached me for anything improper. But we have led very different lives over the last 20 years." --With reporting by Greg Fulton and Greg Land/Atlanta and Viveca Novak/ Washington

BOX STORY:

The Money Trail

Abramoff controlled something people in Washington value almost as much as political power: money. As a lobby-ist for Indian tribes across the country, he dispensed their new casino riches to those who could help the tribes--and him

GRAPHIC: B/W PHOTO, MONEY, PLEASE, In a note to the Choctaws, Abramoff asks the tribe to send Norquist's group one in a number of money installments; B/W PHOTO, SHAKING THE CAN, Norquist sent Abramoff this e-mail on May 20, 1999, asking about Choctaw money. Norquist says he was looking for his annual donation from the tribe; COLOR PHOTO: DAVID BURNETT--CONTACT, MISSISSIPPI CHOCTAW INDIANS, They followed Abramoff's guidance on how much money to spend and where to spend it to preserve their interests in Washington and around the country. Now they say they feel betrayed; B/W PHOTO: ABRAMOFF: DAVID BURNETT--CONTACT, JACK ABRAMOFF, Senator John McCain said Abramoff and Abramoff's partner Michael Scanlon split $ 6.5 million of the $ 7.7 million they billed the Choctaw in 2001. They called their moneymaking, money-moving scheme "gimme five"; COLOR PHOTO: REED: ERIK S. LESSER--POLARIS, RALPH REED, Having made contact with Abramoff, the ex-leader of the Christian Coalition recruited Christian and antigambling groups to oppose an Alabama lottery, knowing the campaign was financed by the casino-running Choctaw; B/W PHOTO, DIVISION OF SPOILS, This is an early e-mail showing how Abramoff and Scanlon divvied up Choctaw funds without the tribe's knowledge; COLOR PHOTO: NORQUIST: NANCY KASZERMAN--ZUMA, GROVER NORQUIST, Abramoff arranged for the Choctaw to give $ 1.15 million to Norquist's Americans for Tax Reform. His group then farmed it out to the two antilottery groups overseen by Reed. Norquist kept a share: $ 50,000 for his organization

The Gimme-Five Game;A trove of e-mail offers an inside look at a lobbying scandal that's making top conservatives nervous Time Magazine July 4, 2005

**LOAD-DATE:** June 26, 2005

# EXHIBIT 79

Copyright 2006 Associated Press
All Rights Reserved
Associated Press Online

May 30, 2006 Tuesday 11:44 PM GMT

**SECTION:** WASHINGTON DATELINE

**LENGTH:** 830 words

**HEADLINE:** Former Lobbyist Testifies Against Official

**BYLINE:** By MICHAEL J. SNIFFEN, Associated Press Writer

**DATELINE:** WASHINGTON

**BODY:**

A convicted lobbyist described Tuesday how he obtained insider information and advice from Bush administration procurement chief David Safavian to advance two projects for Republican influence-peddlar Jack Abramoff, who then took the official on a lavish golf trip to Scotland.

A partner of Abramoff's at the time, Neil Volz also outlined in U.S. District Court how the Abramoff team received assistance from several Republican congressmen or their aides including, Rep. Bob Ney of Ohio, Rep. Shelley Moore Capito of West Virginia, Rep. Don Young of Alaska and Rep. Steven LaTourette of Ohio.

The government's star witness against Safavian, Volz was a former chief of staff to Ney. Volz has pleaded guilty to conspiracy for some of the behavior he testified about. Facing an 18- to 24-month prison sentence, he hopes cooperation with prosecutors will win him probation only.

Just weeks after the assistance, Safavian, Ney and two members of Ney's staff accompanied Abramoff, Volz and other Abramoff associates on an August 2002 golf trip to the famed St. Andrews course in Scotland and then to London. Volz said the bills for $500-a-night hotel rooms in London, $100 rounds of drinks, $400 rounds of golf, dinners and travel on a private Gulfstream jet were paid by Abramoff and his staff, and he never saw Safavian pay any expenses.

On cross examination, Safavian's lawyer Barbara Van Gelder got Volz to admit that Safavian told him in Scotland he was paying Abramoff $3,100 for his expenses.

She also got Volz to acknowledge he once said that figure was "low but reasonable." But Volz quickly explained that by "reasonable" he only meant that reporters wouldn't question it. "I was more concerned about spin than potential legal consequences," Volz added.

Prosecutor Nathaniel Edmonds used Volz' descriptions of the costs to suggest the trip was far more expensive. Edmonds showed that Ney reported $1,200 in hotel expenses although Volz said Ney spent two nights in London in the Mandarin Hotel, which charged $500 a night for the congressional staff rooms, leaving only $200 to cover the cost of four nights at St. Andrews.

