EXHIBIT 86

Copyright 2006 MacNeil/Lehrer Productions
All Rights Reserved

The NewsHour with Jim Lehrer

**SHOW:** NEWSHOUR 6:00 PM EST

June 20, 2006 Tuesday

**TRANSCRIPT:** 062000cb.112

**SECTION:** NEWS; International

**LENGTH:** 8419 words

**HEADLINE:** Two Abducted U.S. Soldiers Found Dead in Iraq

**BYLINE:** Jim Lehrer, Margaret Warner, Ray Suarez, John Merrow, Jeffrey Brown

**GUESTS:** John Burns, Lawrence Wright, Alexis Debat, Sabrina Eaton, Ken Auletta

**HIGHLIGHT:**

The U.S. military announced Tuesday that the bodies of two U.S. soldiers who were abducted from a checkpoint were found. What happened to them? How are the U.S. and Iraqi forces responding?

**BODY:**

JIM LEHRER: Good evening. I'm Jim Lehrer.

On the NewsHour tonight: the news of this Tuesday; then, the latest on the murder of two American soldiers in Iraq from John Burns of the New York Times in Baghdad, and a look at the insurgents who have claimed credit for the killings; plus, a rundown on the guilty verdict in a corruption case against a former high-ranking Bush administration official; a John Merrow report on fixing failing schools in Tennessee; and a Media Unit examination of the departure of Dan Rather from CBS.

(BREAK)

JIM LEHRER: The bodies of two U.S. soldiers have been recovered in Iraq; the U.S. military confirmed that today. Some 8,000 American and Iraqi forces searched for the men since their disappearance last Friday. Their checkpoint was ambushed south of Baghdad.

Major General William Caldwell made the announcement today in Baghdad.

MAJ. GEN. WILLIAM CALDWELL, Spokesman, Multi-National Force-Iraq: Our two soldiers, what we believe to be our two soldiers' remains, were, in fact, found last night in the vicinity of Yusufiya. Their remains at this point have been transported back to a coalition base and will be removed from country here and taken back to the United States for positive DNA verification.

JIM LEHRER: Caldwell would not confirm a report from an Iraqi defense official that the soldiers had been tortured.

An Internet statement from an insurgent organization that includes al- Qaida in Iraq claimed responsibility for the killings. It also said the militant group's new leader slaughtered both Americans. We'll have more on this story right after the news summary.

In the latest violence in Iraq, two car bombs exploded at separate markets in Baghdad today, killing at least nine Iraqis. Dozens more were wounded. The attacks happened in spite of a recent security crackdown in Baghdad.

The prime minister of Japan announced plans today to pull troops out of Iraq; 600 Japanese military personnel were ordered to begin immediate withdrawal. They've been in Iraq on a strictly humanitarian mission.

A former Bush administration official was convicted today of lying and obstructing justice. A federal jury found David Safavian covered up his dealings with convicted Republican lobbyist Jack Abramoff. Safavian resigned from his job as the government's chief procurement officer last year.

Outside the courthouse in Washington, Safavian's attorney and federal prosecutors reacted to the verdict.

BARBARA VAN GELDER, Lawyer for Safavian: We disagree with the jury verdict, but we're still absolutely staunch in our position that Mr. Safavian did not think that he did anything wrong, and he certainly did not intend to obstruct or impede any investigation.

ALICE FISHER, Assistant Attorney General: The message of this verdict is clear: In answering questions to federal agencies and to Congress, public officials have an obligation, as does the public for which they serve, to tell the truth. No one is above the law.

JIM LEHRER: We'll have more on this story later in the program.

National Guard troops arrived in New Orleans today to police the streets after a surge in violence. Governor Kathleen Blanco sent the troops at Mayor Ray Nagin's request, after six people were killed over the weekend.

About 100 soldiers will patrol deserted parts of the city left damaged by Hurricane Katrina. New Orleans police will focus on the more heavily- populated areas.

A new study has found embryonic stem cells and a mix of chemicals can repair paralysis in rats. The finding appears in next week's issue of the Annals of Neurology. It reports the pairing re-grows the nerve circuits needed to move a muscle, helping paralyzed rats walk. But authors of the study called it a first step and said it would be years before human testing could be attempted.

Dan Rather's departure from CBS News was announced today. He was the network's principal anchor during much of his 44 years with CBS. He stepped down from that job last year, following his flawed report about President Bush's National Guard service. Since then, he has been contributing to "60 Minutes." We'll have more on this story later in the program.

On Wall Street today, the Dow Jones Industrial Average gained more than 32 points to close above 10,974. The Nasdaq fell three points to close at 2,107.

And that's it for the news summary tonight. Now, the murder of two U.S. soldiers, and who was behind it; school fixes in Tennessee; a corruption guilty verdict; and the departure of Dan Rather.

(BREAK)

JIM LEHRER: The murder of two U.S. soldiers in Iraq. We begin with a report from John Burns, Baghdad bureau chief of the New York Times. Margaret Warner talked to him earlier this evening.

MARGARET WARNER: John Burns, welcome. How and where were the bodies of these two missing U.S. soldiers found?

JOHN BURNS, Baghdad Bureau Chief, New York Times: Well, first of all, Margaret, I want to emphasize that the U.S. military command here is being very cautious.

They're referring to two sets of remains that were found, but they're also saying that they believe them to be the missing soldiers, Private First Class Kristian Menchaca, 23, of Houston and Private First Class Thomas Lowell Tucker, 25, of Madras, Oregon.

What the American military commanders told us tonight is that a search that had been under way, as you know, since Friday evening at 7:55 p.m. local when these two soldiers disappeared.

Last night, Monday night, resulted in the finding of two bodies, two sets of remains, that had suffered what the commander is calling "severe trauma." They were found near a power plant about three miles from where they were abducted just outside the town of Yusufiya. That's about 12 to 15 miles southwest of where I'm standing now.

The command says that to reach those bodies took them about 12 hours because of numerous bombs that were planted along the access way to where the bodies were found. We're told that there were 19 bombs and that one of them exploded under a U.S. military vehicle without any further casualties to the American troops.

The American military statement tonight says that the bodies are being flown, even as we speak, from the military morgue in Baghdad to Kuwait where they will then be flown onward to the Dover Air Force Base in the United States, in Delaware, which, as you know, is the principal forensic center for American military casualties.

And this, I think, is quite indicative of how severe the injuries that these two servicemen suffered, said that where the remains will be subjected to DNA testing to verify their identity.

Now, we have a statement from al-Qaida on a Web site, the al-Hesba Web site. It's a password-protected jihadist Web site, al-Qaida in Iraq. And this is where the story really takes us back into the eighth century, a truly barbaric world.

It says that the newly named leader of al-Qaida in Iraq, that is to say the people the American command believe succeeded Abu Musab al-Zarqawi when he was killed in a bombing last week, Abu Hamza al-Muhajer, personally executed these two American soldiers. And it uses the phrase "nahr," which is an Arabic word which is usually used to connote the cutting of the throat of a sheep or a goat in a ritual beheading.

I'm very sorry to have to tell you this, because this must be extremely painful for the families involved, but it looks as though these two soldiers were probably beheaded or at least subjected to some sort of ritual throat- cutting of that kind, and that it may even be that the bodies were decapitated and that may be the reason why they cannot at this moment positively identify them.

MARGARET WARNER: Could they tell how long these soldiers had been dead?

JOHN BURNS: If they can, they've not told us. I imagine they would want to hear the report from the forensic laboratory before they told us this.

But we know there were 8,000 U.S. and Iraqi soldiers conducting this search. We know that the bodies were found less than three miles from where they were abducted.

The mystery is: How did the people who abducted them and committed these two barbaric murders, how did they find the time to lay bombs around these bodies and not be detected when, as the American military command has told us, they had Predator drones overhead, they had fighter bombers overhead, they had all the panoply of high technology that the United States military can deploy?

It does begin to look very much -- if what the al-Qaida Web site is claiming, it begins to look very much as if this was in retaliation for the bombing last week that killed Abu Musab al-Zarqawi.

MARGARET WARNER: Now, you said last night when we spoke that, when this same group was claiming responsibility for the abduction, that the U.S. military didn't put a lot of credence in that. Do they put more credence now in this claim of responsibility for the killing?

JOHN BURNS: Well, of course, there is a question mark over this. The Web site, this al-Hesba Web site, is where the Mujahedeen Shura Council, the umbrella group of which al-Qaida in Iraq is part, posts its messages.

This message was quite specific, whereas last night's message was very general. It was the generality of last night's message among other things that left the American military command to believe that it might just be propaganda, but we do now have the grisly fact that these bodies have been found.

