UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ORIGINAL FILED**

SEP 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-119-01</u> |
| vs. | : | SSN: _____ |
| VOLZ, Neil G. | : | Disclosure Date: <u>August 6, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                  **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 8/20/07    _____ 8/20/07
**Defendant**      **Date**         **Defense Counsel**   **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **August 20, 2007**, to U.S. Probation Officer **Deborah A. Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

MATERIAL/FACTUAL INACCURACIES OF THE PSI REPORT:

### Paragraph #64: Mental and Emotional Health (p.13)

Mr. Volz and his wife attended marriage counseling once a week for several months in 2002 and two or three times in 2006.

### Paragraph #70: Employment Record (p.14)

Mr. Volz has never sold insurance. Mr. Volz trained for almost a month without pay to become an insurance salesman; however, he ultimately did not become employed by an insurance company and, as a result, he never sold insurance.

### Paragraph #75: Financial Condition (p.15)

**Secured Debts**
Home Equity Loan                                        $102,000.00

### Paragraph #76: NET MONTHLY CASH FLOW (p.16)

Mr. and Mrs. Volz also have a home equity line-of-credit balance in the amount of $102,000.00 encumbering the property.

Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date: 8/20/07