The Abramoff team sent Ney partially filled out draft financial disclosure forms for him to use in filing disclosures with Congress that falsely understated the total cost of the trip at $3,200, Volz testified.

"I thought that number passed the smell test," Volz said, explaining that he hoped that reporters searching public records for travel abuses would pass right over it without asking questions.

In a statement, Ney's spokesman, Brian J. Walsh, said, "Congressman Ney filed exactly what his office was told to be the cost of the trip ... what every other member who has taken a privately funded trip has done for years."

In court, however, Prosecutor Edmonds pointed out to the jury that the official date stamp on Ney's disclosure form, due within 30 days of the trip, showed it was not filed until September 2004, the same month news stories appeared about the trip.

The prosecution turned Volz' testimony into a tutorial on how a corrupt lobbyist like Volz gathers information, rewards officials who help influence government decisions and tries to operate in secrecy.

Safavian was the government's top procurement official before he was indicted on charges of lying to investigators about assisting his ex-partner Abramoff while serving in 2002 as chief of staff at the General Services Administration, the government property management agency.

Volz testified that the Abramoff team referred to Safavian as a "champion" because he could get inside information not otherwise available to lobbyists.

He said Safavian gave advice on how to get information for use in secretly amending an election reform bill near passage in Congress so that it also directed the GSA to sell the so-called White Oak property in Silver Spring, Md., to a school Abramoff had established.

Volz also described how Safavian advised him on when to get letters from key congressmen to the GSA to alter a proposal to redevelop the Old Post Office in Washington in a way that would give one of Abramoff's clients, the Chitimacha Indian tribe, an advantage over other bidders.

"We were trying to rig the rules so our client would have the best chance" of winning the redevelopment project, Volz testified.

Describing help they requested from Capito's office on the White Oak project, Volz said they wanted to keep her role secret.

"She was up for re-election and this potentially could have put her in harm's way on the campaign trail ... because this project doesn't have anything to do with her district," Volz explained.

Speaking for Capito late Tuesday, Jordan Stoick said the lawmaker had no knowledge of any conversations between her former chief of staff Mark Johnson and Volz and never consented to her name being used in the Abramoff project.

Ney is under criminal investigation in the Abramoff probe. Abramoff entered guilty pleas early this year in Washington, D.C., and Florida.

**LOAD-DATE:** May 31, 2006

EXHIBIT 80

Copyright 2006 Roll Call, Inc.
Roll Call

June 12, 2006 Monday

**SECTION:** HEARD ON THE HILL

**LENGTH:** 1381 words

**BYLINE:** Mary Ann Akers, ROLL CALL STAFF

**BODY:**

Ney On Edge. Case closed: Rep. Bob Ney (R-Ohio) has officially had it with reporters. Ney was so irate over a Copley News Service story about him last week that he whipped off an e-mail to the author on his BlackBerry saying, among other choice things, "I am sick of your crap."

The Copley reporter is Paul Krawzak, who's been covering the criminal trial of former White House procurement officer David Safavian, in which Ney's former chief of staff,

Neil Volz, has been a star

witness. Most of Volz's testimony has focused on the now-infamous 2002 golfing trip to Scotland with former lobbyist Jack Abramoff - a story that Ney apparently feels has been regurgitated to death.

Krawzak's last piece really did Ney in. As Copley News itself reports, "Four days later - on June 3 - [Ney] had his thumbs flying over the tiny keyboard of his Blackberry, with punctuation and spelling often yielding to his evident anger."

Ney wrote, "Please-please-print this paul-you don't care about ohio-i am sick of your crap. You are a d c person who couldn't find ohio unless we gave you a map. You don't give two shoots about our people."

Copley News obliged Ney's plea to write about his angry e-mail. Copley's Washington, D.C., bureau chief, George Condon, wrote that Ney sent two e-mails to Krawzak. The first read, "Let me tell you paul-last week you did not call us for comment 'you were under deadline.' Print the same story -change it to reprint the same story-people in new philly - d's and r's call it 'elk's politics."

Ney also wrote, "Go for it - harass my wife and daughter a litte bit more big man - maybe I will take out an add talking about your ethics."

Condon wrote that "lest there by any doubt about either his anger or his desire to vent that anger," Ney sent another e-mail later in the same day. That e-mail, which was forwarded to HOH, was the one that included the "sick of your crap" line.