And so you might say that lends some credence to this statement, but this is a very dark and obscure world we're peering into here. And very little about this is certain other than that these two soldiers were abducted, brutally murdered, and that they are now, as the United States military said tonight, on their final journey home.

The American military spokesman, General Caldwell, who held a briefing this afternoon, I think expressed the grief and the gloom that has settled over the 130,000 American troops here when he said, "It pains us to realize what fellow servicemen go through. Please keep both of these families in your prayers."

This is a very traumatic incident for the American military. My guess is, having spent a lot of time with the troops, that it will not demoralize them so much as it will stiffen resolve, but certainly it`s a very difficult day.

MARGARET WARNER: John Burns at the New York Times, thank you.

(BREAK)

JIM LEHRER: Now, more on the people who today claimed responsibility for the soldiers` kidnappings and deaths. Lawrence Wright is a staff writer for the New Yorker magazine. He`s written extensively on al-Qaida and is author of the forthcoming book, "The Looming Tower: Al-Qaeda and the Road to 9/11."

Alexis Debat is a senior fellow at the Nixon Center, former official in the French defense ministry. He`s also a terrorism consultant for ABC News.

Lawrence Wright, what do you make of these claims that the new leader of al-Qaida in Iraq personally killed these two soldiers?

LAWRENCE WRIGHT, The New Yorker Magazine: Well, if he`s trying to follow in Zarqawi`s footsteps, that`s how Zarqawi made himself known to the world: by slaughtering an American live on the Internet. And, you know, he put himself out there as a rival to bin Laden and to Zawahiri.

I think that his successor wants to let us know that he`s also a force to be contended with.

JIM LEHRER: Do you agree with that?

ALEXIS DEBAT, The Nixon Center: Absolutely. I think a big part of al-Qaida in Iraq`s strategy in Iraq involves the media. And this is really al-Masri stepping into the spotlight, if you will.

JIM LEHRER: And al-Masri is saying, by this act, I`m just like Zarqawi or worse, or what`s the message here?

ALEXIS DEBAT: It`s hard to say. Al-Masri is certainly not like Zarqawi. He`s much more of a professional terrorist; he`s much more political. He`s also apparently...

JIM LEHRER: What does that mean, more professional, more political?

ALEXIS DEBAT: He is a former member of the Egyptian Islamic Jihad, which was active in Egypt in the 1980s. And he is a follower, if not a protege, of Ayman al-Zawahiri. And he has...

JIM LEHRER: Remind us who he is now.

ALEXIS DEBAT: Ayman al-Zawahiri is al-Qaida`s number two.

JIM LEHRER: Number-two guy, below Osama bin Laden.

ALEXIS DEBAT: Below Osama bin Laden, very much the strategist behind Osama bin Laden. Abu Ayyub al-Masri has been living in Zawahiri`s shadow for a very long time, learning at the feet of the master, if you will. And in that regard, he can be considered as much more -- I mean, really much more political, which is using violence much more discriminately, but for a mass effect.

JIM LEHRER: OK.

Lawrence Wright, what else do you think we should know about -- what do we know and what do we that is important that we should know about him, that we need to know about him now, tonight, as a result of these two killings?

LAWRENCE WRIGHT: Well, first of all, you know, he may not even exist. You know, he may be an artifact of some kind of intelligence agency. The Egyptians, who were close to Zawahiri, say they`ve never heard of him. He had very few footsteps up until he arrived in Iraq, so he`s a very shadowy figure, at the least.

JIM LEHRER: Wait a minute. Are you saying it`s -- excuse me. The U.S. government said last week this guy did exist. They even showed pictures of him. But you`re saying that could be -- that may not be the case?

LAWRENCE WRIGHT: Well, they showed pictures of a young man. They say that he joined Egyptian Islamic Jihad in 1982 at a time when almost that entire movement was in Nasser`s prisons after the Sadat assassination. And so it would have been hard, and he would have been 14 years old, but it`s conceivable.

But Zawahiri's associates say they have never heard of him. And then none of the major witnesses in the trials in America for the embassy bombings or the 1993 World Trade Center bombing mention him, so it's certainly conceivable that he was a low-level member of Egyptian Islamic Jihad who did travel to Afghanistan and there met Zarqawi, as the military has portrayed it, but it's also possible that this is someone who has been put forward with a false identity. There's a lot of things that we don't really know about him.

JIM LEHRER: So it is a dark and obscure world, as John Burns told us?

LAWRENCE WRIGHT: Yes, indeed.

JIM LEHRER: Yes, yes. Well, so do you have any thoughts about that, that maybe this guy doesn't even exist?

ALEXIS DEBAT: Well, there are some things out there. For example, this week, a letter from him surfaced on the Internet, a letter dated from 2004, which is very interesting, because it indicates a very strong grasp of Muslim theology, which would indicate that he has received some form of formal education in the Koranic...

JIM LEHRER: So you believe he's a real person, right?

ALEXIS DEBAT: I do believe he's a real person. There are some traces of him in Afghanistan around Zawahiri. Zawahiri had grouped around himself about a half-dozen Egyptians, senior members of the Egyptian Islamic Jihad. Abu Ayyub al-Masri was one of them, so there are a few traces of him, but not that many.

JIM LEHRER: OK.

Lawrence Wright, just on the ground in Iraq, what is the status of this al-Qaida in Iraq organization? What is known about it? What can you tell us about it?

LAWRENCE WRIGHT: Well, it was, you know, the Zarqawi organization which in the beginning was independent of al-Qaida. He had always kept a certain distance between himself and bin Laden, although, as Alexis notes, there was a sponsorship on the part of the Egyptians.

When he got to al-Qaida, he made himself known by blowing up the U.N. compound, by attacking moderate Shia, by killing one of the major ayatollahs there, and then made application to join al-Qaida.

And, for about a year, there was deliberation apparently over the issue of how much he should target the Shiites in Iraq. And, finally, bin Laden did endorse him and allowed him to use the brand name of al-Qaida. And that's how we got al-Qaida in Iraq.

JIM LEHRER: Is going after these American soldiers a shift in what the recent strategy was under Zarqawi?

LAWRENCE WRIGHT: Yes. Zarqawi was really targeting Shiites; he was not really after the Americans. His goal was to provoke a civil war.

And I think that both bin Laden and Zawahiri looked at that as a losing strategy. And Zawahiri cautioned him about this and said, you know, are you going to try to kill all the Shiites? Has this ever been possible? He really was opposed to this particular plan.

If we have one of Zawahiri's men in control now of al-Qaida in Iraq, then I think what we will see is a recalibration of the strategy. They will be focusing on American troops; they will not be focusing on the Shiites.

JIM LEHRER: Do you agree with that?

ALEXIS DEBAT: Absolutely. I think the fact that he targeted American soldiers, also the fact that there's no videos.

Remember, in the letter that surfaced a few months ago, Ayman al-Zawahiri criticized Abu Musab al-Zarqawi for his gruesome videos on the Internet, and namely the Nick Berg video. So no videos this time, which that could be an indication that al-Qaida in Iraq is going to be much -- run much closer to al-Qaida central's goals.

Also, al-Masri was very much involved, apparently, in setting up networks abroad. So the two parts, the pillars of the recalibration that Mr. Wright was talking about would be a greater focus on American troops in Iraq and also a greater focus on operations abroad.

JIM LEHRER: Lawrence Wright, does this necessarily mean a stronger al-Qaida organization, or a weaker organization, or a different organization? What does this mean in the long run, do you think?

Two Abducted U.S. Soldiers Found Dead in Iraq The NewsHour with Jim Lehrer June 20, 2006 Tuesday

LAWRENCE WRIGHT: I think that al-Qaida has decided, you know, what can it get out of Iraq? I don't think that they believe that the Zarqawi strategy was going to lead to victory. They thought it might lead to disaster.

And so if al-Qaida can get training for its members, as they did in Afghanistan, and then send them back to their other countries to foment revolutions and coups, that's what they really hope, I think. Ultimately, they hope to take over Egypt.

I think they look at Iraq as being predominantly Shiite and an unlikely place for them to take over the country and set up a caliphate, as they often announce they'd like to.

JIM LEHRER: Mr. Debat, is there anything much known about their popularity among the population in Iraq? Are they growing in political strength? Do they have a following? Or is it just these guys and their cause and their murderous ways?

ALEXIS DEBAT: Well, this is a major point. We don't know much about their popularity in Iraq. What is important is their popularity among the Sunni, the Arab Sunnis.

Remember, one of Zarqawi's biggest victories was to convince the Sunni community in Iraq that he was their best bet, that he was their only bargaining chip at the negotiating table with the Kurds and the Shia. Remember, the Shia have the oil and a numerical advantage; the Kurds have a little bit of oil and the threat of secession. What do the Sunnis have?