Ney's embattled spokesman, Brian Walsh, told HOH that Ney was tired of reporters like Krawzak "just regurgitating what's already been reported." And he said that another Copley reporter irked Ney by showing up unannounced at the Congressman's home in Heath, Ohio - hence Ney's email reference to harassing his wife and child. Walsh said that Ney did not invite the reporter into his house and told him to leave his property.

"And in that part of Ohio, you're lucky if all you get is a door slammed in your face," Walsh said, adding that Ney "does not necessarily subscribe to the theory that you don't pick fights with people who buy ink by the barrel."

Will Ney, who is awaiting a decision on whether he will be charged in the Abramoff scandal, really take out an ad about the Copley reporter's ethics? Walsh said, "He's considering it."

Softballs and Matzo Balls. Apparently, they haven't been to very many bar mitzvahs over in the office of Sen. Larry Craig (R-Idaho). Nor, it seems, do they know much about the American Israel Public Affairs Committee.

Travis Jones, Craig's agriculture legislative assistant and the new head coach of the office softball team, was surprised when his team, The Lucky Spuds, took to the diamond last Monday night to play AIPAC's team, The Tribe.

"Since the team moniker was 'The Tribe,' I just assumed that meant 'American Indian Political Action Committee,'" Jones wrote in an e-mail to other softball players.

"But when The Tribe took the field, there were no war cries, no war paint, and they were wearing baseball jerseys instead of bird bone body armor and buffalo-skinned loincloths," his e-mail continued. "Instead, there were semi-nerdy folks of all shapes, sizes, with little battle preparation. I soon learned that 'AIPAC' really stood for 'American-Israeli Public Affairs Committee.'"

Fair enough if the young aide isn't aware that being "a member of the tribe" is inside Jewish code for - mazel tov! - being Jewish. But we prefer to assume that he really did know what AIPAC was and was employing a particularly dry sense of humor in his e-mail. That's what we have chosen to believe anyway.

Jones was out of town on vacation Friday when we called him for comment, but Craig's communications director, Dan Whiting, simply said, "We're from Idaho and we're called The Lucky Spuds, so you can imagine the names we get called."

He said, however, that Craig's office has worked with AIPAC and that they're a "great organization to work with." Since Jones is "our ag guy," he added, it makes sense that he might not know about AIPAC. But he didn't want to speculate about what Jones was thinking when he sent the e-mail.

Even though he largely dissed the AIPAC team, including the "truly horrible AIPAC pitcher," Jones was complimentary of the The Tribe's shortstop, saying he "was single-handedly responsible for getting 80% of the outs on defense."

"This kid may have looked like his favorite childhood toy was an Erector Set, but he had some skills." (Yikes. Well, The Tribe did lose 2-0.)

And of all the darn luck for the chosen people: Their shortstop's last day at AIPAC was last Monday, the day of that game! AIPAC's public affairs office was too frightened to give HOH a comment on the record, but one member of The Tribe - both the real tribe and the team - told HOH, "We're looking forward to a rematch. Unfortunately we'll have to do with our shortstop."

It's My Party. What to do after your party loses the most highly anticipated special election in the country, California's 50th district, and you realize that - ugh - maybe this election won't be a cinch after all? Why, sit down for a meal with Fox News, of course, at a place where you can down as many shots of tequila as you need to wash away the blues (or the reds, as the case may be).

On Wednesday evening, less than 24 hours after Republicans won the special election to succeed disgraced ex-Rep. Duke Cunningham (R-Calif.), Rep. Rahm Emanuel (D-Ill.) headed to Rosa Mexicana for a cozy dinner with Fox News correspondent Major Garrett. Emanuel, chairman of the Democratic Congressional Campaign Committee, and Garrett took a table for two by the window looking out over F Street Northwest, or "Fun Street," as the street signs read in that part of town.

It didn't look like much fun for the irascible Rahmbo: no fisticuffs, no public arguments, no drama, none of the elements of a typically joyful evening. It was just a quiet, sulky dinner between red-blooded Democrat and fair-and-balanced TV journalist.

As an HOH informant put it, "Rahm gave off the body language of a man who was forced into going to dinner with Fox by his press staff."

Turns out, though, that Garrett and Emanuel have known each other since the now-Congressman was an aide to then-President Bill Clinton and Garrett was covering the White House.

DCCC spokesman Bill Burton basically accused our informant of being a loser. "I know it's Washington," he said, "but people who trade on watching other people eating dinner should get a life."

Garrett said of his dinner outing, "After touting [California 50th Democratic candidate] Francine Busby as a red-to-blue contender, Rahm's post-election mood was more blue to guacamole green." Green with envy, that is, that GOP candidate Brian Bilbray won the special election.

"As he told me, 'Winning's everything,'" Garrett said.