Zarqawi was very successful at convincing the Sunni community that he was their only asset, that the only thing that they could bargain away, the only thing that would make them exist in the great political reorganization of post-Saddam Iraq.

So what is happening now supposedly is that there is a break-up among all of these Sunni factions. And leading members of the Sunni community, especially some tribal leaders, are turning against the foreign fighters and al-Qaida in Iraq and basically breaking off from that strategy, realizing that it didn't bring them anything, it brought them very little, and maybe choosing another route, maybe a more peaceful, more political route.

It's very likely that al-Masri will break away also from that strategy and, again, focus on operations against the Americans and operations abroad and be a much smaller player on the Iraqi political scene.

And this is actually very significant, because this brings out a lot of opportunities for the U.S. military to turn the Sunni community against the foreign fighters, which they've been trying to do for the past three years.

JIM LEHRER: And have they had any success at that, Lawrence Wright, in really going after these insurgents, whatever groupings they are at any given moment?

LAWRENCE WRIGHT: Well, you know, it's odd. I think both the U.S. and al-Qaida are demoralized by their prospects in Iraq. And it's a very difficult place for us to work, and it's a difficult place for them.

The al-Qaida diaries that they've captured show a lot of feeling of depression among the fighters that the Iraqi population hasn't accepted them.

So I suspect that what you're going to see with Abu Ayyub al-Masri is trying to form alliances with the Baathist insurgents, try to take credit for driving the American forces out of Iraq, and using that prestige to advance their cause in other countries.

JIM LEHRER: Meanwhile, Lawrence Wright, can we expect more acts of brutality like the killing of these two U.S. soldiers?

LAWRENCE WRIGHT: Oh, I think this is -- you know, he's put down a marker. This is the way it's going to be.

JIM LEHRER: OK. Gentlemen, thank you both very much.

(BREAK)

JIM LEHRER: Still coming tonight, changes in the classrooms in Tennessee; and the leaving of Dan Rather.

But now to Ray Suarez for the Safavian guilty verdict.

RAY SUAREZ: At one time, David Safavian was chief of staff at the General Services Administration. He also served as the Bush administration's top federal procurement officer.

Two Abducted U.S. Soldiers Found Dead in Iraq The NewsHour with Jim Lehrer June 20, 2006 Tuesday

But in May, Safavian became the first person to go on trial for his connections to disgraced super-lobbyist Jack Abramoff, who now awaits sentencing after pleading guilty to conspiracy to corrupt public officials.

Safavian was accused of lying about a 2002 golf trip to Scotland he took with Abramoff and of trying to misrepresent their professional relationship. This morning, a jury at the federal courthouse in Washington convicted David Safavian on charges of lying and obstruction of justice.

Sabrina Eaton reported on the trial for the Cleveland Plain Dealer and joins us now.

And we know what the charges were called in the indictment, but what did the government say he did that broke the law?

SABRINA EATON, Cleveland Plain Dealer: Well, the government produced a whole stream of e-mails, hundreds and hundreds of them, between him and Abramoff, in which Abramoff was asking for details of properties that the General Services Administration controls.

The General Services Administration, where Safavian worked, is basically the federal government`s landlord and controls all federal properties. Abramoff was interested in getting a property in Silver Spring, Maryland, for use for a school that he operated.

He also wanted access to a building in downtown Washington. That`s a big scenic building on Pennsylvania Avenue that a lot of people might be familiar with called the Old Post Office Building. There`s a big food court in there, and it can be a bit of a tourist area. He had wanted to develop that into a hotel with one of the Indian tribes he operated for.

RAY SUAREZ: And David Safavian said that he hadn`t been doing business with Jack Abramoff?

SABRINA EATON: David Safavian was pretty much parsing out the concept of doing business. He had interpreted what he was doing, as he told the jury, as just answering a friend`s questions.

He said that, if Abramoff was actually doing business with the federal government, that would have entailed applying for a federal contracting license and that he wasn`t actually doing business until he got that license and submitted an official bid. So he was kind of, you know, getting all technical with the terms.

RAY SUAREZ: So Safavian puts before the jury his story that he was just talking to a friend.

SABRINA EATON: Right.

RAY SUAREZ: The government puts its e-mails showing detailed conversations about these two particular properties, and the jury sides with the government?

SABRINA EATON: Correct.

RAY SUAREZ: So, when you look at the counts, it seems like the government threw the book at David Safavian as much for lying about the nature of their relationship as an underlying crime or a corrupt relationship with Jack Abramoff?

SABRINA EATON: I`d say that`s about right.

RAY SUAREZ: So that comes from when they tried to speak to him about it and tried to quiz him about the nature?

SABRINA EATON: Well, one of the things that was involved here was Safavian went on a golf trip to Scotland with Abramoff. And when he did that, he asked for the General Services Administration`s permission to do so. He got an ethics opinion.

And the ethics officer wrote in this ethics opinion that Abramoff had no business before his agency. And he had told him that Abramoff had no business before his agency.

The ethics report also said that Abramoff`s lobbying firm had no business before the agency, and Safavian told the jury that he had no idea where they got that, because Abramoff worked for a very large lobbying firm and presumably they had some business before the GSA, which is a very large federal entity.

RAY SUAREZ: His golf trip ends up being a big part of the case, doesn`t it?

SABRINA EATON: This golf trip is just a big part of a lot of the stuff that`s associated with Abramoff and with the folks in Ohio who I cover on a routine basis, so...

Two Abducted U.S. Soldiers Found Dead in Iraq The NewsHour with Jim Lehrer June 20, 2006 Tuesday

RAY SUAREZ: What was that trip like? And what was David Safavian trying to explain about how he went and where he went?

SABRINA EATON: Well, for Safavian, the golf trip was supposed to be purely recreational. Safavian and Abramoff were both big golfers, and I guess that, if you were a golfer, Scotland is kind of the big Mecca of golfdom. So it seemed like it was like an all-star tour of fancy golf courses.

And they went to -- it was like about four or five days of golfing, and then they went to London. And these golf courses were described as places, you know, where the greens fees were hundreds of dollars and the tips to the caddies were like $100-plus, things like that.

So it was -- also, there were a lot of very lavish-sounding dinners and things like that. There was a description of a lot of drinking, golfing and smoking Cuban cigars that went on.

RAY SUAREZ: Now, David Safavian says, look, there`s nothing corrupt about this because I paid for my trip.

SABRINA EATON: Correct. He gave about -- I think it was a $3,100 check, but the federal government produced evidence that the private jet alone cost more than $90,000, and there was a lot of talk about the hotel rooms. And I guess the hotel rooms at some of these places were about $500-a-night hotels.

Safavian said that, you know, he didn`t know how much the hotels cost and thought that they were about, you know, equal in quality with some of the places he stayed on federal travel, you know, where there`s a limit on the amount of money that they can spend for a hotel room. So he argued that these places were about the same quality.

RAY SUAREZ: Now, as a Plain Dealer reporter, I guess this golf tournament is significant because Bob Ney and aides were along, as well.

SABRINA EATON: Yes, two of his aides, as well as one of Bob Ney`s former aides, a guy who eventually went to work for Abramoff named Neil Volz. He was on that trip, too.

RAY SUAREZ: Now, if a jury found David Safavian guilty today, what does that mean for Representative Bob Ney?

SABRINA EATON: Well, Safavian and Ney are in somewhat different situations. I mean, Safavian was accused of lying to these federal investigators, and that was what he was on trial for.

However, the e-mails that were introduced in this case, there`s a lot of e-mails that Abramoff sent about Ney. And we don`t know what e-mails Ney may have sent to Abramoff because that hasn`t become part of the public record yet.

Additionally, Volz was one of the star witnesses against Safavian. And if the government decides to press any charges against Ney, Neil Volz seems like he would be a likely person to testify against Ney, too. And, obviously, the jury determined that Volz was a credible enough witness that, you know, they did find Safavian guilty.

RAY SUAREZ: And for his part, the Ohio congressman says he`s done nothing wrong?

SABRINA EATON: Exactly. He insists that all this stuff -- I mean, he did go on the golf trip with Abramoff, and he did do a few things on Abramoff`s behalf. But he says the reason he did those things, there was no quid pro quo, he says. He says that the reason he did those things was because he thought that they were smart policy decisions.

RAY SUAREZ: How is Tom DeLay`s case affected, if at all, by this latest conviction, coming after guilty pleas in other cases and people turning government evidence?