What Day Is It? With abysmally low turnout expected in tomorrow's Virginia Democratic Senate primary, the campaigns of former lobbyist Harris Miller and former Reagan Navy Secretary Jim Webb have been ramping up last-minute efforts to get their supporters to the polls.

The two men are squaring off to decide who will face Sen. George Allen (R) this fall.

But HOH was a little confused by one missive blasted out by the Webb folks last week.

"I am writing with an urgent request to ask you to join Jim's Brigade, our grassroots effort to get out the vote for Jim Webb in the Virginia primary on June 14," Webb's field director, Daniel Gray, wrote in an e-mail to supporters titled, "Time to hit the pavement."

Funny, we thought the primary was June 13.

At the end of the e-mail, Gray does encourage supporters to "help Jim win the Democratic nomination on June 13."

Bet they're hoping the likely voters read that far.

Lauren W. Whittington and Stephanie Woodrow contributed to this report.

Please send your hot tips, juicy gossip or comments to hoh@rollcall.com.

**LOAD-DATE:** June 12, 2006

# EXHIBIT 81

Copyright 2006 National Public Radio (R)
All Rights Reserved
National Public Radio (NPR)

**SHOW:** Morning Edition 11:00 PM EST

May 31, 2006 Wednesday

**LENGTH:** 553 words

**HEADLINE:** Ney Chief of Staff Takes Stand at Safavian Trial

**ANCHORS:** STEVE INSKEEP

**REPORTERS:** PETER OVERBY

**BODY:**

STEVE INSKEEP, host:

Let's learn more about one reason that lawmakers might be nervous about investigations. Jack Abramoff, once a powerful Republican lobbyist, has pleaded guilty to corruption charges, and now former Bush administration official David Safavian is the first defendant in the investigation to stand trial.

NPR's Peter Overby reports.

PETER OVERBY reporting:

So far, the task force has won five guilty pleas from Abramoff himself, plus three former lobbyists and a business associate of Abramoff's. Texas Congressman Tom DeLay's announcement that he would resign from Congress closely followed the plea by his former counsel, Tony Rudy.

One Congressman has been repeatedly mentioned in the plea agreements, and has not been charged: Ohio Republican Bob Ney. Yesterday, at David Safavian's trial in federal district court, the Justice Department rolled out a potential star witness against Ney; Neil Volz, Ney's Chief of Staff, who then went to work for Abramoff. Ney wasn't on trial, but his name just kept coming up.

Volz, said Ney, was what Team Abramoff called a champion, an insider that their lobby clients could count on for favors. Volz said he consulted Ney before inserting statements in the Congressional record to boost the business deal for Abramoff. And Volz went on in detail about a costly golf trip to Scotland in 2002 - a trip financed by Abramoff and in which Ney was a central figure.

Washington ethics lawyer William Canfield has been following the Abramoff investigation. He says yesterday amounted to a test-run for Neil Volz.

Mr. WILLIAM CANFIELD (Ethics Lawyer, Williams & Jensen): They have sort of showcased Neil Volz in the Safavian trial to see what kind of witness he makes on the stand, to see if he's credible in the eyes of the jury.

OVERBY: And to see if he helps prosecutors make the case they're trying right now.

Safavian was Chief of Staff at the General Services Administration. Volz said he was Team Abramoff's champion there, as well. GSA controlled two pieces of real-estate that Abramoff was interested in. In extensive e-mails, Abramoff consulted Safavian on how to approach the agency. Safavian went on the golfing trip to Scotland, and he's charged with lying about it to ethics officers.

Ney Chief of Staff Takes Stand at Safavian Trial National Public Radio (NPR) May 31, 2006 Wednesday

Safavian's lawyer says Safavian paid what he thought was his share of the trip, and that Safavian was Abramoff's old friend - not a champion to do deals with.

Randall Eliason, a former federal prosecutor, says any of the golfers is potentially an important witness against Ney.

Mr. RANDALL ELIASON (Former Federal Prosecutor): Because there were undoubtedly conversations that took place during that plane ride or, you know, on the golf courses, that the investigators would be very interested in.

OVERBY: A spokesman for Ney wrote in an e-mail last night that Ney never took action any of the times he was said to be a champion. The spokesman said the whole case against Ney is an alleged quid pro quo, in which Ney never did anything for the alleged favors being bestowed on him.

Still, Ney showed up at the trial in photos from the trip. There he was, in white shorts, with Abramoff, Safavian, Volz, and other smiling travelers. They were standing in front of the Gulf Stream charter jet that would take them to the great golf courses of Scotland.

Peter Overby, NPR News, Washington.