SABRINA EATON: Well, Tom DeLay is kind of no longer in Congress, and so I think he`s somewhat, you know, off us political recorders` radar screen at the moment. But, you know, it can`t be really good for anybody who`s stuck in the whole -- who`s part of this whole Abramoff investigation.

RAY SUAREZ: And Jack Abramoff is still awaiting trial on further charges himself, is he not?

SABRINA EATON: No, he actually has pleaded guilty in every case in which he`s been charged, and so he`s kind of hanging out there. And he says that he`s willing to cooperate as a witness in any of these cases, and presumably he`s feeding prosecutors information.

RAY SUAREZ: Free pending sentencing?

SABRINA EATON: Yes.

Two Abducted U.S. Soldiers Found Dead in Iraq The NewsHour with Jim Lehrer June 20, 2006 Tuesday

RAY SUAREZ: Well, Sabrina Eaton, thanks a lot.

SABRINA EATON: Thank you.

(BREAK)

JIM LEHRER: Now, another report from special correspondent for education John Merrow. Tonight`s is about efforts to fix a group of troubled elementary schools in Tennessee.

JOHN MERROW, NewsHour Special Correspondent: In large cities, like Philadelphia, Los Angeles and New York, efforts to fix failing schools are ongoing with varying degrees of success. But failing schools are also an issue in small cities like Chattanooga, Tennessee, population 310,000.

In 2000, a report came out listing the lowest-performing elementary schools in all of Tennessee. Nine of the bottom 20 were in inner-city Chattanooga.

Natalie Elder is the principal at one of these schools.

NATALIE ELDER, Principal: Out of 1,044 schools in the state of Tennessee, I was 1,044. That was the most depressing feeling in the world.

JOHN MERROW: The other eight were almost as bad: Reading scores were among the lowest in the state; behavior problems were rampant; and, in some, teachers often did not even show up; schools lacked basic resources; and the buildings were falling apart, according to Principal Rebecca Everett.

REBECCA EVERETT, Principal: I walked into a building that had no floors. I walked into a building that the restrooms were completely torn apart. There were snakes crawling around the rafters.

JOHN MERROW: We sat down with a group of teachers from several of these schools to find out what they thought.

BARBARA O`HARA, Teacher: We had principals coming in, principals leaving out. And each time you would get started on a focus, then you`d change, then another principal would have another type of focus.

SYLVIA GREENE, Consulting Teacher: The turnover in leadership, of course, led to a high teacher turnover.

LINDSAY STARNES, Teacher: At the beginning of the year, you know, before school started, a lot of the positions weren`t even filled.

JOHN MERROW: This was a problem Chattanooga could not ignore.

DAN CHALLENER, President, Public Education Foundation: We don`t want to have half of the lowest-performing schools. Memphis has four times as many poor children, and they had two or three schools. We had nine.

JOHN MERROW: Dan Challener is president of Chattanooga`s Public Education Foundation, PEF.

DAN CHALLENER: It was just a moment where everybody said, "We have got to do something."

The goals are crystal clear....

JOHN MERROW: PEF formed a partnership with the Benwood Foundation, also in Chattanooga. Corinne Allen is executive director of the Benwood Foundation.

CORINNE ALLEN, Exec. Dir., The Benwood Foundation: Our trustees said this is inexcusable, unacceptable. And for the first time in our history, we said we`re prepared to put $5 million over the course of five years.

DAN CHALLENER: This is about everybody saying, "We can do this. We know how to do this, but how can we help?"

JOHN MERROW: Together, the two organizations contributed $7.5 million over five years and persuaded other organizations to get involved in what became known as the Benwood Initiative, but only after getting the school system to promise to do whatever it would take to fix those schools.

Superintendent Jesse Register was aware of the problems.

Two Abducted U.S. Soldiers Found Dead in Iraq The NewsHour with Jim Lehrer June 20, 2006 Tuesday

JESSE REGISTER, Superintendent: People would get jobs in the district by agreeing to teach in the inner-city schools and they would stay just long enough to get a transfer out, move to another school, so there was a revolving door of new teachers. And then there was a group of people who collected who couldn't be successful in other schools.

JOHN MERROW: What had happened over time was that the teachers no other schools wanted had been transferred to these low-performing schools. Principal Emily Baker remembers what it was like.

EMILY BAKER, Principal: There were lots of teachers in this building who really did not have the best interest of children at heart when they came to school every day.

JOHN MERROW: Out of, what, 30 teachers in this building?

EMILY BAKER: About 30. There were probably 20, 21, who really had stopped teaching a long time ago.

JOHN MERROW: As a first step, Superintendent Jesse Register replaced all the principals but one.

Is it essential to be able to move people around, clean house?

JESSE REGISTER: If you have a culture in a school that's not working right, you need to be able to change it. And you change that by changing some people, by changing leadership teams.

TEACHER: Now, find a number word.

JOHN MERROW: All the teachers in these schools had to reapply for their jobs and pass a test.

LYNDA LAND, Teacher: Initially, people that wanted to leave could apply, and they left. Then those of us who wanted to stay had to reapply for our jobs. And, you know, I had been in the system nearly 30 years at that point. And I thought, "You know, this is really a difficult thing for me to do."

RHONDA JOHNSON, Teacher: I have never been so upset, because I said, you know, they were just throwing questions at me left to right. I had to do a writing prompt. It was just awful.

JOHN MERROW: When the dust settled, the nine Benwood schools had about 100 teaching positions to fill.

JENNIFER SPATES, Teacher: I know a lot of people who were recruited to come in to Benwood schools who were not ready until after those reconstitutions took place. They were like, "Well, weed out some of that poison," because that's what some of those teachers were considered to be, the ones that, like you said, would not change. They did not embrace improvement.

JOHN MERROW: What to do with the 100 teachers who were leaving the Benwood schools was the next problem.

TEACHER: How are you doing, honey?

JOHN MERROW: Register asked principals in the district's suburban schools to absorb them.

JESSE REGISTER: What I said to them was, "I want each of you to consider being principal of one of these schools, and consider the fact that you might have 10 or 12 teachers that need a lot of help." One principal can't do that, but you can be effective with one teacher who needs help. I asked every one of the principals to take one and help them become better.

JOHN MERROW: All the principals agreed to take between one and three teachers, but some in the community were opposed to this.

RHONDA THURMAN, School Board: If the teachers were not good enough to teach in the inner-city schools, why were they good enough to teach out in the suburbs?

JOHN MERROW: School board member Rhonda Thurman was outraged.

RHONDA THURMAN: The principals, they had a problem with it because they were getting teachers that they didn't want, but yet, by the same token, they had to be responsible for their performance. And some of them were told they had to take these teachers, that these teachers were coming to this school if they wanted them or not.

JOHN MERROW: Why didn't you just fire them? Why spread them around?

JESSE REGISTER: We have tenure laws here, and it would have been a mistake to do that. A lot of those teachers have been reassigned and are very effective in other schools today.

Two Abducted U.S. Soldiers Found Dead in Iraq The NewsHour with Jim Lehrer June 20, 2006 Tuesday

JOHN MERROW: To attract new teachers and retain the old ones, the Benwood Initiative offered incentives: help with the mortgage; bonuses for high performance; and a tuition-free master's degree.

TEACHER: Do kids send you a lot of non-verbal messages? Sure, they do.

JOHN MERROW: Teachers getting tuition for their graduate degree must promise to remain at the Benwood schools for at least four years. The Benwood Initiative also provided teachers with much-needed training in how to understand test scores.

SYLVIA GREENE: Pre-Benwood, we would review the test data. I didn't have a clue as to how to take that data and make changes the next year. We didn't have the professional development nor the collegiality, and so a lot of times you were intimidated to let someone else know that you were feeling insecure.

TEACHER: And, altogether, I have three sets of five.

JOHN MERROW: Every Benwood school was given funds to hire what they call a consulting teacher whose job it is to support and guide the other teachers at the school. Sylvia Greene has been doing this for the past few years.

TEACHER: How did you think that went? How did you think your lesson went?

TEACHER: Well, I think that they were enjoying the lesson.

LINDSAY STARNES: I could teach a writing lesson and come to Sylvia and say, "Sylvia, I don't think I'm getting it. I don't think the kids are understanding me. I'm not teaching the right way."

And Sylvia will come into my classroom and teach a writing lesson to my children, and I'm learning just like the children are learning, and we do that all the time.

TEACHER: Let's think about some great vacation spots.

JOHN MERROW: Before long, teachers in the Benwood schools were watching each other teach and spending their free time figuring out ways to improve.

LYNDA LAND: I think back to the days when we were just all on our own, because we never really knew, "Are we doing the right thing?" You know, and when somebody came in, and particularly a peer, you were very nervous about it, but not now. I mean, we're in and out of each other's classes constantly all day long.