**LOAD-DATE:** May 31, 2006

EXHIBIT 82

Copyright 2006 The New York Times Company
The New York Times

May 31, 2006 Wednesday
Late Edition - Final

**SECTION:** Section A; Column 4; National Desk; Pg. 17

**LENGTH:** 757 words

**HEADLINE:** Ex-Aide Tells of Understating Cost of Trip

**BYLINE:** By PHILIP SHENON

**DATELINE:** WASHINGTON, May 30

**BODY:**

A Congressional aide-turned-lobbyist testified on Tuesday that he had prepared a travel disclosure statement for a Republican House member that intentionally understated the cost of the lawmaker's lavish 2002 golfing trip to Scotland with the now-disgraced lobbyist Jack Abramoff.

The lobbyist, Neil G. Volz, said in testimony before a federal jury in Washington that he had talked with the lawmaker, Representative Bob Ney of Ohio, before providing Mr. Ney's office with a copy of the statement, which he said falsely listed the cost of Mr. Ney's trip that summer as $3,200. Before joining Mr. Abramoff's lobbying firm, Mr. Volz had been Mr. Ney's chief of staff.

Appearing as a government witness at the trial of David H. Safavian, a former White House aide accused of lying about his ties to Mr. Abramoff, Mr. Volz said he knew the $3,200 figure was too low, especially given the use of a chartered Gulfstream jet and $500-a-night hotel rooms.

But he said he provided the number to Mr. Ney because it was modest enough not to attract the attention of reporters and others who might see the disclosure form.

"I thought that number passed the smell test," Mr. Volz said.

Mr. Ney later filed a disclosure form with the House clerk's office that cited the $3,200 figure and misidentified the trip's sponsor, a violation of House ethics rules if he provided the false information knowingly.

Mr. Ney, a six-term House member, has not been charged with any crime and has insisted that he was repeatedly "duped" by Mr. Abramoff. But he remains a focus of the Justice Department's two-year-old influence-peddling inquiry centered on Mr. Abramoff's lobbying operation. Mr. Ney is also under investigation by the House ethics committee.

Both Mr. Abramoff and Mr. Volz, former lobbying partners, have pleaded guilty to conspiring to corrupt public officials.

The testimony from Mr. Volz was the first to put a human face on the Justice Department's case against Mr. Safavian, who is on trial here on charges of lying to government investigators about his friendship with Mr. Abramoff and the circumstances of the August 2002 golfing trip, which Mr. Safavian joined.

Mr. Safavian worked for Mr. Abramoff before joining the Bush administration in 2002 at the General Services Administration, the government's real estate manager. Mr. Volz described how he and Mr. Abramoff had obtained insider information and other help from Mr. Safavian in the weeks before the golfing trip, suggesting a reason for Mr. Safavian to lie when he asserted that there was no conflict of interest in his ties to Mr. Abramoff.

Mr. Volz's testimony also suggested that Mr. Ney, his former boss on Capitol Hill, was eager to help Mr. Abramoff's lobbying clients in exchange for gifts, including the five-day golfing trip to Scotland. Mr. Volz said that in one instance Mr. Ney offered to help rewrite legislation to help Mr. Abramoff win control of government-owned land in Maryland, which the lobbyist wanted to use for a Jewish day school he had founded.

A spokesman for Mr. Ney, Brian Walsh, questioned several elements of Mr. Volz's testimony, saying that the lawmaker had never done special favors for Mr. Abramoff. Mr. Walsh said Mr. Ney recalled no conversation about the federal property in Maryland "but even, hypothetically, if there was such a conversation, the fact is that nothing was ever done by the congressman."

Mr. Ney had used the $3,200 figure on his travel disclosure form for the 2002 trip, Mr. Walsh said, because that was "exactly what his office was told to be the cost of the trip." Mr. Ney has said Mr. Abramoff assured him that the trip was sponsored by a conservative education group; it was later determined that the trip was paid for by a charity controlled by Mr. Abramoff and his family.

During Mr. Volz's testimony on Tuesday, the Justice Department placed in evidence a photograph taken at the start of the golfing trip, showing a smiling Mr. Ney in white shorts and untucked shirt standing on the tarmac of Baltimore-Washington International Airport in front of the chartered Gulfstream jet that would take him to Scotland.

Standing alongside him were Mr. Abramoff and Mr. Volz, as well as Mr. Safavian and Ralph Reed, the former leader of the Christian Coalition and a close friend of Mr. Abramoff. While Mr. Reed has denied any wrongdoing in his multimillion-dollar consulting work with Mr. Abramoff, their ties are a central issue in his campaign this year to become lieutenant governor of Georgia, his home state.