STUDENT: Negative 20 plus 10.

JOHN MERROW: Now they're teaching their students to collaborate in much the same way. Five years later, disciplinary problems are down, attendance is up, and test scores have been moving in the right direction.

NATALIE ELDER: That was the biggest relief for use. It was a joy for the teachers, and now they feel the work was worth it. It's worth what we're doing, because now we can see our scores are starting to rise.

JOHN MERROW: The district reports that today nearly three-quarters of Benwood third-graders are reading at grade level. There's a long way to go, but these schools started at the bottom of the pile. The changed culture of these schools means that filling teacher vacancies is no longer a problem.

PRINCIPAL: This is the list of the people who are bidding on my school. And as you can see, there are quite a lot of names. And then, on top of that, I have all of these resumes of people who are interested in coming to Clifton Hill (ph).

JOHN MERROW: Another change: Principals from the Chattanooga suburbs, including Vivian Woods, now look to the Benwood schools for guidance.

VIVIAN WOODS, Principal: It's been like the whole boat had turned upside-down in about four years. And all of a sudden, we're getting information from them.

JOHN MERROW: The goal of the Benwood Initiative was to have every third-grader reading at grade level by this year. By that measure, they fell short.

TEACHER: We fought a good fight when you look at where we came from.

TEACHER: And we're still fighting.

Two Abducted U.S. Soldiers Found Dead in Iraq The NewsHour with Jim Lehrer June 20, 2006 Tuesday

TEACHER: We've not given up yet, but we have come -- the battle is not over.

TEACHER: We're still fighting. That's right.

JOHN MERROW: Superintendent Jesse Register is retiring this summer, which raises a question: Will the Benwood Initiative continue to thrive?

How fragile is the success of these schools?

JESSE REGISTER: I don't think that the people who work in those schools will allow them to change back.

RHONDA JOHNSON: We are here. We're here to stay. Where there's a will, there's a way.

JOHN MERROW: Can this work in other places?

JESSE REGISTER: It can work everywhere. And you have to look at each community, but basically we're talking about having good leadership teams, and good teachers, and good support systems for children, and that can work everywhere.

TEACHER: ... how do I write 30?

JOHN MERROW: The ongoing success of the Benwood schools hinges on continued private funding. The Benwood Foundation assured us it intends to continue its support.

(BREAK)

JIM LEHRER: And finally tonight, the going of Dan Rather. Jeffrey Brown has our Media Unit report.

JEFFREY BROWN: Dan Rather was once the face of CBS News. He logged 44 years at the network, 24 in the anchor chair of the "Evening News."

But the announcement today that the storied newsman was leaving was not a surprise. Rather hasn't anchored the news since March of last year. He's filed only occasional stories for "60 Minutes" this year and was last seen on the network last weekend on the program "Sunday Morning."

Rather's reputation suffered after a "60 Minutes" story about President Bush's Vietnam-era service in the National Guard. That story relied on documents that ultimately could not be authenticated.

In early 2001, more than three years before the National Guard story aired, NewsHour correspondent Terence Smith interviewed Rather and asked him about his future.

TERENCE SMITH, Former NewsHour Correspondent: Dan Rather, he's been in that chair 20 years, almost 20 years. How long does he want to be in it?

DAN RATHER, Former Host, "CBS Evening News": For as long as I can do it and do it up to my own standards and the standards of CBS News.

You know, Terry, you and I worked together for a long time. I think you know me well enough that what I know and about all I know is to work hard, try hard, trust in hard work, determination, perseverance, and know that the best motto for the long pull is don't grumble, just keep plugging away.

And that's how I feel about this job. I love this job; I love everything about it. I want to do it for as long as my health holds and as long as I can meet our standards. The second either one of those things ceases to be, no one will have to ask me to be out of here.

JEFFREY BROWN: Rather is reportedly in talks with HDNet, a high- definition channel, about hosting a one-hour news program for the cable outlet. For the record, HDNet and the NewsHour have on occasion shared footage and resources.

For more on Dan Rather, we turn to Ken Auletta, staff writer for the New Yorker magazine.

Ken, what in the end led to Dan Rather's leaving the network?

KEN AULETTA, Columnist, The New Yorker: His contract was up at the end of this year, and they couldn't negotiate a new one. I mean, he basically was pushed out. He wanted to stay. He probably shouldn't have wanted to stay, since they had given a clear signal for a period of time they wanted him to go.

Two Abducted U.S. Soldiers Found Dead in Iraq The NewsHour with Jim Lehrer June 20, 2006 Tuesday

JEFFREY BROWN: He was appearing on "60 Minutes," but it looks like there was little room at the inn there with all their correspondents.

KEN AULETTA: He appeared very infrequently, I think a total of six times, which is not a lot compared to the other correspondents.

And, two, if you visited the "60 Minutes" office, one of the things that was quite stunning was to see that Dan Rather's office was the equivalent of a closet in a corner. And they made it clear to him that he was not going to be extended.

JEFFREY BROWN: So it is a clean break, but as you suggest it doesn't look like a happy one. Rather issued a statement today saying the network, quote, "had not lived up to their obligation to allow me to do substantive work there."

KEN AULETTA: I mean, that's how he feels, and he was quite frank. I mean, the statement from CBS was, you know, saccharin and full of praise for Rather and talked about maybe doing a special this fall on his career. And it's been a long and distinguished career at CBS.

The truth of the matter is that, like, De Gaulle, Rather stayed too long. When he was pushed out of the anchor job, he should have seen the signs on the wall and just left with dignity. And now he leaves under a bit of a cloud, angry, allowing CBS to tarnish him and to push him out in a very unpleasant way.

JEFFREY BROWN: Well, the cloud, of course, comes from this National Guard report. The network today seemed to go out of its way to say that today's news was not connected to that, but clearly that sort of started this ball rolling, right?

KEN AULETTA: Yes, Dan Rather in the election, last election, allowed a "60 Minutes" piece to appear, where he was the prime reporter, though he didn't do enough reporting on that -- and it was one of the criticisms in the CBS report of his work -- but they not only made a mistake of authenticating documents that could not be authenticated later on, but then waited 10 days to acknowledge their mistake.

And that cloud cast by that action of Dan Rather and by his producer, Mary Mapes, and some others, which led to the firing of Mapes and some others, but also led inevitably to Rather being pushed out as anchor, something they probably were going to do anyway, because for 10 years Dan Rather was in third place and stalled there and didn't seem like he was moving in the evening news race, so they were going to make a change anyway.

He was 73 years old at the time. That was inevitable. But I think Rather, instead of seeing that it was inevitable and seeing that his welcome mat at CBS had expired, just tried to hang on. And he shouldn't have.

JEFFREY BROWN: You and I talked recently about the coming of Katie Couric. Now, it must be tough when you have the going of someone who has been the public face, particularly on television -- and as you said back then, these are people who come into our living rooms for years and years and are very famous, well-known people. So the going is not easy, right?

KEN AULETTA: No, it's not easy. You know, here's a man who gave his soul, his body for CBS, who worked hard, loved it, loved CBS, cried. His eyes got all misty in talking about the Murrow tradition, quite sincerely, by the way.

And yet here he is today, after years of being the face of CBS, and after years of being more famous than most movie stars are -- you walk through an airport with a Dan Rather or Tom Brokaw or the late Peter Jennings, they were recognized by many more people than, say, Tom Cruise would be, in part because they're in 10 million people's homes every night in their living rooms talking about issues that people care about.

They're not someone you visit in a movie theater once and maybe a total of five or six million people see that movie. So he's really -- he was a major figure in our lives. And it's kind of sad to see it end with such a lack of dignity, frankly, on CBS's part.

JEFFREY BROWN: And about that career, I mean, he always presented himself first as a reporter, a reporter rushing into the field, and then anchorman. Tell us about that.

KEN AULETTA: Well, I think Dan actually rather always had a dichotomy in his mind. And, in fact, the anchors do. He saw himself as a reporter who started with Hurricane Carla and then Kennedy assassination, civil rights in the

`60s, Vietnam, London, stories all over the world, Afghanistan. And yet an anchor is essentially, except in times of crisis, is mostly a news reader.

JEFFREY BROWN: And what about this possible move to HDNet? Tell us first what that is. And why would Rather be interested?

KEN AULETTA: Well, it`s digital high-definition television. It has about -- it reaches about potentially two or three million people today. It doesn`t actually reach two or three million people. It probably reaches, you know, in the tens of thousands of people at most right now.

But it`s new media. It`s using the Internet; it`s using digital technology. It allows you to put this stuff, not just on your television set, but on your handheld devices, as well, or your computer screen.