**URL:** http://www.nytimes.com

**LOAD-DATE:** May 31, 2006

EXHIBIT 83

Copyright 2006 The Columbus Dispatch
All Rights Reserved

# The Columbus Dispatch

The Columbus Dispatch (Ohio)

June 4, 2006 Sunday
Home Final Edition

**SECTION:** EDITORIAL & COMMENT; Pg. 05B

**LENGTH:** 663 words

**HEADLINE:** Testimony offers a glimpse into lobbyists' greedy hunt for influence

**BYLINE:** Jonathan Riskind, The Columbus Dispatch

**BODY:**

Have Rolodex, will travel.

In the case of Neil Volz, his Capitol Hill connections took him soaring to Scotland in a private jet. But he has since plummeted into federal court in Washington.

During a daylong appearance on the stand Tuesday, Volz, former chief of staff to Rep. Bob Ney, R-Heath, offered a rare look into the world of high-level D.C. lobbying, as done by now-disgraced lobbyist Jack Abramoff.

Volz, who left Ney's office in early 2002 to work for Abramoff, pleaded guilty last month to federal charges. Following similar pleas by Abramoff and two former Abramoff associates, Volz admitted to being part of a scheme that included giving Ney perks, such as the August 2002 trip to Scotland and the fabled Old Course at St. Andrews, in exchange for legislative favors.

Ney has not been charged, proclaims he did nothing wrong and suggests Volz and the others lack credibility and have been pressured by the Justice Department into cutting deals that cast him in an inaccurate light.

Volz was in U.S. District Court in Washington last week to testify in the trial of David Safavian, another public official caught in the Abramoff web. Safavian was chief of staff at the General Services Administration in 2002, and thus had influence that Abramoff thirsted to use for the gain of himself and his clients. Safavian, who says he is innocent, is charged with lying about his relationship with Abramoff and making false statements in connection with the Scotland jaunt.

Volz testified that the word champions was used describe officials like Ney and Safavian, when boasting to clients about Abramoff's clout with federal agencies and on Capitol Hill, where Ney chaired the House Administration Committee until pressured to step aside amid the Abramoff scandal.

Volz explained that the goal of a lobbyist is to "help solve problems for clients" and that getting the right information "can be make or break" in determining whether a client succeeds. Thus a lobbyist gets paid the type of multimillion-dollar retainers reaped by Abramoff. While lobbyists often worked simply to obtain publicly available information about what an agency, such as the GSA, which controls federal land and building contracts, or lawmakers in Congress were up to, "certain people operate at a higher level," Volz said.

And those higher-ups have the insider information that Abramoff so prized, whether it was for trying to give a client the advantage in bidding on work at the Old Post Office in Washington or in having federal land transferred by con-

Testimony offers a glimpse into lobbyists' greedy hunt for influence The Columbus Dispatch (Ohio) June 4, 2006
Sunday

gressional mandate to a school Abramoff had established. Champions could help provide information needed to accomplish a lobbyist's goals, to boost legislation, gain a contract or to block something from happening, Volz testified.

"Champions can give you good information," Volz testified.

Maintaining good relations with those champions didn't come cheap. Fine food and drink, luxury boxes at sporting events and lavish trips were part of the cost of doing business, Volz said in court. Offered into evidence was a photo of Volz, Abramoff, Ney, Safavian and others cheerfully posing in front of a private jet at Baltimore-Washington International Airport before being whisked to Scotland at a cost, according to prosecutors, of $91,465.

Volz recalled the flight as being a lot of fun. The lobbyists and public officials shared sandwiches and sushi, played cards, drank cocktails and laughed as they shared stories. Once in Scotland, Volz didn't recollect public officials taking out their wallets to pick up the tab for such goodies as $100 rounds of drinks, $400 rounds of golf and expensive hotel rooms.

At one point during one of Volz's rounds of golf at St. Andrews, a caddie told a member of his foursome trying to line up a shot to aim for the jet off in the distance that was parked near the course. The group laughed, Volz recalled, because it was, of course, "our jet."

Jonathan Riskind is chief of The Dispatch Washington bureau.

jriskind@dispatch.com

LOAD-DATE: June 4, 2006

EXHIBIT 84

Copyright 2006 Copley News Service
All Rights Reserved
Copley News Service

June 8, 2006 Thursday 7:12 PM EST

**SECTION:** DAILY NEWS

**LENGTH:** 689 words

**HEADLINE:** Ney, under pressure, lashes out at coverage

**BYLINE:** George E. Condon Jr.

**DATELINE:** WASHINGTON

**BODY:**

Rep. Bob Ney, under enormous political and legal pressure for more than a year, has lashed out against press coverage of his plight, voicing great displeasure over stories focusing on the controversial golfing trip to Scotland that threatens his grip on the congressional seat he has held for six terms.