And Rather, at 74, finds it attractive to be in business with Mark Cuban, who owns HDNet, who`s a very entrepreneurial executive and made his billions in the Internet world, and now owns, among other things, the Dallas Mavericks, but it`s a way of Rather feeling young and vital and energized. And he`s still got, despite his 74 years, he`s got a lot of energy.

JEFFREY BROWN: Ken, you wrote a piece in the New Yorker last year entitled "The Long and Complicated Career of Dan Rather." Want to briefly sum it up for us?

KEN AULETTA: Well, I mean, Rather is a guy who made his mark covering hurricanes and he was noticed by CBS. And then he went out and he threw his body at stories all over the world, be it a tsunami, or be it Afghanistan, or be it Vietnam, or civil rights, or Kennedy`s assassination.

He was a hard-working, diligent man, a man of great sincerity, a man often of great courage, not just physical courage, but the courage to stand up to his bosses at CBS and say, "No, no, no, guys, what you`re doing is not in the Murrow tradition."

But he was also a compromise man, a man who sat at that desk reading news and sometimes kept quiet, kept his $8 or $9 million salary while other people got their jobs cut and lost.

So, like a lot of people, you make this Faustian bargain. You are very famous; you are very successful; you do sometimes very brilliant work. And it`s very hard to be an anchor. But you also compromise with those people who sign your checks and do things that Dan Rather, to his credit, would sometimes denounce as saying, "I hate this circus. I hate the entertainment values that now permeate television news." But he had to do it, and he often did.

JEFFREY BROWN: All right, Ken Auletta of the New Yorker magazine, thanks a lot.

KEN AULETTA: My pleasure.

(BREAK)

JIM LEHRER: Again, the major developments of this day. The U.S. military confirmed it discovered the remains of two missing U.S. soldiers in Iraq. They had been murdered. And a federal jury found a former Bush administration official guilty for his role in a Republican lobbying scandal.

Tonight`s edition of "Frontline" looks at the decision to go to war in Iraq. It can be seen on many PBS stations. Check your local listings for the time.

We`ll see you online and again here tomorrow evening. I`m Jim Lehrer. Thank you, and good night.

**LOAD-DATE:** November 16, 2006

EXHIBIT 87

Copyright 2006 The Washington Post

# The Washington Post

## washingtonpost.com

The Washington Post

June 21, 2006 Wednesday
Final Edition

**SECTION:** A Section; A01

**LENGTH:** 1173 words

**HEADLINE:** Ex-Aide To Bush Found Guilty;
Safavian Lied in Abramoff Scandal

**BYLINE:** Jeffrey H. Birnbaum, Washington Post Staff Writer

**BODY:**

A federal jury found former White House aide David H. Safavian guilty yesterday of lying and obstructing justice, making him the highest-ranking government official to be convicted in the spreading scandal involving disgraced former lobbyist Jack Abramoff.

Safavian, a former chief of staff of the General Services Administration, was convicted in U.S. District Court here of covering up his many efforts to assist Abramoff in acquiring two properties controlled by the GSA, and also of concealing facts about a lavish weeklong golf trip he took with Abramoff to Scotland and London in the summer of 2002.

This was the first Abramoff-related legal action to go to trial and face a jury. Several legal experts said the case could embolden federal prosecutors to seek additional indictments against cronies of Abramoff, who has been cooperating with the Justice Department since pleading guilty in January to corrupting public officials.

The jury of 10 women and two men came to its decision on its fifth day of deliberations after hearing eight days of testimony. Safavian, 38, sat silently and without expression as U.S. District Judge Paul L. Friedman read the verdict aloud.

The jury found him guilty of obstructing an inquiry by the inspector general's office of the GSA and of lying to the Senate Indian Affairs Committee, a GSA ethics officer and the GSA inspector general. He was acquitted of obstructing the Senate's probe. He faces up to 20 years in jail and $1 million in fines; sentencing was set for Oct. 12.

Safavian's attorney, Barbara Van Gelder, said she will seek a new trial. Prosecutors "will say how this was a great day in the war on corruption," she said. "I find they made a mountain out of a molehill, and now they're going to plant the flag on top of the molehill."

Safavian is the fifth person to be found guilty in legal actions connected to Abramoff, the once-powerful Republican lobbyist who has pleaded guilty to charges of fraud, tax evasion and conspiracy to bribe government officials. Like Abramoff, the other four negotiated plea agreements and did not go to trial. One of those, Neil G. Volz, a congressional aide-turned-lobbyist, testified against Safavian two weeks ago.

Legal observers cited the effectiveness of Volz's testimony as a strong indication that other Abramoff-related indictments or plea agreements are probably imminent. They asserted that Rep. Robert W. Ney (R-Ohio) is in particular

jeopardy because he took part in the Scotland trip and has been mentioned in a veiled way in Abramoff-related guilty pleas, and because Volz, as Ney's former chief of staff, is in a position to testify against him.

Safavian's conviction "bolsters the credibility of Neil Volz as a witness," said Stanley M. Brand, an expert on ethics law. "This is another building block in the case against Ney."

Jonathan Turley, a professor at the George Washington University School of Law, added: "This is the type of conviction that tends to loosen tongues."

Spokesman Brian J. Walsh said in a statement that Ney faces no greater danger of prosecution than he did before the verdict. "The Safavian case had nothing to do with Congressman Ney," Walsh said. "He is confident that . . . he will be vindicated."

Besides Volz, the Justice Department has gotten guilty pleas from Abramoff associates Michael Scanlon, a public relations executive; Adam Kidan, a partner of Abramoff's in a Florida gambling-boat investment; and lobbyist Tony C. Rudy, once a top aide to former House majority leader Tom DeLay (R-Tex.).

A federal judge in Miami yesterday granted Abramoff and Kidan three more months of freedom before they must begin prison terms for fraud convictions in a separate case involving the purchase of a cruise-ship line. This will give the two more time to cooperate with investigations into official corruption in Washington and into the 2001 slaying in Fort Lauderdale, Fla., of businessman Konstantinos "Gus" Boulis, who was killed a few months after he sold SunCruz Casinos to the pair.

Days before his arrest in September, Safavian had resigned as the White House's chief procurement policy officer, a job he got after leaving the GSA. He had worked earlier as a lobbyist for Abramoff and also as a congressional aide.

He pleaded not guilty to the charges and, in a surprise move, took the stand in his defense. His wife, Jennifer, also testified. Safavian contended that he was a friend and not a business associate of Abramoff's, that he was forthright with federal investigators, and that Abramoff was not engaged in formal business dealings with the GSA because he was not a contractor with the agency.

But prosecutors Peter Zeidenberg and Nathaniel B. Edmonds introduced dozens of e-mails between Safavian and Abramoff to show the jury that Abramoff sought two government properties Safavian's agency oversaw while offering him favors, including the overseas trip. They did not call Abramoff to testify.

In mid-2002, Safavian joined the GSA, which oversees the purchase and leasing of the federal government's billions of dollars in property around the country. Soon after he entered at the agency, he and Abramoff began e-mailing each other and exchanging information and strategic advice about how to buy or lease the GSA properties.

One was a parcel of land in Montgomery County, on which Abramoff hoped to situate a Jewish high school he supported. The second was the Old Post Office Pavilion on Pennsylvania Avenue NW. Abramoff wanted to convert the historic but underused structure into a luxury hotel for an Indian tribe client.

At the same time, Safavian and Abramoff kept in constant social contact -- on the local golf links and at Abramoff's Pennsylvania Avenue restaurant, Signatures. Safavian also agreed to attend the junket to St. Andrews in Scotland, the birthplace of golf, which was arranged by Abramoff.

In addition to Volz, Ney and Safavian, the trip, via a chartered Gulfstream II jet, included two Ney aides and former Christian Coalition leader Ralph Reed -- a business associate and longtime friend of Abramoff's.

Before that trip in August 2002, Safavian asked the GSA ethics office whether he could accept the gift of airfare without breaching the agency's ethics code. In an e-mail requesting the ruling, Safavian called Abramoff a friend and a lobbyist "but one that has no business before GSA (he does all of this work on Capitol Hill)."

The office replied that Safavian could accept the airfare. Nonetheless, Safavian wrote Abramoff a check for $3,100 before the journey began, an amount that Safavian contended throughout the trial was enough to cover the entire cost of the trip.

Zeidenberg and Edmonds derided that assertion. They presented evidence that the check barely paid one-fifth of the real expense: Hotel rooms ran between $400 and $500 a night, greens fees for golf at the fabled St. Andrews were $400 per game, and rounds of drinks in Scotland cost $100 each. Chartering the jet, for nine passengers, cost at least $91,000.