In two rambling e-mails sent from his Blackberry device to Copley News Service reporter Paul Krawzak, the Republican congressman from Ohio ridiculed the veteran reporter, challenging his ethics and mocking the 5-foot-7-inch Krawzak as "big man."

The trigger for Ney's rage was Krawzak's coverage, carried in Copley's papers in Massillon, New Philadelphia-Dover and Canton, of the trial of White House procurement official David H. Safavian. Safavian is accused of lying and obstructing the criminal investigation of the once-powerful and now-discredited Republican lobbyist Jack Abramoff.

Testimony by Ney's former chief of staff, Neil Volz, on May 30 provided some new details on the 2002 Scotland golfing trip that has been the cause of much of Ney's difficulties. That trip was paid for by Abramoff and included Volz, Ney and several other political insiders.

That story was written by Krawzak late in the evening and the reporter did not call Ney for his reaction to the testimony. The next day, when Ney's office complained about that, Krawzak explained the lateness and press of deadline but acknowledged it would have been better to have sought Ney's comment.

That acknowledgment was not enough for Ney, who four days later - on June 3 - had his thumbs flying over the tiny keyboard of his Blackberry, with punctuation and spelling often yielding to his evident anger.

"Let me tell you paul-last week you did not call us for comment 'you were under deadline'," began Ney, who then reflected his belief that his critics just keep recycling the same story about the golf trip. "Print the same story-change it to reprint the same story-people in new philly - d's and r's call it 'elk's politics.'"

He concluded his message with "Go for it - harass my wife and daughter a little bit more big man - maybe I will take out an add talking about your ethics." The reference to his wife and daughter reflected his continuing anger that earlier this year another Copley News Service reporter, based in Ohio, interviewed his neighbors and knocked on his door seeking comment from his wife.

Lest there be any doubt about either his anger or his desire to vent that anger, the congressman sent a separate note from his Blackberry later in the day. "Please-please-print this paul-you don't care about ohio-i am sick of your crap. You are a d c person who couldn't find ohio unless we gave you a map. You don't give two shoots about our people."

Increasingly, Ney has complained that reporters based in Washington do not understand the dynamics of Ney's district, explaining his jab at Krawzak as "a d c person."

Ney, under pressure, lashes out at coverage Copley News Service June 8, 2006 Thursday 7:12 PM EST

Brian J. Walsh, Ney's communications director, acknowledged Thursday that the congressman is frustrated at the news coverage he has received.

Walsh said that Ney continues to work hard on issues such as housing and immigration and energy.

"Yet that is rarely reported by the media," he said. Instead, Walsh cited what he called "seven different stories in 12 days" written by Krawzak "on the trial of an obscure Bush Administration official who has no ties to the State of Ohio but who happened to be on the trip to Scotland with the congressman four years ago, and not a single story on anything that the congressman is actually working on in Congress."

Again, he complained about the other reporter going to Ney's neighborhood in Heath. "I think anyone else in his shoes would be just as frustrated," said Walsh, adding that Ney is not going to back down from further criticisms of the coverage.

Ney, he said, "is going to be direct with certain reporters in expressing that, even if its means even more negative news coverage as a result."

Ney is under investigation by the U.S. Justice Department as part of a wide-ranging probe of fraud and corruption in government. He has not been charged and insists he is innocent of any wrongdoing.

**LOAD-DATE:** June 9, 2006

EXHIBIT 85

Copyright 2006 The Columbus Dispatch
All Rights Reserved

# The Columbus Dispatch

The Columbus Dispatch (Ohio)

June 21, 2006 Wednesday
Correction Appended
Home Final Edition

**SECTION:** NEWS; Pg. 01B

**LENGTH:** 815 words

**HEADLINE:** Conviction bad news for Ney;
Ex-aide helped win case against former official, aiding probe of lawmaker

**BYLINE:** Jonathan Riskind and Jack Torry, THE COLUMBUS DISPATCH

**DATELINE:** WASHINGTON

**BODY:**

The conviction of a former Bush administration official yesterday might have further dimmed Rep. Bob Ney's hopes of avoiding federal charges for his relationship with now-disgraced lobbyist Jack Abramoff, legal experts said.

A key witness in the trial of David Safavian, former executive at the U.S. General Services Administration, was Neil Volz, a former chief of staff for Ney, a Republican from Heath.

Volz is cooperating with federal prosecutors in their investigation of Ney, and yesterday's verdict in U.S. District Court shows that the jury believed Volz's story, the experts said.