Ex-Aide To Bush Found Guilty; Safavian Lied in Abramoff Scandal The Washington Post June 21, 2006 Wednesday

**LOAD-DATE:** June 21, 2006

EXHIBIT 88

Copyright 2006 Grand Rapids Press
All Rights Reserved
Grand Rapid Press (Michigan)

June 25, 2006 Sunday
ALL S EDITION

**SECTION:** NATIONAL; Pg. A6

**LENGTH:** 515 words

**HEADLINE:** Conviction sends message to Congress;
Lawmakers wonder who is next to fall after Abramoff scandal

**BODY:**

WASHINGTON -- The first trial conviction in the Jack Abramoff scandal sent an unsettling two-word message to Capitol Hill: Who's next?

In convicting former White House official David Safavian of lying and obstruction Tuesday, a federal court jury gave prosecutors a boost in their wide-ranging probe into influence peddling in Washington.

Abramoff did some business at the White House and leaned heavily on the Interior Department, but Congress was the disgraced lobbyist's stomping ground -- a point driven home during Safavian's trial.

Prosecutors introduced a photo of Rep. Bob Ney, R-Ohio, and Abramoff standing next to a private jet that whisked them and other members of a golfing party to Scotland for five days at the storied St. Andrews Old Course. Safavian was in the photo too, as were two of Ney's aides who also went on the Abramoff-organized junket.

The Abramoff team referred to Safavian and Ney as two of their "champions" who helped with inside information and assistance, Neil Volz, Ney's former chief of staff, testified.

Ney's office blamed Ney's problems on "the lies and deception of Jack Abramoff."

Ney "has never, at any point, engaged in any improper, unethical or illegal activity" and the Safavian case "had absolutely nothing to do with Congressman Ney," his office said.

Ney's office called it "baffling" that Ney could be referred to as a champion for Abramoff "when there is no evidence that he took any official action on any of the issues Neil testified about."

It remains to be seen whether Volz becomes a devastating witness against his old congressional boss. Ney has not been charged, nor has any other member of Congress, all of whom deny any wrongdoing.

Justice Department court papers based on Volz' statements say Ney engaged in 16 acts on Abramoff's behalf at the same time the lobbyist was bestowing gifts on the congressman and his staff.

Abramoff didn't testify, apparently because prosecutors were reluctant to open him up to cross-examination.

"The B team worked," Safavian lawyer Barbara Van Gelder said of prosecutors putting Volz on the witness stand instead of Abramoff.

She said it would have been "a vastly different case" had prosecutors had Abramoff testify.

Abramoff showered Safavian with favors while badgering him for information about two pieces of government-controlled property. One was the historic Old Post Office in downtown Washington. At the time, Safavian was chief of staff at the General Services Administration, the federal landlord agency.

Conviction sends message to Congress; Lawmakers wonder who is next to fall after Abramoff scandal Grand Rapid Press (Michigan) June 25, 2006 Sunday

On the witness stand, Volz said the Abramoff team received assistance on the GSA properties from several Republican congressmen or their aides, including Ney, Rep. Don Young of Alaska, Rep. Steven LaTourette of Ohio and a former top aide to Rep. Shelley Moore Capito of West Virginia.

Young's office has said he did not favor any particular business over another. LaTourette said he was simply advocating special opportunities for small businesses.

Capito's office said the congresswoman was unaware of the assistance, which her office said was provided by her then-chief of staff.

**LOAD-DATE:** March 21, 2007

EXHIBIT 89

Copyright 2004 The Washington Post

# The Washington Post

# washingtonpost.com

The Washington Post

February 22, 2004 Sunday
Final Edition

SECTION: A Section; A01

LENGTH: 2576 words

HEADLINE: A Jackpot From Indian Gaming Tribes;
Lobbying, PR Firms Paid $45 Million Over 3 Years

BYLINE: Susan Schmidt, Washington Post Staff Writer

BODY:

A powerful Washington lobbyist and a former aide to House Majority Leader Tom DeLay (R-Tex.) persuaded four newly wealthy Indian gaming tribes to pay their firms more than $45 million over the past three years for lobbying and public affairs work, a sum that rivals spending to influence public policy by some of the nation's biggest corporate interests.

Touting his ties to conservatives in Congress and the White House, lobbyist Jack Abramoff persuaded the tribes to hire him and public relations executive Michael Scanlon to block powerful forces both at home and in Washington who have designs on their money, according to tribe members.

Under Abramoff's guidance, the four tribes -- Michigan's Saginaw Chippewas, the Agua Caliente of California, the Mississippi Choctaws and the Louisiana Coushattas -- have also become major political donors. They have loosened their traditional ties to the Democratic Party, giving Republicans two-thirds of the $2.9 million they have donated to federal candidates since 2001, records show.

The payday for the GOP is small though, compared with the $15.1 million the tribes have paid Abramoff and his law firm, Greenberg Traurig, which has rocketed to the ranks of top lobbyists on the fees it has charged gaming tribes, lobbying records show.

And those fees -- 10 or 20 times what the tribes paid their former lobbyists -- are about half of what Scanlon has taken in. Scanlon, 33, himself a former Greenberg lobbyist who was recommended by Abramoff, has been paid $31.1 million, according to documents and interviews with tribal members.

The fees are all the more remarkable because there are no major new issues for gaming tribes on the horizon, according to lobbyists and congressional staff. The tribes' payments for lobbying and public affairs work are comparable to what large corporations spend on lobbying in Washington: General Electric Co. paid more than two dozen lobbying firms $30.4 million over the same three-year period, according to federal records. The nation's top four pharmaceutical companies paid dozens of lobbying and law firms $34.8 million between mid-2002 and mid-2003, according to the records.

"Those fees would certainly stand out as greater in magnitude than what rank-and-file tribes pay," said Phil Hogen, chairman of the National Indian Gaming Commission, which regulates Indian gaming. "I guess they have been persuaded there is some value or return for that, but what that is, I'm not aware," Hogen said.

A Jackpot From Indian Gaming Tribes; Lobbying, PR Firms Paid $45 Million Over 3 Years The Washington Post
February 22, 2004 Sunday

Abramoff has also advised tribes to give hundreds of thousands of dollars to obscure groups whose connections to Indian concerns are unclear, according to documents and numerous tribe members. One of those organizations, located at a Scanlon property in Rehoboth Beach, Del., paid $1.5 million in lobbying fees to Greenberg Traurig over a recent two-year period.

The spending by tribal leaders has spawned passionate battles within the tribes. Audrey Falcon, newly elected chief of the Saginaw Chippewas, told tribe members in a letter last week that "$14 million of your dollars was spent for lobbyists that yielded little or no results for our tribe."

Her predecessor, Maynard Kahgegab, defended the spending in an interview. Abramoff won federal funds for the tribe and Scanlon built a database "market protection program" to try to defeat the slot machines of other tribes and at racetracks, he said.

Chris Petras, who was ousted last month from his job as legislative director of the Saginaw Chippewas, said Greenberg Traurig "really established the tribe in Washington as a serious entity in terms of being a policy player." He said Abramoff got funding for several projects earmarked for the tribe, including a $1.2 million residential treatment facility and $3 million for a new school.

Abramoff declined to catalogue the accomplishments he has brought the tribes. Asked what he provides the tribes for the fee of $180,000 a month that each pays, he said: "I think we bring an order of magnitude in terms of our success and our approach on behalf of the tribes. A lot of these tribes who have thrown off the relatively inexpensive lobbyists basically come to us with the comment of 'you get what you pay for.' "

Scanlon declined to be interviewed, but he said in a faxed statement that some newly elected tribal leaders have criticized him because they "want to send business to their own guys."

"The bottom line is that my firm delivers. We provide expensive services, in an expensive industry and we get the job done," his statement said.

Abramoff's lobbying fees must be publicly reported under federal laws, but Scanlon's revenue is largely hidden from public scrutiny. Nowhere must Scanlon disclose his fees for public relations and grass-roots organizing. Copies of some of the contracts he has entered into with the tribes have been provided to The Washington Post by tribal members and sources close to the tribes who are outraged by the fees they are paying.

Tribal spending is seldom scrutinized by federal law enforcement authorities, who regulate gaming but must be careful about trampling on tribal sovereignty. In recent months, however, the FBI has stepped up an investigation into alleged spending irregularities by one of Abramoff's clients -- the 800-member Louisiana Coushatta tribe, which takes in hundreds of millions of dollars yearly from its casino. Last week, FBI agents in Michigan also interviewed members of the Saginaw Chippewas, tribal sources there said.