In addition, jurors apparently believed the blizzard of e-mails sent by Abramoff, Volz and Safavian that was introduced as evidence by the Justice Department. The e-mail traffic among Abramoff and his associates inside and outside government is crucial to prosecutors in the Ney inquiry.

The trial also provided details of a lavish golf trip that Ney took to Scotland in 2002, as well as a photo taken on the historic St. Andrews course of a smiling Ney with Abramoff and others. Safavian, Abramoff and Volz were part of the trip, which prosecutors have asserted was part of an effort by Abramoff to win Ney's help for his business clients.

Stanley Brand, a longtime Washington criminal-defense lawyer and former counsel to the U.S. House and late Speaker Thomas P. "Tip" O'Neill, D-Mass., said yesterday that the verdict bolsters Volz's credibility "to the extent that Volz becomes a witness against Bob Ney."

Brand also said the conviction moves the Justice Department one step closer to charging Ney.

"How many strikes can he get before the (Justice) Department pulls the trigger?" Brand asked. "This isn't a directly related case, except it involves the trip, and now the trip has been testified to and a jury convicted Safavian for lying about it. It's another building block. They already have a foundation."

The government's success in convicting Safavian could persuade other potential witnesses linked to the Abramoff investigation to cooperate with prosecutors, said Greg Wallance, a former federal prosecutor and current white-collar defense lawyer in New York.

Conviction bad news for Ney; Ex-aide helped win case against former official, aiding probe of lawmaker The Columbus Dispatch (Ohio) June 21, 2006 Wednesday Correction Appended

Wallance said the conviction "bolsters the credibility" of Volz as a witness for any future prosecutions and "bolsters the impact of the e-mails and documents" sent by Abramoff and others and used effectively in the Safavian case.

Brian Walsh, a Ney spokesman, said Ney is innocent of wrongdoing.

"The reality is that this case had absolutely nothing to do with Congressman Ney. The congressman has said consistently from Day One that he has never, at any point, engaged in any improper, unethical or illegal activity. He remains absolutely confident that the lies and deception of Jack Abramoff will continue to be revealed and that his name will be cleared fully at the end of the day."

Safavian, former chief of staff at the General Services Administration, was convicted on four felony counts of lying about his relationship with Abramoff to GSA officials and a Senate committee. Safavian, whom prosecutors charged had provided Abramoff with inside information about the availability of government properties, faces up to five years in prison on each of the four counts, a $250,000 fine and three years of supervised release. Sentencing is set for Oct. 12.

Volz, a longtime Ney loyalist who went to work for Abramoff's firm in 2002, has joined Abramoff, former lobbyist Tony Rudy and former public-relations executive Michael Scanlon in pleading guilty to federal corruption charges. In testimony last month during the Safavian trial, Volz described life as a high-powered lobbyist. Jurors listened intently as he talked about how vital Abramoff considered it to gain inside information from well-placed, powerful sources in federal agencies and on Capitol Hill such as Safavian and Ney. Volz labeled both men "champions" for Abramoff.

Volz spoke in detail about how much fun the participants in the Scotland trip had, eating and drinking and telling funny stories on the plane ride overseas, and playing golf on the fabled Old Course at $400 per round, as well as sharing $100-per-round drinks afterward. As far as he knew, Volz said on the stand, none of the public officials on the trip, including Ney and Safavian, ever opened their own wallets in Scotland.

Volz is awaiting sentencing. He could get up to five years in prison and a $250,000 fine but hopes for a much more lenient sentence by cooperating.

This month, Walsh distributed comments he made to Roll Call magazine: "For anyone who actually knows Bob Ney, the idea that golfing in Scotland is his idea of a great time is absolutely absurd. For some people the idea of playing a round at the Old Course might be a dream come true, but for the Congressman it's up there with an all-night conference committee meeting on an arcane tax issue."

jriskind@dispatch.com

jtorry@dispatch.com

**CORRECTION-DATE:** June 22, 2006

**CORRECTION:**

* U.S. Rep. Bob Ney and others shown in a photo on Page B2 of yesterday's Metro & State section were at the Carnoustie Hotel Golf Resort in Scotland. Because of an editor's error, the caption indicated otherwise.

**GRAPHIC:** Photo, U.S. DISTRICT COURT VIA ASSOCIATED PRESS, Posing in 2002 on the St. Andrews golf course in Scotland are, from left, former lobbyist Jack Abramoff, an unidentified man, former Christian Coalition leader Ralph Reed, convicted former federal official David Safavian and Ohio Rep. Bob Ney, R-Heath.

**LOAD-DATE:** June 22, 2006