Abramoff's work for the tribes is not the first time he has encountered controversy in connection with gaming interests. In 2001, a federal magistrate ruled that a $23 million down payment put up by Abramoff and a partner as part of the $147 million purchase of Florida-based SunCruz Casinos was never actually paid. Abramoff declined to comment on SunCruz, citing ongoing litigation.

The rise of Indian gaming over the past 15 years has brought riches to some tribes long mired in poverty. Democrats were the first to make inroads in courting tribal leaders often unfamiliar with Washington politics. More recently, Republicans have tapped into growing tribal largess. In 1990, Indian tribes gave no money to Republicans; now tribes are giving much more overall, and almost half of it goes to Republicans.

Abramoff's conservative-movement credentials date back more than two decades to his days as a national leader of the College Republicans, along with Grover Norquist, an anti-tax activist close to the Bush White House, and Ralph Reed, former head of the Christian Coalition. He spent nearly a decade as a Hollywood producer before finding his niche in the 1990s as a Washington lobbyist, with entree to the conservatives who were taking control of Congress. He enjoys a close bond with DeLay.

Abramoff counts as a major success his 1995 efforts to persuade DeLay and other Republicans to defeat a proposed tax on Indian gaming. Tribes don't want to be taxed, he said, and in that sense they are "engaged in the same ideological and philosophical efforts that conservatives are -- basically saying, 'Look, we want to be left alone.' "

Abramoff currently represents seven gaming tribes. Scanlon represents four of the wealthiest in that group.

A Jackpot From Indian Gaming Tribes; Lobbying, PR Firms Paid $45 Million Over 3 Years The Washington Post
February 22, 2004 Sunday

But some members of the tribes in Louisiana and California have begun to complain that they are getting little for their money.

New members of Michigan's Saginaw Chippewa tribal council have gone a step further. They canceled Abramoff's contract two months ago and have just terminated a contract with Scanlon that would have paid him another $2.7 million this quarter. In just over two years, the tribe paid $3.9 million to Greenberg Traurig and $10 million to Scanlon's firm, according to lobbying reports, contracts and tribal documents obtained by The Post. The fees accounted for 25 percent of the tribe's entire budget in 2002.

"Tribes are gullible," said Bernard Sprague, a Saginaw Chippewa tribal council member who has led the effort to cancel the contracts. "These guys come in and say, 'They are going to take your sovereignty or your land or your livelihood unless you pay us outrageous amounts of money.' They need to be exposed because tribes don't know."

The Agua Caliente Band of Cahuilla Indians in Palm Springs, Calif., hired Abramoff's firm in mid-2002, and a year later had paid $1.68 million in lobbying fees. At Abramoff's direction, tribe members said, the tribe hired Scanlon to build a database of political supporters and to conduct a $7.4 million letter-writing campaign designed to win support from then-Gov. Gray Davis (D) for more slot machines. That unsuccessful effort generated about 2,000 letters, according to sources close to the tribe -- at a cost of $3,700 per letter.

"There are people here, just like at other tribes, concerned about the fees and whether they are appropriate for what they are getting for the tribes," said Barbara Gonzales Lyons, vice chairman of the Agua Caliente tribal council.

In Michigan and in Louisiana, a few tribal council leaders sometimes made spending decisions without disclosing the details to others, according to the minutes of council meetings and interviews with tribe members. "We were dishing out huge amounts of money for campaigning and lobbying. We're trying to find out what we were paying for," said David Sickey, who was elected in June to Louisiana's Coushatta Choctaw tribal council.

That tribe has spent $32 million on unspecified "lobbying" costs since 2001, according to an internal memo prepared in May by outgoing tribe comptroller Erick LaRocque. Complaining that "documentation of the nature of these expenditures is very limited," LaRocque's memo said that "approximately $24 million of these funds were taken from the funds designated for health, housing and education of tribal members," and that the council had obtained a $10 million line of credit to cover other expenditures.

"It's disturbing -- it is a huge sum," said Sickey, adding that the "lion's share" of the money went to Scanlon's Capital Campaign Strategies public affairs firm. The Daily Town Talk newspaper in Alexandria, La., has reported that an internal tribe audit shows that the firm received $13.7 million during a one-year period ending in 2002. "Tribal members were not aware of this, not at all," Sickey said.

"We got involved with them around 2000 when we had to get a gaming compact renewed with the state of Louisiana," said Bert Langley, who then served as the Coushattas' secretary-treasurer. "Scanlon and Jack were around for a few meetings. They said they had a good network going. They would mention Tom DeLay and all that bunch, but I'm not sure what they did or who they talked to."

Langley said that Abramoff and Scanlon dealt primarily with tribal council member William Worfel.

Worfel issued a statement praising Scanlon's database and public relations work, saying he helped the Coushattas win a potentially costly compact fight with another tribe seeking to build a casino nearby. "The reports of how much the tribe paid Capital Campaign Strategies and other firms are completely inaccurate," the statement said. He did not return calls seeking an interview.

A fourth tribe, the Mississippi Choctaws, has paid Greenberg Traurig $4.5 million since 2001. A spokeswoman said the tribe also employs one of Scanlon's firms, but she declined to say how much it has been paid.

In addition to recommending political contributions, Abramoff advised the tribes to give hundreds of thousands of dollars to groups whose connection to Indian issues is unclear, according to tribe members. One of those, American International Center (AIC), described itself on its Web site as an "international think tank" that "seeks to expand the parameters of international discourse in an effort to leverage the combined power of world intellect."

The Coushatta audit cited by the Louisiana paper found that AIC received $566,000 in tribal funds. The AIC address listed in Delaware corporate records is a property owned by Scanlon in Rehoboth Beach. AIC's telephone has

A Jackpot From Indian Gaming Tribes; Lobbying, PR Firms Paid $45 Million Over 3 Years The Washington Post
February 22, 2004 Sunday

been disconnected. Reports filed in Congress show that AIC was one of Greenberg Traurig's biggest lobbying clients from 2001 to 2003, paying the law firm fees totaling $1.5 million.

Abramoff declined to comment, citing client confidentiality both for the tribes and AIC. He also declined to comment on a $25,000 donation that tribe documents show the Saginaw Chippewas made to the Capital Athletic Foundation, a local charity he supports.

Tribes have given to two political organizations associated with Norquist; one of the groups, the Council for Republican Environmental Advocacy, was founded by Interior Secretary Gale A. Norton, whose department oversees Indian affairs. Norton is no longer part of the organization. Abramoff said he recommends that tribes contribute to conservative groups.

Scanlon was still paying off student loans when he left his job as a DeLay press spokesman to join the lobbying world of K Street three years ago, court records show. He worked with Abramoff first at the Preston Gates law firm, then followed him to Greenberg Traurig, where he was a registered lobbyist for the Coushattas before establishing two public affairs firms, Capital Campaign Strategies and Scanlon-Gould Public Affairs. The address on company correspondence is a mail drop on Pennsylvania Avenue.

Property and divorce records reveal that Scanlon or his companies have purchased at least $14 million worth of real estate since 2001, including a $6.3 million Delaware office park and a seaside mansion in Rehoboth Beach that he bought for $4.7 million in cash. In 2002, he took a $17,000-a-month apartment at the Ritz Carlton in Washington's West End.

Abramoff said in an interview that he does not have an ownership interest in any of Scanlon's firms. He refused to discuss his business dealings with Scanlon, or respond to tribal members' assertions that he advised the tribes to hire Scanlon. In an interview attended by five colleagues from Greenberg Traurig, Abramoff said the firm has no official ties to Scanlon's companies.

"In terms of Mike or any other third party, the firm does not have any formal relationship to my knowledge with any third-party vendor used by any of the tribes for some of their activities," he said.

Scanlon's companies are incorporated in Delaware, where privacy laws shield corporations from disclosing ownership.

Asked whether Greenberg Traurig knew of Abramoff's work with Scanlon, Jill Perry, a spokeswoman for the law firm, said: "At this time we have no comment."

Sprague, a Saginaw Chippewa tribal council member, and David Otto, a former member, contend that in 2001, before Scanlon was hired, his firm provided mailings for council members facing election.

"Michael Scanlon's company sent out election mailers to tribal members promoting the election of the 'Slate of Eight,' " said Otto, who was on the slate. "It was kind of like, 'We'll do this for you, and we'll talk about -- once you get in office -- doing work for you.' "

Federal law bars the use of tribe resources for election campaigns. "If we have evidence that the fees are for activities that benefit individuals rather than the tribe as a whole, we would investigate that as a possible misuse of gaming revenues," said Alan Fedman, director of enforcement for the National Indian Gaming Commission.

Research editor Margot Williams contributed to this report.

**LOAD-DATE:** February 22, 2004